IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANAY E. GARRICK, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 18-cv-00573 |
| v. ) | |
| ) | Judge Lee |
| MOODY BIBLE INSTITUTE, ) | Magistrate Judge Kim |
| ) | |
| *Defendant.* ) | |

## MOTION TO WITHDRAW AS COUNSEL

For the reasons presented below, the undersigned counsel respectfully requests that the Court grant her leave to withdraw from representation of the plaintiff in this matter.

1. Illinois Rule of Professional Conduct 1.16(a)(3) provides that a lawyer must withdraw from representation of a client if he or she is discharged.

2. On September 25, 2018, the plaintiff, Janay Garrick, discharged the undersigned counsel, Jamie Franklin.

3. As a result, Ms. Franklin cannot, under the Illinois Rules of Professional Conduct, continue to represent Ms. Garrick in this matter.

WHEREFORE, the undersigned counsel respectfully request that the Court permit Jamie S. Franklin of the Franklin Law Firm LLC to withdraw as counsel for Ms. Garrick in this matter.

September 27, 2018                                   Respectfully submitted,

                                                    /s/ Jamie S. Franklin
                                                    Jamie S. Franklin

Jamie S. Franklin, ARDC No. 6242916
THE FRANKLIN LAW FIRM LLC
53 W. Jackson Blvd., Ste. 803
Chicago, IL 60604
(312) 662-1008
jsf@thefranklinlawfirm.com

## CERTIFICATE OF SERVICE

      I, the undersigned, certify that the foregoing document, Plaintiff's Motion to Withdraw as Counsel, was served by the Electronic Case Filing system of the United States District Court for the Northern District of Illinois on September 27, 2018 on the parties listed below.

                                         /s/ Jamie S. Franklin
                                         Jamie S. Franklin

**Service List:**

Christian Poland
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601
christian.poland@bryancave.com