### THE FACULTY MANUAL

*This Faculty Manual has been prepared in order to provide essential and useful information concerning the philosophy, objectives and organization of Moody Bible Institute and the responsibilities and procedures which are expected of each member of the faculty. The Faculty Manual has been compiled from a compilation of Institute, faculty and administration policies, procedures and suggestions. This manual has been prepared by the office of the Academic Dean and questions about the material should be referred to that office.*

### EMPLOYEE INFORMATION GUIDE

*The following pages outline academic information that is important to you as a faculty member of Moody Bible Institute. This information or any other document published by MBI is not, nor is it intended to be, a contract of employment. Each faculty member should read the MBI Employee Information Guide and keep it available for reference. Except for topics addressed separately in the Faculty Manual, the material contained in the Employee Information Guide is applicable to members of faculty. Furthermore, in any instance where this document or any other document appears to conflict with the Employee Information Guide, the MBI Employee Information Guide will be the controlling document.*

*This manual cancels and voids all manuals which pre-date it.*

### INSTITUTE MISSION

*Under the authority of God and His word and in commitment to Christ and His church...*

The Moody Bible Institute exists to equip and motivate people to advance the cause of Christ through ministries that educate, edify and evangelize.

### INSTITUTE VALUES

The authority of the Word of God
The centrality of the Church
The worth and dignity of the individual
The priority of servanthood
The practice of integrity
The responsibility of stewardship


EXHIBIT A

# UNDERGRADUATE MISSION

The mission of the Undergraduate Division of the Moody Bible Institute is to provide a Bible-centered education that enables students to know Christ and serve Him through His Church in vocational ministry.                                                     (Faculty Minutes, 9/23/98)

## Profile of a Graduating Student

In keeping with our mission, our goal is to graduate students who have developed a biblical worldview that enables them to be productive in building Christ's Church worldwide. Graduates of the Moody Bible Institute will be noted for their commitment to the preeminence of Christ; the authority of the Scriptures; the centrality of the Church; the task of world evangelization; the healthy development of relationships; the pursuit of intellectual excellence; and the stewardship of the body and life resources.

Graduates of the Moody Bible Institute will be noted for their commitment to:

### The Preeminence of Christ
as evidenced through a maturing life that reflects continuing submission to the Lordship of Christ.

### The Authority of Scriptures
as demonstrated by a knowledge of the Bible and theology, and the ability to interpret, apply, and integrate the inerrant Scriptures in all of life consistent with an orthodox, evangelical tradition.

### The Centrality of the Church
as evidenced by service to the Church of Jesus Christ through the use of ministry and vocational skills, spiritual gifts, and natural talents.

### The Task of World Evangelization
as exhibited in a passion for the proclamation of the unique message of the Gospel to the lost world.

### The Healthy Development of Relationships
as evidenced in interpersonal, family, church, and social relationships, which affirm the dignity of the individual and show sensitivity to diverse cultures and communities.

### The Pursuit of Intellectual Excellence
as evidenced by analytical and creative thinking (formulation of a Christian worldview), lifelong development of vocational skills, clear expression of ideas, and appreciation of aesthetic values.

### The Stewardship of the Body and Life Resources
as demonstrated in the practice of healthy physical lifestyle and the wise management of the resources God has given us.

# UNDERGRADUATE VALUES & OUTCOMES

In keeping with the mission statement and philosophy of the Undergraduate Division, the following values and outcomes provide a framework for the students educational experience and a basis for assessing student progress.

### *Christian Life and Character*
This value emphasizes the need for students to develop a proper relationship and commitment to Jesus Christ through a knowledge of the Scripture, through spiritual discipline and obedience, and the cultivation of a maturing Christian life-style and worldview. Such growth, maturity, and character formation for students encompasses all aspects of life including the intellectual, social, and habits of physical fitness and well-being.

*This value will be manifested through the following educational outcomes:*

- Students will comprehend the nature of a maturing relationship and commitment to Jesus Christ through Bible study, prayer, fellowship, acts of worship and personal obedience to God.

- Students will foster a Christian life-style and habits for spiritual growth and development through formal and informal campus experiences.

- Students will develop practices that contribute to their physical fitness and social well-being through formal and informal recreational and social exercises.

### *Biblical and Theological Literacy*
This value emphasizes the educational importance for students of a foundational knowledge of Bible and theology as well as the methodology and skills for thoughtful analysis, interpretation, and application of Scripture.

This value also presupposes the thoughtful defense of the Christian faith and the personal application of the Bible to the students' personal life, vocational and avocational call and commitment.

*This value will be manifested through the following educational outcomes:*

- Students will acquire a foundational knowledge of the Bible and theology and understand the relatedness of that knowledge to life, vocation, community and world issues and needs.

- Students will develop an understanding of the methodology and necessary skills for the analysis, interpretation and application of Scripture.

- Students will be able to understand and convincingly defend the essentials of the Christian faith.

### *Christian Life and World View*

This value stresses the educational importance of the thoughtful integration of biblical truth by students into the totality of life-experience and learning. Thus, biblical truth is not only a part but a condition of general knowledge. Students are encouraged to systematically harmonize faith and learning and to develop a coherent view of contemporary issues from a biblical perspective.

*This value will be manifested through the following educational outcomes:*

- Students will formulate an informed Christian worldview and comprehend the importance of the integration of biblical truth into all of life and learning.

- Students will acquire an understanding of their culturally significant past and present through general education within the context of a biblical and theological world and life view.

### *Ministry and Vocational Skills*

This value stresses the importance for students to understand the call, requirements, and needed skills for effective vocational ministry through study in organized fields of learning, practical experience and Christian service. This value presupposes the vocational and avocational application of the students' classroom experience and training to ministries of education, edification and evangelization through the church. Likewise, this value anticipates a commitment to vocational currency, continuing education and life-long learning.

*This value will be manifested through the following educational outcomes:*

- Students will comprehend the importance of a personal commitment to ministries of education, edification and evangelization through the Church in its endeavor to advance the gospel of Jesus Christ throughout the world.

- Students will develop understandings, skills, and proficiencies for contemporary vocational and avocational ministry through study in organized and specialized fields of learning.

- Students will acquire practical experience and application of knowledge through Christian service opportunities in the community and local church.

- Students will cultivate a commitment to life-long habits of learning in order to insure vocational currency and ministry effectiveness after graduation.

### *Analytical and Creative Thinking*

This value affirms the need for students to develop the skills of critical and analytical thinking and to value the unity and integrativeness of truth. This value also presupposes the development of problem-solving techniques, research methodology and ways of expressing ideas clearly, logically, thoughtfully and persuasively through aesthetic as well as oral and written forms.

*This value will be manifested through the following educational outcomes:*

- Students will cultivate skills of analytical and creative thinking as well as problem-solving techniques.

- Students will develop post-secondary level skills in research methodology and the means to express ideas clearly, logically, creatively, and persuasively through aesthetic as well as oral and written forms.

### *Personal and Group Relationships*

This value emphasizes the need for students to grow in relational understanding with others based on biblical patterns and to become responsible, compassionate and productive participants within the body of Christ. This value presupposes service to society, family and the church through personal example, leadership and organizational skills.

*This value will be manifested through the following educational outcomes:*

- Students will acquire insights related to their own personal development and maturity while becoming responsible and productive participants within the body of Christ.

- Students will comprehend the importance of service to the family, church, society and the world through personal witness and example, leadership and organizational skills.

### *Social and Cultural Sensitivity*

This value accentuates the need for students to foster an understanding of both national and international cultures and to develop an appreciation for the richness and interdependence of multicultural communities. This anticipates a respect by students for the dignity of each person as a unique image-bearer of God. Furthermore, this value focuses on the need for students to be socially, aesthetically and politically sensitive and reflect the attributes of responsible citizenship.

*This value will be manifested through the following educational outcomes:*

- Students will derive an understanding of the uniqueness of national and international cultures and the importance of multicultural interdependence.

- Students will develop an appreciation of their own culture and its institutions and importance of responsible citizenship and community involvement.

(Faculty Meeting Minutes - 4/6/94)

# EDUCATIONAL PHILOSOPHY

## Foundational Principle

Underlying the educational philosophy of Moody Bible Institute is the conviction that the Bible in its original manuscripts is the verbally inspired, inerrant and authoritative Word of God. Consequently, a study of the Bible constitutes the most significant discipline for any person. This concept is reflected in the Institute's motto, "Study to show thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth."

The Bible reveals the following:

- A triune God, who is Creator, Redeemer and Source of all truth, has desired to communicate Himself to mankind throughout human history.
- Man, who was created by God in His own image, was alienated from God by sin, yet is a being of infinite worth and, when regenerated, is able to discover God's plan for individual fulfillment.
- Education is the Spirit-directed process in which a student, guided either by a teacher or his own study, receives knowledge by which he modifies his attitudes and behavior to conform more to the purposes of God and the character of Jesus Christ.

## Basic Elements

### The Nature of God
God is a Person who has revealed Himself as a Trinity, Father, Son and Holy Spirit--three persons, but one God.

Jesus Christ is the image of the invisible God, which is to say, He is Himself God; He took man's form upon Himself, being conceived by the Holy Spirit and born of the Virgin Mary; He died upon the cross as a substitutionary sacrifice for the sin of the world; He arose from the dead in that body glorified, where He is now, our interceding High Priest; He will come again personally and visibly to set up His kingdom and to judge the living and the dead.

The Holy Spirit is the third Person of the Godhead, co-equal and eternal with the Father and the Son, and perfectly united in one God. His deity is manifest through His attributes and His equal associations with the other members of the Trinity.

### The Nature of Man
Man was created in the image of God but deliberately sinned and deserves eternal punishment. He possesses an intellect that can think and a will that can act. Although unregenerate man is educable, he is spiritually dead, and all his capacities are limited. He

is accountable to God, and unless he is regenerated by grace through faith in Christ, he cannot become part of the kingdom of God.

Regenerated man is spiritually alive and able to comprehend God's revelation. His understanding has been opened by the Holy Spirit enabling him to know God and His thoughts.

### The Nature of Christian Education

#### Spirit Directed
Education is the sum total of the experiences that shape a person's mind and life. Distinctively Christian education is a process, directed by the Holy Spirit, by which a student becomes more conformed to the purposes of God and the character of Jesus Christ through changes in attitude and behavior.

#### Student Related
The student's ultimate motive is to glorify God by fulfilling his place in God's plan. True education prepares a person for all aspects of life, including a career. Education, therefore, consists of that instruction in the Word of God and other areas of knowledge that will lead the individual student to the realization of his God-given potential.

In areas not specified by the doctrinal statement, the student is free to hold and express individual convictions. While guidelines are provided through this philosophy, he will be encouraged to think for himself and to make intelligent decisions based on principles in the Word of God.

#### Faculty Guided
Students may receive guidance through classroom instruction, independent and self-directed study, counseling and informal activities.

Every area of instruction is a calling of God necessitating the best in academic and spiritual preparation. Each member of faculty is a growing, maturing person who provides a model of Christian living and who is engaged in a discipling ministry. Since the Bible is the underlying source of truth, faculty members are expected to meet the life standards which flow from the teaching of Scripture.

#### Educationally Balanced
While content must be emphasized in the educational process, the Institute strives to maintain a balanced treatment of subject matter and application. Students are expected to acquire knowledge and master skills. They should learn to make value judgments, develop a sense of responsibility and mature in every area of their personalities.

Bible and doctrine courses are the core of every major, but all subjects are integrated into the biblical worldview. General education subjects are necessary to the extent that they prepare a student to relate to the needs of contemporary man and to be effective in his

ministry of the Word of God. A high degree of scholarship is expected in courses offered on any academic level.

### _Practically Oriented_

The primary focus of the curriculum is to strengthen and advance the local and universal church through an emphasis on worldwide evangelization and the edification of believers.

Because the accumulation of knowledge requires a response from the student, it is indispensable that he should apply facts and concepts. Opportunities to do so are provided through practical Christian training, offered concurrently with the instruction in the Bible and related areas. Concepts and truths are taught through methods and resources which emphasize usefulness in Christian ministry, with the expectation that students' attitudes and behavior will be modified by what they have learned.

# GOVERNANCE, ADMINISTRATION & FACULTY

## Board of Trustees

The administrative authority of Moody Bible Institute is vested in the Board of Trustees who in turn entrust it to the President. The administrative officers are responsible for carrying out the instructions of the President. Trustees are elected for a period of three years by the Board of Trustees and may be re-elected. Their terms of office are such that only one-third of the terms expire in any year. The complete board of Trustees meets three times a year. Business between these meetings is carried on by the Executive Committee which meets four times a year.

## President

The President is appointed by the Board of Trustees to exercise the general charge and supervision of the affairs of the corporation. Specific responsibilities include developing plans and programs, devising ways and means of carrying out approved plans and programs, maintaining a close relationship between the Institute and its friends and supporters and advising the Provost concerning academic matters. The President is a member of the Undergraduate faculty.

## Provost

The Provost is entrusted with the oversight of all the educational programs of the Institution which includes the Undergraduate, Graduate and Distance Learning Center. The Provost presides as Chair of the Vice Presidential Deans' Council and the Extended Deans' Council which are representative bodies for the four Education Divisions.

## Executive Vice President and Chief Administrative Officer

The Executive Vice President and Chief Administrative Officer oversees the administrative responsibilities of the whole organization of Moody Bible Institute. He confers with the Provost on practical, non-educational matters.

## Dean of the Undergraduate School

The Vice President and Dean of the Undergraduate School is responsible for the professional leadership of the Undergraduate Division. The Dean is responsible for overseeing the recruitment, selection, development, scheduling, evaluation and supervisory processes of the faculty of the Undergraduate Division. Also, the Dean will insure the doctrinal and professional integrity of faculty as well as all curricular programs and related support facilities and services. The Dean will preside at all faculty meetings, lead the Academic Affairs Committee which is responsible for curricular oversight in the Undergraduate School, and lead the Undergraduate Management Committee which is responsible for policy oversight.

## Department Chair

Under the administrative supervision of the Dean and the Associate Deans, the department Chair are responsible to lead, direct, evaluate and schedule personnel and instructional programs assigned to the department. Primary areas of oversight include faculty recruitment, evaluation

and development, curriculum and program supervision, and the organization and administration of the department.

*Faculty*

The Moody Bible Institute exists to train individuals to serve vocationally and avocationally within the local evangelical Christian church. Teaching staff selection, therefore, centers on locating and employing those individuals who are educationally and experientially qualified to train others while holding to a conservative, evangelical lifestyle and doctrinal position. Resident faculty are those who are employed on a full-time basis and carry a full class load and other duties as assigned (see Job Description). Adjunct faculty carry partial teaching loads as assigned and are retained on a semester-by-semester basis. All full-time members of the Undergraduate teaching staff shall be considered faculty with voice and vote.

*Bylaws*

The Undergraduate School is governed by the articles of the *Bylaws of the Undergraduate Faculty*

(For Bylaws and Job Descriptions, see Appendices A – G)

# REFERENCE INQUIRIES

Institute policy specifies that all reference requests and inquiries about former employees be directed to Human Resources. It is important that this be done in <u>every</u> case, whether the inquiry is personal, by phone or mail.

# OTHER POLICIES

See appendices.

# ABSENCES

### Emergency Absences

Absence from class because of illness or emergency situations should be handled as prescribed and reported to the Office of the Dean via third floor Sweeting Desk receptionist so arrangements for coverage can be made. The phone number is (312) 329-4044.

After consulting with the teacher (if possible), the Dean or the departmental Chair will either arrange to have the class dismissed or to appoint a substitute teacher.

### Non-Emergency Absences

A member of faculty is permitted a maximum of five days absence from class each semester for ministerial, academic or other related activities approved by the Institute. Outside ministry is subject to the policy of faculty and staff engagements.

Before accepting any engagement which will necessitate absence from classes or other Institute responsibility, a teacher should consult the department Chair.

Use the Absence Approval Request form (Appendix K) when taking ministry days, or when taking planned personal time or planned sick time.

### Prime Time

It is not recommended to consider taking engagements during the first week of the semester, immediately preceding or immediately following a school recess, during Founder's Week, during the Missions Conference, during a week of special meetings or during pre-registration dates.

# ADVISING
## (Academic & Personal)

The advising role of the faculty member is a primary responsibility second only to one's classroom instruction. In some cases, the advising is of the more technical academic variety requiring a keen awareness of the undergraduate catalog and corresponding curriculum. The student and faculty member share the responsibility of completing the academic program in a logical and timely fashion. Faculty members announce and post office hours to facilitate this academic advising responsibility. Faculty members are also responsible for navigating the institutional intranet and other computer software that enhances the advising and registration processes. Faculty members are assigned advisees by their department chair.

In many cases, however, the faculty member will counsel students regarding vocational challenges, spiritual concerns, personal issues, or family and relational matters. Faculty members

- 11 -

are encouraged to serve the students in this fashion, but only as far as their expertise and level of personal comfort allow. Confidentiality should be maintained except in cases where the student might be a life-endangering threat to him/herself or other members of the Moody community or society at large. In such acute cases of physical, emotional, or psychological distress, the student must be referred to the Associate Dean of Counseling Services, the Dean of Students, or Health Service. Questions regarding such emergencies should be addressed to the Dean of Students.

Faculty are reminded that at all times they are to conduct themselves with appropriate office decorum when meeting with students. Special considerations must be given when meeting with students alone, and especially so, when meeting with a member of the opposite sex.

## ATTENDANCE POLICIES

In addition to teaching responsibilities, faculty members are responsible for attending various meetings and functions.

### *Chapel*
Chapels are scheduled on Tuesday, Wednesday and Thursday of each week. The President's chapel is scheduled on Tuesday and is extended: 10:00 - 10:50 a.m.

- Carefully regulated extended chapels may be scheduled from 10:00-10:40 a.m.
- Assemblies are scheduled from 10:00-10:30 a.m. on Fridays and are not to exceed three per month.
- It is required that full-time members of faculty will attend the President's Chapel when on campus. It is recommended that faculty attend one other chapel per week.

(Faculty Meeting Minutes - 5/11/88)

### *Special Meetings*
Faculty are to be present during sessions of Founder's Week, Day of Prayer and Missions Conference. Also, faculty are to be present at Fall Convocation and Spring Graduation. Other occasions where faculty presence may be expected are: President's Dinner for graduates (by invitation of the President) and the Junior-Senior Banquet (by invitation of the Junior class).

Since the annual Missions Conference is part of the academic calendar, the following guidelines are to be used concerning faculty involvement:

- Faculty campus responsibilities continue during the conference.
- Faculty assignments for involvement will be arranged through the World Missions Department. Faculty will serve as facilitators in mission sessions as outlined in the conference program. The facilitator is expected to introduce the missionary and assist

the missionary in any way that will assure the success of the learning experience for the student and protect the credibility of the session.

- Attendance is required at three general sessions (morning or evening). The front rows of Torrey-Gray Auditorium on the south side will be reserved for faculty for the morning sessions.
- The only acceptable reasons for non-attendance are sickness, previously approved ministry commitments or circumstances beyond the individual's control. The procedures are as follows: In all cases approval must be secured from the Office of the Dean. Request must be submitted in writing by September 15.

The unique role of Moody Bible Institute in the worldwide missionary enterprise makes it imperative that we model for our students and our missionary guests that which we have subscribed to in doctrine and philosophy concerning world missions. We invite you to participate beyond the parameters of your requirements for this important event at MBI. Your personal contribution is highly valued.

(Faculty Meeting Minutes - 9/10/87)

### *Faculty Meetings*

During the academic year, Wednesday afternoons are to be kept free for faculty meetings, committee meetings, Colloquia, and opportunities for formal professional development. All faculty members are required to attend these meetings on Wednesday afternoons. Excuses should not be requested except for illness or emergency situations.

- Such excuses should be cleared through the Office of the Dean.
- If special faculty meetings must be scheduled, each member is expected to be present.

### *Faculty Institute*

All faculty members are required to attend the annual Faculty Institute.

### *Departmental and Committee Meetings*

Attendance at regular departmental and periodic committee meetings is a part of the faculty member's professional obligation. Chair have the responsibility to establish and publish dates for departmental meetings.

In addition, faculty are encouraged to attend musical concerts and recitals, employee social events, student athletic events and other aspects of school life.

# BOARDS
## (Serving On)

Undergraduate faculty, administration and staff should balance their time, energy and influence between Institute responsibilities and outside obligations. As a rule they should not consent to serve on boards or committees outside of the Institute except where such service is likely to prove beneficial to the school or student body (mission boards, for example).

The Institute should not be charged with the expenses of stationery, postage, telephone calls, secretarial or other clerical help for service which a teaching staff member performs for any outside organization.

Acceptance of offices or positions on boards or committees is contingent upon the approval of the Provost. This approval is to be requested in advance by channeling the request in writing through the Office of the Dean.

These restrictions do not apply to any office or volunteer position which a teaching staff member may wish to assume in his or her local church.

# CHAIR: APPOINTMENT, REAPPOINTMENT & REVIEW

Appointment to Department Chair is for four years.

After appointment, continuation is subject to review by the Undergraduate Dean as well as by members of the department every four years (the review process would begin September 1 of the fourth year and be completed by the end of that fall semester.)

Types of review:

- Yearly self review using a form structured by and returned to the Undergraduate Dean. (This form may be modified as the Chair deems necessary.)
- Biyearly review (every two years) by members of the department, at the end of the first year and at the end of the third year, based on the job description standards and using a signed form structured by the Dean. Copies of the completed forms are to be sent by the faculty to the chair and Dean. The Dean will use the responses as a basis for the biyearly review with the chairs.
- Yearly review by the Dean culminating in a personal interview.
- Before the end of the fall semester of the fourth year, department members will meet corporately with the Dean (without Chair present) to review their recommendations, and provide counsel whether "to reappoint" or "not to reappoint."

- The Dean will meet with the Chair and then make the final decision whether "to reappoint" or "not to reappoint" based on review data and other professional input.

# COMMITTEES

A committee is a body of one or more persons, elected or appointed, to consider, review, investigate, take action, make proposals, or report out on matters before it. An ordinary committee is able to undertake tasks which entail more detailed responsibility than would be possible with the committee of the whole. Ordinary committees are divided into: standing committees (which have a continuing existence and mandate) and special committees (which are discontinued once a specific assignment has been completed). See Robert's Rules of Order (1990 Edition).

## Standing Committees of Faculty

### ACADEMIC AFFAIRS COMMITTEE

Purpose: The purpose of this committee is to oversee the academic programs and activities of the Undergraduate Division and to insure the integrity of those programs through policy development, policy implementation and periodic review and evaluation of programs.

Responsibilities:

- To insure the educational effectiveness and appropriateness of the curriculum and programs of instruction.
- To insure integrity of learning resources and support systems - audiovisuals, library acquisitions and services, computerization and other instructional media.
- To review the effectiveness of the teaching-learning process within the classroom.
- To insure the nature and quality of educational/academic outcomes.
- To initiate new educational programs and methodologies where consistent with the mission and purpose of the school.
- To keep department Chair apprised of activity within the Institution that impacts their areas of responsibility.
- To keep faculty apprised of educational initiatives of the Committee.

*Membership*: Dean (Chair); Associate Deans; Department Chairs; Dean of Enrollment Management; Administrator of PCM; Director of Solheim Center (ex-officio); Dean of Students (ex-officio).

### *ACADEMIC STANDARDS COMMITTEE*

Purpose: The purpose of this committee is to review the educational progress of students and insure that they are meeting the academic standards and expectations of the Institute. Responsibilities:

- To serve the Registrar in an advisory capacity.
- To develop and refine policy for academic standards and to develop procedures for their implementation.
- To review incidents that would lead to the academic dismissal of a student.
- To review student requests related to their academic progress (grade changes, added semester, class absences).
- To recommend to faculty students who qualify for graduation.
- To oversee scholastic honors policies.

*Membership*: Dean of Enrollment Management (Chair); representative from Student Development staff; three faculty members.

### *ADMISSIONS COMMITTEE*

Purpose: The purpose of this committee is to oversee the admission of students to the Institute and to insure the integrity and efficiency of the undergraduate admissions process.

Responsibilities:

- To annually review the admissions process so as to insure effectiveness and efficiency of the entire process.
- To recommend new admissions criteria and policy as the situation warrants.
- To monitor the flow of students into the Institute from initial inquiry, through recruitment, the admissions process, to matriculation; to be accomplished through contact with the Dean of Enrollment Management.
- To consider exceptions to normal application guidelines.

*Membership*: Dean of Enrollment Management (Chair); Dean of Students; two faculty members.

### *CHAPEL COMMITTEE*

Purpose: The purpose of this committee is to oversee the implementation of the Chapel and Assembly policy with specific responsibility for scheduling, speaker selection and evaluation.

Responsibilities:

- To establish the Chapel and Assembly calendar for the academic year.
- To assure that the Chapel and Assembly calendar and programs are consistent with the curricular, co-curricular and extracurricular needs of the Institute.
- To evaluate the Chapel and Assembly program to assure that it fulfills the objectives for which it exists.

*Membership*: Dean of Students (Chair); Associate Dean for Student Programs; one member of faculty from either the Pastoral or Biblical-Theological departments; representative from Sacred Music Department; one member faculty-at-large; one student representative.

## CLASS ADVISERS COMMITTEE

Purpose: The purpose of this committee is to provide comprehensive direction for the faculty who advise class officers in their duties.

Responsibilities:

- To provide continuity from year to year for those who work as Class Advisers.
- To search out persons who might function as class advisers and train new members when they are appointed.
- To confer, on occasions, with the Academic Dean and the Dean of Students so as to be sensitive to student needs and Institute concerns.
- To call class advisers together periodically to review their work and provide an opportunity for the exchange of ideas.

*Membership*: Dean of the Faculty (Chair); Senior class: two faculty members; Junior class: two faculty members; Sophomore class: two faculty members; Freshman class, two faculty members.

## FACULTY COMMITTEE ON CONCERNS

Purpose: The purpose of this committee is to provide an avenue to express major concerns by members of the Undergraduate Faculty, to seek a resolution for those concerns, and to recommend a course of action to resolve those concerns.

Responsibilities:

- To evaluate and screen major concerns, other than those under the jurisdiction of the Grievance Committee:
- If the concern is not deemed acceptable to the committee, the person could still bring it directly to the Undergraduate Faculty. If the concern is acceptable, the committee will proceed according to the following steps:

> ➤ To appoint an "ad hoc" committee to investigate the concern and bring the results to the committee. The person with the concern may be asked to serve on this committee.

**OR**

> ➤ To take on the investigation themselves.
> ➤ To determine a possible resolution of the concern and a course of action.
> ➤ To bring the results and a recommendation to Undergraduate Faculty for discussion and possible action.

*Membership*: A Chair, elected yearly by the Undergraduate Faculty at large, with the possibility of reelection. Election to take place at the last faculty meeting of the Spring Semester, with term to commence with the Fall Semester.

Four additional members elected by each area of ranking within the Undergraduate Faculty, one from each area of rank, for one year, with the possibility of re-election. (Voting for each representative by rank will be restricted to those within that rank.) Election of these four to occur and results made know by the last faculty meeting of Spring Semester, with terms to begin with the start of Fall Semester.

(Faculty Meeting Minutes - 10/12/92)

### FACULTY DEVELOPMENT COMMITTEE

Purpose: The purpose of this committee is to provide a means for the encouragement of professional awareness and professional development of the faculty.

Responsibilities:

- To recommend programs for advanced training and other means of professional development for the faculty.
- To keep the faculty alerted to various programs for professional development including seminars, conferences and advanced training.
- To encourage faculty development through individual research, writing and publication.
- To keep the faculty informed about the professional activity of colleagues.
- To help implement and administer the sabbatical policy for faculty.

*Membership*: Faculty member (Chair); three faculty members; Dean (ex-officio).

### FACULTY GRIEVANCE COMMITTEE

(See "Grievance Procedure")

### FACULTY MANUAL REVIEW COMMITTEE

Purpose: The purpose of this committee is to insure that the content of the <u>Faculty Manual</u> is current and in compliance with established faculty and institutional policies and practices.

Responsibilities:

- To review the manual on a regular basis to insure that all materials reflect current faculty policy and practice.
- To review the manual to insure that the document is in compliance with Institutional policies and practices (ie: Employee Information Guide).
- To review formatting and organization of the document with the Office of the Dean of the Undergraduate School.
- To receive approved revisions of and additions to the manual from appropriate faculty entities or groups.
- To recommend to faculty or administration changes in policies and practices within the manual to insure currency and compliance.
- To recommend new policies or practices which should be incorporated within the manual.

*Membership*: Dean of the Undergraduate School (Chair); Associate Deans; and three faculty members (at large).

### FACULTY RANKING COMMITTEE

Purpose: The purpose of this committee is to oversee the promotion in rank of faculty members and to insure the integrity of the undergraduate faculty ranking administration process.

Responsibilities: To receive and review the ranking recommendations from the chair and to make determinations regarding advancement in rank.

*Membership*: President; Provost; and the Dean of the Undergraduate School.

### FACULTY SOCIAL AND SPECIAL EVENTS COMMITTEE

Purpose: The purpose of this committee is to arrange and implement social and other special events involving the faculty. These events include Faculty Institute, Faculty Reception for new students, the Presidential Dinner for graduating seniors, service anniversaries (beginning with the 25th year and every 5 years thereafter), retirement luncheons, and other special events.

Responsibilities:

- To work closely with the Office of the Dean, Human Resources and Director of Food Service in scheduling social events that involve faculty.
- To notify the faculty of the scheduled events.
- To provide congratulatory cards, supervise the collecting of money and arrange for the purchase of a gift appropriate to the occasion.

*Membership*: Dean of the Undergraduate School (Chair); Associate Deans; Executive Administrative Assistant; Office Administrator.

## SCHOOL ATHLETIC COMMITTEE

Purpose: The purpose of this committee is to assist and advise the staff of the Solheim Center in matters relating to intercollegiate athletics and recreational sports.

Responsibilities:

- To develop and refine policy, principles and standards related to the operation of the intercollegiate and recreational sports activity.
- To determine rules, regulations and operational procedures which contribute best to the outcomes of the athletic program.
- To assist the Athletic Director in the planning and implementation of the intercollegiate, athletic and recreational sports programs.

*Membership*: The Director of Athletics (Chair); Chair of the Lifetime Fitness and Sports Ministry Department; a representative from Student Development; two faculty members (one serving as FAR - Faculty Athletic Representative, one serving at large); two students (one male and one female); Dean of the Undergraduate School (ex-officio).

(Faculty Meeting Minutes - 11/9/92)

## STUDENT MINISTRIES COMMITTEE

Purpose: The purpose of this committee is to assist the PCM Department in developing strategy for integrating the PCM assignments with the curriculum and evaluating the effectiveness of those student experiences.

Responsibilities:

- To assist the PCM Director in the development and refinement of PCM policy.
- To maintain communication between the PCM Department and faculty.
- To provide a means to review and evaluate the effectiveness of the PCM experience of students.

*Membership*:  PCM Assistant Director; Administrator of Solheim Center; two faculty members; two students (one male and one female); one member Evangelism Department; Dean of the Undergraduate School (ex-officio)

(Faculty Meeting Minutes - 12/18/91)

### *UNDERGRADUATE MANAGEMENT COMMITTEE*

Purpose:  The purpose of this committee is to provide direction regarding issues of policy and to serve in an advisory capacity to the Dean of the Undergraduate School.

Responsibilities:

- To process issues of policy related to the faculty
- To make recommendations regarding those policies to the Academic Affairs Committee
- To produce documents supporting policy recommendations for the approval of the Academic Affairs Committee

*Membership*:  The Undergraduate School Deans ad 3 members of the faculty appointed by the Dean of the Undergraduate School.

# COMMITTEE GUIDELINES

The standing committees of faculty serve individually the "committee of the whole."  Effective governance within the faculty is dependent in large measure on the productive and creative function of its various committees.

The following guidelines should help to insure this objective:

- Faculty committees should meet regularly throughout the academic year.  Committees should meet at least bimonthly.
- Committee Chairs will be responsible for calling regular meetings and all members are expected to attend.
- An agenda should be prepared in advance by the chair to provide focus for the meetings and help expedite committee deliberations.
- Items generated by the committee for faculty action ("Action Items") should be submitted to the Dean of the Undergraduate School in motion form prior to the formation of the Faculty Agenda.
- At the pleasure of the committee chair, "Information Items" may be brought to the attention of the faculty during regular meetings.
- Official minutes of the committee should be taken and copies filed with the Dean of the Undergraduate School.

- The committee should develop a problem-solving approach to issues that come before it:

  ➢ *Carefully define the problem or issue.*
  ➢ *Secure sufficient data relative to the problem under consideration.*
  ➢ *Carefully formulate recommendations and submit (when appropriate) to the faculty in the form of a motion.*

- Special committees ("select" or "ad hoc") may be designated as circumstances dictate.
- To avoid conflicts, a master schedule for faculty committee meetings is maintained by the Executive Secretary to the Academic Dean. The secretary will schedule but not arrange meetings.

Committee members should be comfortably conversant with <u>Robert's Rules of Order</u> and the Bylaws of the Undergraduate Faculty.

(Faculty Meeting Minutes - 6/88)

# COMPENSATION

## *Annual Base Compensation*

When invited to serve on the faculty of Moody Bible Institute, the individual receives a faculty contract which outlines initial salary and benefits. If the faculty member is invited to continue on at the Institute, a new contract indicating salary adjustment is issued annually from the Office of the Dean.

A systematic procedure is followed each year to provide a basis for determining salary adjustment. Factors for salary adjustment include: faculty rank, performance review, budgetary resources and Institute salary guidelines.

## *Summer School Compensation*

A faculty member may request to teach in Summer School. Compensation is based on the number of credit hours taught.

Compensation for courses completed by the middle of June will be paid at the end of June and the remaining courses will be compensated at the end of July.

## *Overload Compensation*

A normal teaching load is 12 hours. On occasion, the faculty member may be invited to teach additional hours with compensation. This would be based on the number of hours exceeding the normal 12 hour limit. Faculty will be financially compensated on a set hourly rate. (see: "Teaching Load")

# DEPARTMENTAL RESPONSIBILITIES

Responsibility to the department and department Chair shall not debar a teacher in any way from consulting directly with the Dean. The general principle is that in matters directly related to the particular department and classroom the faculty member should consult first with the departmental Chair. Other matters may be taken up at any time with the Dean.

# DEVELOPMENT

Moody Bible Institute not only employs qualified people as members of faculty, but also encourages professional development and skill improvement. Faculty members are encouraged to consider those programs for professional development that would be appropriate to their needs.

*Refresher Courses*
Faculty members are requested to update their academic experience by taking at least one refresher course within a five year time span. Teachers need to discuss their intentions with the department Chair and the Dean of the Undergraduate School.

In order to receive financial assistance, follow the procedures for the Formal Educational Program/Advanced Study listed below.

*Formal Educational Program/Advanced Study*
For those who wish to pursue an advanced academic degree, some financial assistance is available (budget permitting) through the Provost's office. The following guidelines apply:

**GOAL OF THE TUITION ASSISTANCE PROGRAM:**
The goal of the Education Group Tuition Assistance Program is to encourage MBI faculty and professional staff to advance their professional knowledge by pursuing credentials and advanced coursework applicable to their academic responsibilities, both current and future, at MBI. MBI supports our faculty's pursuit of educational credentials for personal and professional advancement.

**MOODY BIBLE INSTITUTE EXPECTS:**
1. The content of the coursework or program to apply directly to current or future responsibilities of the faculty member.
2. The faculty member to complete the approved course of study or degree programs.
3. The faculty member to apply himself or herself seriously and achieve a minimum of a "C" grade in all courses.

4.  The faculty member to continue his/her employment at MBI for an adequate period of time following completion of the program so that the Institute will benefit from the participant's course work.

## ELIGIBILITY:

1.  All faculty who do not yet possess the highest terminal degree in their field of study are encouraged to take advantage of this program regardless of teaching responsibilities or academic rank.
2.  Faculty are required to enlist the guidance, support and approval of their Academic Dean and to complete the tuition assistance program education agreement.
3.  Faculty with terminal degrees can apply for tuition assistance for post-doctoral studies, assuming funds are available.
4.  Professional staff in the Education Group can seek funds for further training, assuming funds are available.
5.  The Provost reserves ultimate discretion as to the disbursement of all Tuition Assistance funds.

## REIMBURSEMENT LIMITATIONS:

1.  We will reimburse up to 100% of tuition costs (excluding costs for books, fees and travel expenses) of a participant pursuing a degree.
2.  Maximum reimbursement for any participant pursuing a degree is $2,000 per course or $20,000 per course of study.

## GENERAL SELECTION PRIORITIES:

Entering into new tuition reimbursement agreements is dependent on the availability of funds in the budget. The budget available to begin new agreements may fluctuate from year to year based on the number of individuals currently receiving funds. There may be years where we are unable to initiate new agreements. Faculty members pursing their first doctoral degree in their primary field of teaching will be granted highest priority.

## APPLICATION PROCESS:

Faculty members seeking tuition assistance will need to make initial application in the Provost's Office. The application process is as follows:

1.  Interested faculty should first approach their department chairs and academic dean to gain their guidance and approach.
2.  Interested candidates will obtain a **Tuition Assistance Program Education Agreement** (Appendix L) from the Office of the Dean of the Undergraduate School, complete the form and return it to the Dean's office. The Dean will sign the form and submit it to the Provost's office for approval.
3.  By June 1 submit the **Tuition Assistance Planner** (Appendix M) to the Provost's Office with a schedule of planned courses and anticipated tuition expenses for the coming fiscal year.

**PAYMENT PROCESS/COURSE PLANS:**
MBI will reimburse faculty members on completion of the course(s). At the end of each semester participants will complete a **Tuition Reimbursement Payment Request** form (Appendix N) to the Provost's Office that specifies the courses taken, the tuition cost, and the grade received. The faculty member must also attach copies of the grade report and verification of tuition payment made.

Participants are required yearly to submit an updated **Tuition Assistance Planner** in the Provost's office one month before the start of the new fiscal year (6/1).

**AGREEMENT DEFAULT, UNCOMPLETED COURSES AND FAILING GRADES:**
Should the faculty member default on the Educational Agreement, he/she will agree to repay MBI for all or a prorated portion of the tuition assistance paid out. The faculty member will agree to remain at the institute for a period of two years beyond the date he/she receives a degree or completes the last approved course. Repayment by the employee to the Institute will be calculated on a prorated basis. Should the faculty member leave the Institute before that time, repayment will be according to the following schedule:

1. If his/her departure occurs within six months of the last course, 100% of tuition assistance paid out.
2. If his/her departure occurs between 6 and 12 months of the last course, 75% of tuition assistance paid out.
3. If his/her departure occurs between 12 and 18 months of the last course, 50% of tuition assistance paid out.
4. If his/her departure occurs between 18 and 24 months of the last course, 25% of tuition assistance paid out.
5. If his/her departure occurs after 24 months, no amount due.

Participants will not be reimbursed for incomplete courses or for "D" or "F" grades. MBI reserves the right to require repayment should the faculty member lose active student status with the institution of choice or should the faculty member become inactive in his/her progress toward a degree for more than one year.

**RESTRICTIONS:**
Faculty will not be allowed to submit a request for tuition assistance for studies undertaken prior to the submission and approval of the **Tuition Assistance Program Education Agreement,** regardless of their relevance to his/her current position.

Only full-time faculty members and professional staff are eligible for the **Education Group Tuition Assistance Program.**

## *NEW AGREEMENT CHECKLIST*

- ☐     Review General Guidelines

- ☐     Obtain a copy of the **Tuition Assistance Program Education Agreement** from the Academic Dean.

- ☐     Review, complete, and sign the **Tuition Assistance Program Education Agreement** and return it to the Academic Dean. (The Dean will sign and forward the agreement to the Provost.)

- ☐     Submit a **Tuition Assistance Planner** to the Provost by June 1.


### *Workshop/Training Sessions (Colloquium)*

Teachers are responsible for attending professional training/workshop sessions which are held periodically during the academic year. These are designed to keep faculty abreast of current trends within the academic community and provide opportunity to improve teaching methodology and processes of instructional evaluation.

### *Professional Enrichment: Conferences, Conventions, Seminars*

Other areas of professional enrichment may include conferences, conventions and seminars. Those wishing to be involved in these professional activities need to complete the Professional Enrichment Request form and secure needed signatures. (Appendix O).

Professional enrichment commitments are based on the following criteria: appropriateness of activity to professional field, pattern of awards over a four-year period, administrative responsibilities and duties of faculty within a professional organization and available budgetary resources.

### *Computer Training*

Crowell Learning Resource Center (CLRC)
(see "Crowell Learning Resource Center" under the "SERVICES" section)

### *Sabbatical Leave*
*Rationale:*

The educational endeavor of MBI is a communal exercise involving both faculty and students, but in which faculty play a leading and very demanding role. Professors who are effective in this role have a continuing hunger for learning and experience in their field, learning and experience that must go beyond the narrower requirements of classroom preparation but which enrich the professors' contribution to MBI's educational community and assist in the achievement of institutional objectives. This additional learning and experience can come in a variety of ways including course work, participation in focused seminars, fieldwork, writing for publication, and

more. Special time is needed to accomplish such work. For these reasons, there is justification for a faculty sabbatical policy

It is true that some studying, planning and writing can be done on a small scale during summer months. But as one works on extended projects, the resulting fatigue, neglect of family and neglect of regular teaching preparations can be too high a cost. Summers alone are not sufficient to achieve the purposes of a sabbatical. Sabbaticals, therefore, require an extended period of time away from the usual academic routine.

The sabbatical program thus serves to enrich the MBI educational community and to achieve institutional goals. As instructors, mentors, and colleagues, professors gain learning, wisdom, skills, excitement and more through sabbaticals. Students benefit from receiving better instruction and guidance at the hands of more effective, fulfilled instructors. Further, the entire Institute benefits as a result of the recipient's enhanced contribution to its communal life, and it benefits from increased recognition when professors work on supplementary education projects and publish books or articles.

## Purpose and Means
MBI's sabbatical program exists for the related purposes of enriching her educational community and achieving institutional goals. These purposes are realized through particular means. Faculty members are granted leave of absence with pay for study, research, or practical experience in her or his field of instruction. Through this work, faculty members acquire additional knowledge and competency in their respective fields, they enhance their instruction, they are provided with opportunities to prepare material for publication, and more. This work is funded by the Institute and undertaken by the faculty member with the understanding that the primary goal is the good of the MBI community and only secondarily the benefit of the individual recipient.

## Stipend
Financial arrangements for sabbatical leave will be administered according to the following guidelines:

- The Faculty Development Committee, in conjunction with the Provost and the Dean of the Undergraduate School, will have charge of administering and awarding the sabbatical monies itemized in the Institute budget.
- A faculty member who is granted a sabbatical leave continues in the employ of the Institute with regular benefits and does not forfeit experience time on the promotion of salary schedule.
- Academic leaves for one semester plus an attached summer in the same calendar year (i.e. spring/summer or summer/fall) will receive a full salary plus all benefits. Academic leave for a full year (i.e. fall and spring semesters, plus summer) will receive 2/3 salary plus all benefits.
- No restrictions will be made on the obtaining of supplementary outside grants; in fact, recipients are encouraged to pursue other available funding. Whenever possible, a faculty member is encouraged to take off a full year

by supplementing the sabbatical salary provided by the school with scholarly assistance from other sources.

- While on a one-semester sabbatical, a recipient shall not engage in other employment without permission of the Academic Dean. Those faculty members receiving a one year sabbatical can supplement their income as agreed upon by the Senior Vice-President and Provost and the Dean of the Undergraduate School.
- If successful completion of the program of research or study is contingent upon the applicant's receiving additional non-Institute financial aid, details concerning such contingency should be included in the application.

*Application Procedures*

All applications for sabbatical leave must be **submitted to the Dean of the Undergraduate School.** Upon initial approval by the Dean they will be reviewed by the Faculty Development Committee and returned to the Dean with the Committee's recommendation. The Dean will then reach a final decision and the applicant will be notified of this decision. The applicant must consult with the department chair before initiating the process and keep the chair apprised of subsequent sabbatical activity. Eligible candidates should abide by the following application procedures:

Sabbatical leaves are not automatically granted simply on the basis of eligibility and proper application. To be considered, applications **must be made by September 1 in the academic year prior to the year of desired leave.** Sabbaticals **will not be scheduled more than two academic years in advance, which includes the year of application.** Thus, applications received by Sept. 1, 2000 are eligible for the academic year of 2001-2002 but will not be considered for the year 2003-2004 and thereafter. Failed applications will not automatically pass to the following year for reconsideration; eligible faculty must apply each year. The following must be submitted to the Academic Dean in **triplicate:**

- The applicant must complete the **standard Application for Sabbatical form** (Appendix P). This is to be found in the Faculty Manual and on the webpage under CLRC, Faculty Resources, Forms, Sabbatical Information. Alternatively a copy may be obtained from the Executive Administrative Assistant to the Dean. This form should be submitted with a **cover letter** summarizing the request by stating:

  ➢ The time period (semester[s], year[s]) that the candidate will need to complete the sabbatical, noting whether it is for one academic year or one semester. Applications for academic years more than two academic years in advance of the application will not be considered.
  ➢ A one or two sentence characterization of the type of sabbatical being requested and the nature of the work it will involve.
  ➢ A statement of the evidence for potential success in this proposal.

> ➢ A statement giving the beginning date of full time teaching employment at MBI and the date (semester[s], year[s]) of any earlier sabbatical(s) granted by MBI.

- Upon completion of sabbatical leave, the faculty member must submit a report describing the results of the leave. This report must use the **standard Sabbatical Report form** (Appendix Q) provided. This is to be found in the Faculty Manual and on the Faculty Resources webpage. Alternatively a copy may be obtained from the Executive Administrative Assistant to the Dean. The written report will be submitted within one month of the sabbatical's end, to the Dean of the Undergraduate School in **triplicate**. If a faculty member does not complete the sabbatical report, no further leave will be granted until such report is submitted.

*Eligibility*
Sabbaticals will be awarded according to the following considerations:

- Only full-time teaching faculty are eligible for sabbatical leave.

- A sabbatical requires six years of full-time teaching at MBI. Application may be made in advance of eligibility by faculty who have four or five years of full-time teaching experience.

- Sabbaticals are not automatic after the required time. Individual applications will be evaluated on the merits of the proposed leave and the basis of available funding. In addition, priority for sabbatical leave will be granted according to the following guidelines:

> ➢ Contribution toward the enrichment of MBI's educational community and the achievement of institutional goals as these are articulated in the Undergraduate Mission Statement (Faculty Manual, p.2), the Undergraduate Values and Outcomes (Faculty Manual, pp. 3-5), and the Educational Philosophy (Faculty Manual, pp. 6-8).
> ➢ Specificity of measurable objectives, methodology and procedures.
> ➢ Evidence for potential success in this proposal.
> ➢ Seniority and institutional service of the candidate. (Initial preference will be given to faculty members with the rank of full Professor or Associate Professor.)
> ➢ Value of the project for the spiritual, intellectual, pedagogical, disciplinary, and professional growth of the applicant.
> ➢ Applications will not be considered on a first come, first serve basis. All applications received by the deadline of September 1 will be given equal consideration.

- Recipients of sabbaticals will agree to return to MBI to teach for a period of at least

two years following the sabbatical. Failure to return to MBI after completion of a sabbatical will obligate the recipient to repay the entire salary. If the recipient leaves after the first year, one-half of the salary amount must be repaid. In case of involuntary severance no repayment will be required.

- Recipients of sabbaticals may reapply for another sabbatical after six additional years for full-time teaching, provided significant progress towards the goals of the previous sabbatical are met.
- Individuals whose sabbatical applications are denied may reapply in any subsequent year.
- Faculty members anticipating retirement within two years are not eligible for sabbatical leave.

(Faculty Meeting Minutes - 1/31/01)

## DIVERSITY

Under God and the authority of His Word, the faculty of the Moody Bible Institute strongly affirms the worth and dignity of each individual. We believe that in light of the fact that God is the ultimate author of diversity, He wants us to celebrate the diversity of different races and ethnicity. We as faculty also celebrate within community the cultural preferences, heritages and expressions of persons who are from different ethnic and racial origins, as long as these preferences are compatible with the values of the Institute that are rooted in the clear commands of Scripture. Therefore, we are committed to responding with sensitivity to all persons regardless of race or ethnicity. (Romans 14:1-23, acts 10:9-33, Ephesians 2:11-22)

## ENDORSEMENTS

Endorsements of books, music and various publications given by the Institute officials and teachers are often construed by the public as carrying the stamp of Institute approval and are, therefore, valuable to publishers and other promoters. Members of the teaching staff are, therefore, cautioned about giving such endorsements.

## EXPENSE REPORTS

### Instructions

Expense Report forms (Appendix R) may be filed for expenses not included on an Institute P-card. Reimbursement of expenses will be made only for properly supported expenses as

indicated below. Unsupported expenses will be deducted from the expense report.

No expense reimbursement will be made to non-employees without social security number or employer identification number.

Only expenses from personal funds or cash advances should be listed with receipts attached.

*NOTE:* Expenses charged to a P-card are not listed, but receipts should be returned to the appropriate P-card user.

All entertainment expenses MUST include name of persons, their titles and company name, purpose and place entertained. Entertainment includes all expenses for another person.

The purpose of the trip MUST be indicated.

Reimbursement of automobile expenses:
- Automobile mileage is only necessary when you use your own car for Institute business. Gas expenses are NOT applicable.
- When using an Institute car or rental car, itemize all gas, oil expenses. Mileage is NOT applicable.

*NOTE:* Those taking cars from the Physical Plant Department should follow Physical Plant Department instructions.

Tips for waitresses are considered part of the cost of meals. All other tips should be listed in the "MISCELLANEOUS" column.

Attach receipted bills for the following:
- All hotel and gas expenses
- Meals, when the day's total exceeds $25
- All entertainment expenses
- All public transportation expenses, when available
- All other expenses of $5 or more

Obtain the Dean's approval/signature prior to submitting the form to the Accounting Department.

PLEASE SUBMIT REPORTS PROMPTLY!

# GIFTS FROM STUDENTS

Members of the faculty are not to accept gifts from individual students and student groups. Students are informed in the Student Life Guide that they are not to give gifts to teachers or arrange parties in their honor.

# GRIEVANCE PROCEDURE

### *GRIEVANCE PROCEDURE*

There are times within the natural course of an institution of higher education that a member of the teaching community might be removed from his or her faculty position. This personnel decision could be the result of doctrinal, moral, or ethical choices or systematic behavior, on the part of the dismissed party, that is not consistent with the stated or unstated policies of the Moody Bible Institute or for that matter consistent with the expected ongoing maturation process of a faculty member.

The grievance procedure of the Undergraduate School at the Moody Bible Institute is a form of due process that not only supports the worth and dignity of the faculty member but is also consistent with the Institute's commitment to a high level of integrity. Since this process protects both the individual faculty member and the Moody Bible Institute, the dismissed member is welcome to initiate the grievance procedure as explained below.

In matters that have not resulted in dismissal, but a faculty member believes that he or she has been wronged or maligned in some way, that member is encouraged to follow the biblical admonition of Matthew 18:15-27. If the issue has not been resolved the faculty member is free to follow the normal channels of administrative reporting – respective department chair, dean, provost.

## PURPOSE OF THE GRIEVANCE POLICY

This policy addresses issues related to faculty performance, behavior, and teaching which have resulted in dismissal. For the purpose of this document, grievance stipulates an appeal of dismissal from employment.

## INITIATION OF THE PROCEDURE

A member of faculty who has been notified regarding an alleged ethical, doctrinal and/or policy error or professional incompetence which has resulted in his/her dismissal has the right of representation and appeal through the Faculty Grievance Committee. A faculty member who

believes an administrative error has been made which has resulted in dismissal may invoke the Faculty Grievance Committee by submitting a request to the Dean of the Undergraduate School in writing.

A faculty member seeking to invoke the grievance procedure should present a brief written statement of his or her grievance or appeal to the Dean of the Undergraduate School within thirty days of written notification of dismissal from employment. The Dean of the Undergraduate School shall call a preliminary meeting between the faculty member and the Dean within one week after the receipt of the written statement of grievance or appeal. Another faculty member of their choosing may accompany the faculty member making appeal. If no satisfactory disposition of the case can be reached in this preliminary meeting, a Faculty Grievance Committee shall be formed within one week according to the established guidelines.

Steps taken to initiate Grievance Procedure:

1. Faculty member receives written notification of dismissal based upon an alleged error or incompetence.
2. Faculty member expresses desire to invoke grievance procedure in writing within 30 days of notification of dismissal from employment.
3. Dean holds a preliminary meeting with faculty member and advocate, if desired
4. If there is no satisfactory conclusion as a result of the preliminary meeting a Faculty Grievance Committee is formed within 1 week.

The faculty member may terminate the grievance procedure at any time by submitting a written request to the Office of the Dean of the Undergraduate School.

**COMPOSITION OF COMMITTEE**

*Non-Administrative Faculty Member*

In a grievance matter involving a ranked non-administrative faculty member, the Chair of the primary instructional department to which the faculty member belongs shall chair the Faculty Grievance Committee unless the Chair has brought the charges against the faculty member. In a case where the Chair has initiated action against the faculty member, the Dean shall appoint another department chairperson to serve. Other committee members shall include:

– One faculty member selected by the faculty member in question (to serve as the faculty member's advocate)
– Four faculty members appointed by the Office of the Dean of the Undergraduate School
– The Dean of the Undergraduate School

The faculty member's advocate and the Dean of the Undergraduate School shall be non-voting members of the committee. The committee will be comprised of five voting members.

- 33 -

| Voting members | Non-Voting Members |
|---|---|
| Chair – appointed by Dean of Undergraduate School | Dean of the Undergraduate School |
| Four peers – appointed by the Dean of the Undergraduate School | Faculty Advocate |

The faculty member in question may veto up to two appointments to the committee (without cause). In addition, the faculty member may challenge any appointment with cause. The Dean of the Undergraduate School will be the final arbiter in seating a committee.

*Administrative Faculty Member*

In a grievance matter involving either the chair of an instructional department or an administrative faculty member, the Dean of the Undergraduate School shall chair the Faculty Grievance Committee. In a case where the Dean has initiated action against the chair or administrative faculty member, the Undergraduate Management Committee will appoint a suitable chair. Other members of the committee will include:

- One faculty member selected by the chair or administrative faculty member in question (to serve as the advocate for the person in question).
- Five faculty members appointed by the chair of the faculty Committee on Concerns.

The faculty member's advocate and the Dean or replacement committee chair shall be non-voting members of the committee. The committee will be comprised of five voting members.

The faculty member in question may veto up to two appointments to the committee (without cause). In addition, the faculty member may challenge any appointment with cause. The Dean of the Undergraduate School or replacement chair will be the final arbiter in seating a committee.

| Voting members | Non-Voting Members |
|---|---|
| Five peers – appointed by the Dean of the Undergraduate School | Chair |
| | Faculty Advocate |

NOTE: In a grievance matter in the Department of Missionary Aviation, the Faculty Grievance Committee membership shall be determined by the sections above with the exception that references to the "Chair of the primary instructional department" shall be replaced with "Director of Missionary Aviation Technology."

## COMMITTEE GUIDELINES

The committee shall convene within two weeks of appointment and shall render its recommendation to the Provost within thirty days of its first meeting.

The Dean of the Undergraduate School shall announce that the Grievance Procedure has been invoked at the next regular meeting of the faculty or through interoffice memo if a regular faculty meeting has not been scheduled within two weeks of the committee appointments. The announcement shall include the names of the faculty person who invoked the proceedings and the Chair and members of the Faculty Grievance Committee. The reason for invoking the Grievance Procedure will be provided only at the request of the faculty member in question.

The Chair of the Faculty Grievance Committee shall appoint a recorder and minutes of all proceedings shall be kept.

The faculty member invoking the Grievance Procedure shall have the right to be present at all committee meetings except at the time the committee votes on its recommendation to the Provost.

The Faculty Grievance Committee shall have access to all witnesses, letters and/or memos which bear on the case.

No hearsay evidence or anonymous testimonies shall be considered.

Under no circumstance shall a voting member of the committee present evidence supporting or refuting the faculty member's grievance. In the case of termination no voting member of the committee shall present evidence to support or refute the case for termination.

There shall be no discussion of committee proceedings outside of official meetings among committee members or with other persons except those for purposes authorized by the committee.

## FINAL DISPOSITION OF GRIEVANCE PROCEDURE CASES

Once the Grievance Procedure has been invoked there shall be no termination of employment or major disciplinary action involving the faculty member in question until all provisions of the Grievance Procedure have been exhausted.

No final vote upon a committee recommendation to the Provost shall be taken unless the full committee is present.

The Faculty Grievance Committee shall recommend a course of action to the Provost and provide minutes of all committee meetings.

The Provost should normally render his decision within one week.

- When the decision of the Provost is in agreement with the recommendation of the Faculty Grievance Committee, the Dean of the Undergraduate School with the Chair of the Faculty Grievance Committee present shall inform the faculty member of the decision.

- When the decision of the Provost is not in agreement with the recommendation of the Faculty Grievance Committee, the Committee may elect to appeal to the President and eventually to the Executive Committee of the Board of Trustees for representative appeal on behalf of the aggrieved faculty member.

When the decision of the Faculty Grievance Committee and the Provost is unsatisfactory to the aggrieved faculty members, that faculty member may appeal to the President.

The decision of the President shall be final. That decision shall be communicated in writing to the aggrieved faculty member and to the Chair of the Faculty Grievance Committee. The Chair shall report to the faculty at the next regularly scheduled faculty meeting.

After final disposition of the case, the Provost shall seal the committee records and submit them to the Office of General Counsel for safekeeping until the statute of limitations governing contracts has expired. After the expiration of the statute of limitations the records shall be destroyed.

## IDENTIFICATION CARD

Full-time employees will be issued an employee identification card which serves as a library card, an identification for admission to the Solheim Center and the Commons. It also is an access card to various doors and elevators around the Institute including the parking garage.

## INTERNAL PUBLICATIONS

In addition to the Faculty Manual, members of the faculty need to be familiar with:

- The annual Undergraduate Catalog
- The Employee Information Guide
- The Undergraduate Division Student Life Guide
- The Corporate Calendar on the web
- The Moodycaster, a weekly emailed electronic newssheet
- The Moody Memo, an institute update that is published monthly
- Library Manual

# JOB DESCRIPTION

Job descriptions for administrators, teaching faculty and department chair are included in the Appendix of the Manual (Appendices C, D, E, F & G).

# OBLIGATION

In a ministry with such a high calling and which touches the lives of so many students, one has a responsibility to teach by example as well as by precept. If a teacher expects his students to learn spiritual discipline, he too must be willing to undergo the discipline of the Spirit of God in his own life.

The administration of Moody Bible Institute desires to leave the individual teacher as free as possible in ministry since each teacher is directly accountable to the Lord (Colossians 3:22-25). Within the context of this liberty, there are certain obligations:

- Assent without reservation to the Institute's doctrinal statements and clarification. (The doctrinal statement is to be read and signed annually.)
- Acceptance of the Institute's standards of life and conduct.
- An agreement to abide by the policies of the Institute.

No doubt each has assumed these responsibilities with a conviction of the call of God. Willfully to disregarding or to undermining Institute standards or policies would hinder the work of the Spirit of God and create a morale problem within the academic community.

# OFFICE HOURS

The undergraduate school of Moody Bible Institute exists to provide a Bible-centered education that enables students to know Christ and serve Him through His church in vocational ministry. As a result, the educational process in the Undergraduate school is by design student-focused. This requires a faculty committed to serving students as mentor/scholars. It is every faculty member's responsibility to provide time in his or her weekly schedule to be available to meet with students outside of the normal classroom setting both formally and informally.

Further, faculty at MBI serve as part of a community of educators. This creates a responsibility to maintain professional relationships with other faculty and to participate in shared experiences such as Faculty Institute, Convocation, Graduation, President's chapel, regularly scheduled faculty meetings, other committee meetings, Missions Conference and Founder's Week sessions as indicated.

Undergraduate faculty are responsible for three primary spheres of relationships:

- Students
- Fellow Faculty
- Shared Professional Experiences

In order to help encourage involvement in the three spheres indicated above, all undergraduate faculty will be required, whenever school is in session, to be on campus a minimum of four days a week from the first day of class each semester until the beginning of final exams at the end of the semester. Faculty will spend a minimum of 30 hours per week on campus. A four-day week should not be viewed as an entitlement. Scheduling needs will dictate the number of days a faculty member will be required on campus in any given semester. Exceptions to this policy may be granted with the approval of the department chair and the dean of the undergraduate school. Exceptions may be granted for, but not limited to, the pursuit of graduate education, a writing project when a contract or letter of intent specifies a deadline that requires time during a given semester, and /or health issues as confirmed by a physician. Under normal circumstances exceptions will not be granted because of commuting distance, or outside ministry involvement. Faculty whose regular responsibilities include student interaction outside of the normal classroom setting may propose an alternative schedule, which must be approved by the chair and the dean of the undergraduate school.

Those faculty whose primary responsibility is classroom teaching will post and maintain 8 hours of office time per week. Each semester, office hours will be submitted to the department chair and will be included in each syllabus and posted on each faculty member's bulletin board. Faculty with unusual teaching/co-curricular and extra-curricular loads will create an office hour plan which meets the approval of the department chair and the dean of the undergraduate school.

# ORDINATION SERVICES

Ordained ministers on the staff of the Institute should not participate in ordination services in places or under conditions which would expose the Institute to the criticism of judicial leaders of the Church. Such action is construed as being an endorsement by the Institute and should be considered in the light of the obligations of the individual teacher or official of the Institute as a whole.

When a church requests a member of the Institute faculty or staff to serve on the ordaining

council, it is entirely proper that he should serve, provided it be made clear that he does not serve as, and is not to be announced as, a representative of the Institute but as a representative of the church to which he belongs. This is consistent with the policy of the Institute which, through its entire history, has held to the position that it is a training center and not engaged in the ordination or sending forth of workers. The Institute serves the Church, whether it be a denominational church or an independent church, in preparing men and women for Christian work.

# OUTSIDE EMPLOYMENT

Our primary work assignment for Undergraduate faculty are those duties and responsibilities outlined in the "Teaching Faculty" job description. Employment outside the Undergraduate Division should be approached with great caution (see Outside Engagements).

Teachers in the Department of Sacred Music are permitted to hold paid music positions in local churches as long as this work does not interfere in any way with Institute responsibilities.

No full-time member of the teaching staff may be the pastor of a church or hold any other position which would involve regular pastoral duties without the approval of the Undergraduate Dean and the Provost.

A full-time member of the teaching staff may serve as a temporary pulpit supply in a local church, provided that he is not considered as a pastor and is not required to perform pastoral duties other than speaking at the regular services of the church. The officers of the church must fully understand and accept this before commitments are made. Such arrangements should not be entered into for a period of more than three months (or exceed 12 months) without the written consent of the Dean of the Undergraduate School.

A full-time member of the teaching staff is permitted to teach in other schools after they have secured the approval of their department chair, the Dean of the Undergraduate School and the Provost.

Request for such approval should be channeled in writing through the Office of the Dean of the Undergraduate School.

# OUTSIDE ENGAGEMENTS
(Speaker's Service)

Faculty are encouraged to accept outside speaking engagements when it does not conflict with campus responsibilities. A Speaker's Service has been established to alert faculty to speaking opportunities. This Service is administered by Conference Ministries.

# OVERNIGHT LODGING

The following guidelines have been set-up regarding overnight lodging on campus.

- Rooms will be on a space-availability basis only.
- Arrangements are made primarily for those faculty who are in contact with students during that evening.
- Rooms are to be cleared on a case-by-case basis with the Office Administrator to the Dean of the Faculty who will make arrangements.
- Room reservations are limited to <u>five</u> <u>evenings</u> <u>per</u> <u>semester</u> and are on a space-availability basis.

# PERFORMANCE REVIEWS

*Performance Review of Faculty by Chair*
This is an annual developmental exercise initiated by the department chair. The purpose of the review is to survey the professional and performance activity of faculty and to meet individually with department members to review chair observations and comments. (Appendix H)

*Performance Review of Chair by Faculty*
This is a biyearly (every two years) activity in which faculty review the performance of their chair. This review is based on the job description. Once completed, the original review questionnaire is sent to the chair with a copy to the Academic Dean. The Academic Dean will subsequently confer with the chair based on reviews submitted by faculty. (Appendix I)

*Chair Appointment and Reappointment*
- Appointment to Department Chair is for four years.
- After appointment, continuation is subject to review by the Academic Dean as well as by members of the department every four years (the review process would begin September 1 of the fourth year and be completed by the end of that fall semester.)
- Before the end of the fall semester of the fourth year, department members will meet corporately with the Academic Dean (without Chair present) to review their recommendations, and provide counsel whether "to reappoint" or "not to reappoint."
- The Academic Dean will meet with the Chair and then make the final decision whether "to reappoint" or "not to reappoint" based on review data and other professional input.

# RANKING APPOINTMENT

## The Purpose of Faculty Ranking

The Faculty Ranking Committee affirms that it is a privilege for anyone to be a member of the faculty of Moody Bible Institute. Each faculty member, no matter what the rank, is to be accorded the same honor and respect as all fellow colleagues.

## General Principles for Faculty Ranking

In an effort to move toward appropriate academic ranking and at the same time provide reasonable wages, the Undergraduate School has adopted a broad band model of salary administration. The purpose of the model would be to reward performance and service while creating a higher level of academic credibility in regard to ranking. The following principles are observed in faculty ranking along with those outlined in the accompanying chart.

**Basic Assumptions:**

1.  Those without the Ph.D. or its equivalent *or without the M.A. or its equivalent and significant experience in a Ministry Studies areas*, who come without full-time college teaching experience, will begin their Moody careers as instructors.

2.  Those with the Ph.D. or its equivalent, who come without full-time college teaching experience or *with the M.A. or its equivalent, with significant experience in Ministry Studies areas*, will begin their Moody careers as assistant professors.

3.  A faculty member who never receives a doctorate will not be eligible to move into the rank of full professor.

4.  A faculty member who never receives the M.A. or its equivalent will not be eligible to move beyond the rank of instructor.

5.  D.Min. and equivalent degrees will not be treated the same as Ph.D. and equivalent degrees.

6.  There will be some separation between salary and rank as a result of broad banding.

7.  Faculty advancement should not be taken for granted nor is it automatic.

8.  The Faculty Ranking Committee is set up to carefully evaluate, consider and approve each recommendation for advancement in faculty rank. (see the procedure for "Faculty Ranking")

9.  Ordinarily once a rank has been obtained the faculty member will not be reduced in rank.

10. Salary levels may overlap from one rank to another.

The title assigned (rank) will normally be identified with the major in which most of an individual's teaching is done.

*Ranking Criteria* (see accompanying chart)

1. Years of college teaching experience (establishes eligibility). In certain circumstances in ministry studies areas, ministry experience will be accepted and credited at 50%.

2. Teaching effectiveness

3. Contribution to student development (wholistic approach to teaching)

4. Scholarship (recitals, compositions, articles, books, etc.)

5. Institutional service (committees, speaking, etc.)

6. External service (professional society/organization leadership, outside speaking, etc.)

All documents and materials related to the ranking criteria are to be submitted to the Office of the Academic Dean as indicated below:

- Student Opinion Surveys (by the Academic Dean)

- Classroom evaluations and chair recommendation (by the department Chair)

- Portfolio (by the faculty member under review)

- Letters of recommendation (by the faculty member under review)

The deadline for receipt of all these materials will be published by the Vice President and Dean of the Undergraduate School.

Peer review and student opinion surveys are elements that are used to help measure teaching effectiveness (See Performance Review of Faculty by Chair: Appendix H & Student Opinion Survey: Appendix J)

### *The Procedure for Faculty Ranking*

Faculty ranking will be determined by the following procedure:

- The Faculty Ranking Committee will be composed of the following officials of Moody Bible Institute:  President (Chair of the committee), Provost, and the Dean of the Undergraduate School (who will represent faculty).

- The committee will review in advance all materials and documents that relate to those who have technically met the criteria and been recommended for advancement in rank.  The committee will subsequently meet and render its decision(s) concerning advancement.

- Those who are not recommended by their chair for advancement by the Committee, may file one appeal to the committee for advancement.

- Those who are recommended and not approved by the committee for advancement, may appeal the decision to the committee for reconsideration.

- The Faculty Ranking Committee may make exceptions to the above guidelines in very special circumstances.

- Non-teaching members of faculty will be listed according to their administrative titles and are, therefore, not ranked in accordance with the above criteria.

**Ranking:** *Minimum Requirements for New Faculty –*

| Instructor | No Ph.D. or equivalent<br>No previous full-time college level teaching or less than 6 years full-time teaching experience |
|---|---|
| Assistant Professor | Ph.D. or equivalent in hand by time of appointment<br>No previous full-time teaching experience or less than 6 years full-time teaching experience<br><br>– or –<br><br>M. A. or equivalent in hand by time of appointment and more than 6 years full-time college teaching experience<br><br>– or –<br><br>*M.A. or equivalent in hand by time of appointment and a minimum of 12 years of full-time or equivalent experience in a field directly related to primary teaching responsibilities in a Ministry Studies area of the Undergraduate School. Credit granted under this provision will apply toward future rank increases.* |
| Associate Professor | Ranked at Associate Professor at previous institution<br><br>– and –<br><br>Ph.D. or equivalent in hand by time of appointment and more than 6 years full-time college teaching experience<br><br>– or –<br><br>D.Min. or equivalent by time of appointment and more than 10 years full-time college teaching experience<br><br>– or –<br><br>M.A. in hand by time of appointment and more than 15 years full-time college teaching experience |
| Professor | Ranked at Professor at Previous institution<br><br>– and –<br><br>Ph.D. in hand by time of appointment and more than 10 years full-time college teaching experience<br><br>– or –<br><br>D.Min. or equivalent in hand by time of appointment and more than 15 years full-time college teaching experience |

*Minimum Requirements for Existing Faculty –*

| | |
|---|---|
| Instructor | No Ph.D. or equivalent<br>less than 6 years full-time college teaching experience |
| Assistant Professor | Ph.D. or equivalent in hand by time of appointment<br>less than 6 years full-time college teaching experience<br><br>– or –<br><br>D.Min. or equivalent in hand by time of appointment<br>less than 10 years full-time teaching experience<br><br>– or –<br><br>M.A. in hand by time of appointment<br>less than 15 years teaching college level teaching experience |
| Associate Professor | Ph.D. or equivalent in hand by time of appointment and more than 6 years full-time college teaching experience<br><br>– or –<br><br>D.Min or equivalent in hand by time of appointment and more than 10 years full-time college teaching experience<br><br>– or –<br><br>M.A. in hand by time of appointment and more than 15 years full-time college teaching experience |
| Professor | Ph.D. or equivalent in hand by time of appointment and more than 10 years full-time college teaching experience<br><br>– or –<br><br>D.Min. or equivalent in hand by time of appointment and more than 15 years full-time college teaching experience |

## Salary Administration:

*Broad Band Scale –The potential exists for a significant salary overlap in scale between ranks.*

*Basis for Salary Decisions –*

1. Teaching effectiveness
2. Contribution to student development
3. Academic Output appropriate for discipline
4. Institutional service

# RESIGNATION

If a faculty member plans to resign, formal notice should be given to the Dean of the Undergraduate School no later than February 1. Employee benefits will carry through June 30, unless departure from the Institute takes place prior to the end of the spring semester.

# TEACHING LOAD

Professional expectations for faculty vary within institutions of higher education. Bearing in mind the educational philosophy of the Moody Bible Institute, certain demands may be made of our teaching personnel that are not required in other schools. In addition to the teaching load, the instructor is expected to take time with students, serve on faculty committees and attend various functions.

In handling a teaching load at Moody Bible Institute, several factors should be kept in mind:

- The normal faculty teaching load is 12 hours.
- Student contact hours are a factor effecting workload. The Institute will try to compensate for larger student loads by providing additional assistance for faculty.
- A person's health may on occasion necessitate a lightening of a schedule for a period of time.
- To encourage further training, teaching schedules may be adjusted to reduce hours or to allow a day for professional development.
- Normally, a new instructor is given a lighter load during the initial year at the Institute.
- Faculty who are writing or working on some educational project, should consult with the department Chair and the Dean about the possibility of a reduced load or adjustment in schedule.
- Early and late teaching hours are also taken into consideration when class assignments are made.

Teaching loads for those in Sacred Music, Missionary Aviation and Lifetime Fitness and Sports Ministry Department are formulated differently. Faculty members should consult with the department Chair about specific requirements.

Faculty who elect to teach in the External Studies Division or Graduate School should not consider that added assignment as part of the normal faculty load.

# TERMINATION

If for some reason a faculty member is not to be retained after the spring semester, effort will be made to advise the teacher of this no later than December of the fall semester, except for serious violations of Institute policy which may result in immediate termination.

# WRITING
## (For Outside Publications)

When articles prepared by faculty members appear in outside publications, the author shall request that the official connection with the Institute be indicated giving the official position, or stating simply "a member of the faculty of Moody Bible Institute." It is also appropriate to use faculty rank.

Official connection with any publication is governed by the policies already stated under the section entitled "Boards."

# ABSENCE APPROVAL REQUEST

After approval for an absence from class has been given by the departmental Chair, an Absence Approval Request form is to be completed and submitted to the Dean of the Undergraduate School. (Appendix K)

The form must be submitted and approved one week preceding the week of the intended absence in order that changes may be posted on the web. If the form is not submitted accordingly, the teacher is responsible for informing students of the change.

# ATTENDANCE
## (Classroom)

The maximum number of absences by students for any reason shall not exceed twice the number of times a class meets a week. None of these absences will be penalized. If a student exceeds the maximum number of absences, the following penalties will be applied:

> One excess absence: Loss of one letter of the final grade
> Two excess absences: Loss of two letters of the final grade
> Three excess absences: Failure of the course

A senior in his last semester or summer school session who has a cumulative grade-point average of 3.5 may be granted, at the discretion of the instructor, unlimited absence privileges. Each qualifying senior is responsible to determine whether this privilege is available in each individual course.

Students who have overcut a class may wish to fill out the Student Appeal form. They are made out in duplicate and taken to the Registrar's Office for the Academic Standards Committee. The Academic Standards Committee acts upon the matter and returns one copy of the Appeal form to the teacher. The Registrar's office notifies the student. (Refer to the Student Life Guide.)

Attendance regulations and criteria for grading are given in the Student Life Guide. Faculty members should be acquainted with these standards and be able to communicate this information in a meaningful way to students. All records (including attendance) are to be kept with the class rolls. Other details on class attendance can be found in the Student Life Guide.

# AUDITORS

Auditors are not permitted in class unless they have a statement from the Registrar's Office. Teachers are not obligated to take attendance of auditors or to grade their work.

# BEVERAGES IN CLASSROOMS
## (Sweeting Center)

In an effort to provide some additional choice with respect to classroom ambiance, beverages are permitted in the classroom and subject to the following guidelines:

- Teachers have the exclusive right to permit or deny beverages in the classroom especially during the teaching hour.

- When permitted, beverages should not become a distraction--handling and drinking beverages should be done discreetly and unobtrusively.

- Preferably, beverages should be kept in covered containers (like the "Moody Mug") - students are responsible for any "spills" and for all "clean up."

- Beverage containers must not be left under desks - all such containers must be placed in the appropriate waste cans at the end of class (recycling cans in hallways).

- Students are not permitted to bring food items into the classroom.

Compliance with these guidelines assures continuation and enjoyment for all.
(Faculty Meeting Minutes - 12/7/92)

# CLASS NOTES

Faculty are encouraged to place class notes on Blackboard. Faculty members may also have notes printed at their own expense, and then sell them in the classroom for cost only. The Copy Center encourages the use of their facility for this purpose by offering a reduced rate to the faculty for class notes.

# CLASS TEXTBOOK

Classroom materials such as textbooks, collateral reading, class notes and other supplies are to be ordered through the Lifeway Bookstore. The Bookstore will send order forms directly to the faculty each semester (Appendix S). The forms are to be returned to the Bookstore by the due date.

For efficiency, the Bookstore processes all orders together. Any late orders require special handling and are very expensive for both publishers and the store. Delay can also be avoided by checking in advance to see if a book is out of print. If there are questions or concerns about texts or supplies, the Bookstore should be contacted.

# COPYRIGHT

The criteria for fair use of copyrighted works, together with the owner-user jointly developed guidelines, delimit the exclusive rights of copyright owners, especially in the area of reproduction for classroom use. Accordingly, a teacher **may**:

Make a single copy of the following:

- *A chapter from a book.*
- *An article from a periodical or newspaper.*
- *A short story, short essay or short poem.*
- *A chart, graph, diagram, drawing, cartoon, or picture from a book, periodical or newspaper.*
- *A short excerpt (up to 10 percent) from a performable unit of music such as a song, movement, or section, for study purposes.*

Make multiple copies (not to exceed one per student) for classroom use of the following:

- *A complete poem if less than 250 words.*
- *A poetic excerpt if less than 250 words.\**
- *A story, essay or article if less than 2,500 words.\**
- *A prose excerpt of 500 to 1,000 words.\*&*
- *One illustration (chart, diagram, graph, drawing, cartoon or picture) per book or periodical issue.*
- *An excerpt of up to two pages of "special works" containing words and pictures.*
- *\*& Up to 10 percent of performable unit of music (song, movement, section) for academic purposes other than performance.*

Make a single recording of student performances for evaluation, rehearsal or archival purposes.

Make a single recording of aural exercises or examination questions using excerpts from recorded copyrighted materials.

Make an emergency replacement copy to substitute for a purchased copy that is not available for an imminent musical performance.

The teacher may also display a school-owned (or personal) copy of a copyrighted work to those in the presence of the copy. Section 109-b of the law makes it clear that this includes casting an image of the copy on a screen through the use of an opaque projection. The law does not allow a teacher to make transparency (beyond the fair use limitations) because this involves making a copy, which is an exclusive right of the proprietor.

The guidelines also list some prohibitions that were agreed to be reasonable interpretations of the four fair use criteria. They specify that teachers **may not:**

- *Copy to make anthologies or compilations or to replace or substitute for them.*
- *Copy from works intended to be consumable (workbooks, exercises, standardized tests booklets and answer sheets).*
- *Copy to substitute for purchase of books, periodicals, music or recordings.*
- *Copy on direction from higher authority (supervisor, coordinating teacher or principal).***
- *Copy the same item from term to term without securing permission.*
- *Utilize more than nine instances of multiple copying per course, per term.*
- *Copy more than one short work or two excerpts from one author's work in any one term.*
- *Employ a successful use of multiple copying developed by another teacher without securing permission from the copyright owner.***
- *Make copies of music (or lyrics) for performance of any kind in the classroom or outside of it, with the emergency exception noted above (point 5).*
- *Copy protected materials without inclusion of a notice of copyright.*
- *Charge students more than the actual cost of the authorized copies.*


\* Numerical limits may be expanded to permit completion of a line of a poem or an unfinished prose paragraph.

\*\* It was the thought of the members of Congress that the need to copy should result from the teachers' own spontaneous inspiration and the lack of time to get permission. The privilege that they granted exists to encourage creative teaching on the part of individuals and to allow them to catch the "teachable moment."

& Page 42, "The New Copyright Law and Education"

(From "The New Copyright Law and Education" 1977 by Educational Research Service, Inc., 1800 North Kent Street, Arlington, Virginia 22209. Used by MENC, NMPA, MPA with special permission.)

**_Remember:_**  *The absence of notice [credit of copyright] cannot be relied upon to indicate that a work is in the public domain.  Similarly, the fact that the author is deceased or the book is out of print does not mean that the work may be copied.*

For further explanation consult:   Questions and Answers On Copyright for the Campus Community.  National Association of College Stores & the Association of American Publishers, 1993, or contact the Office Administrator, Undergraduate School.

# CREDIT BY EXAMINATION

Credit by examination is given in select courses through Advanced Placement (A.P.) or the College Level Examination Program (CLEP) (Appendix T).

# EXAMINATIONS

*Final Examinations*
- No final exams are to be given to students prior to final exam week.
- Desk workers are not to administer any final exams - they must be proctored by a faculty member.
- The instructor has the option to administer a final examination to a student after, but not prior to, the scheduled time.  If it is not possible for the student to take an exam during exam week, the student must contact the Registrar's Office for the appropriate request form, obtain the instructor's approval, and complete the exam during the fifth week of the following semester.  (For more information see the Student Life Guide.)

# GRADES

The grading system and grade point system can be found in the current edition of the Undergraduate Catalog.  Faculty members should clearly explain grading methodology with students at the beginning of each semester or course session.

A student should resolve any question about a semester grade as soon as possible after final grades have been issued. A student has four months from the day grades were issued to question the earned grade. After that date, grades will be considered final. Within the four month period, a grievance by the student should be resolved with the instructor of the course.

In the case of graduating seniors, the Registrar's office should be notified one week prior to graduation of any senior failing a course or auditors on probation.

*Seniors*
If possible, senior grades should be computed first. The Registrar's Office needs to be notified one week prior to graduation of any senior failing a course, whether that student is on probation or not.

# GUEST SPEAKERS

All substitute or guest speakers for any class are to be cleared with the departmental Chair. Whenever possible, such plans should be cleared well in advance. The faculty member should assume the responsibility of informing the Office Administrator of the Undergraduate School whenever a guest speaker is to be present in the classroom.

The teacher in consultation with the Dean of the Faculty can request that an honorarium be given to the guest speaker. Money budgeted for this purpose is under the control of the Dean of the Undergraduate School.

# LATE EXAMINATIONS

*Procedures*
- Student requests a Late Exam form from Academic Records.
- Student receives two request forms - both are signed by the instructor. One copy is kept by the instructor and is sent with the exam to the Registrar. The second copy is delivered by the student to Academic Records.

*Exam Time Options*
- If the instructor chooses to administer the exam, there is no need to notify Academic Records. However, no instructor is to administer an exam outside of the designated examination time. NO EXAM SHOULD BE GIVEN BEFORE THE DESIGNATED EXAM TIME.
- On the Late Exam Request form, there is provision to designate if the exam will be written at one of two options:

> Late Exam Make-Up Time
> This is held in early evening toward the end of the examination period. This make-up time is announced and the test administered by the Registrar.
> Fifth Week Exams
> This is the fifth week of the next semester. The date and time are announced by the Registrar. The Fifth Week Exam serves the student who has extended illness or has other extenuating circumstances.

- At the approach of the Fifth Week Examination Date, instructors with students carrying an "I", will be notified to:

  > Send the appropriate exam for the Fifth Week Exam time, if the exam has not yet been sent.
  > Change a grade, in Academic Records, for any appropriate reason. All "I" grades will be changed to "F" after a reasonable time if no grade change is made.

  (Faculty Meeting Minutes 4/11/90)

- The student must be enrolled in the current semester to be eligible for Fifth Week Examination.

*Grade*

The grade "I" is to be issued for a student who is permitted to write their exam during the Fifth Week.

# LATE WORK

*Criteria*

A student requesting additional time which extends beyond the limits of the semester in order to complete course work must appeal to the Academic Standards Committee. The appeal is to be submitted to the committee at least one week before the end of the semester. Appeal forms are available from the receptionist in Enrollment Management.

*Time Extension*

Committee approval may include a few days extension after the close of the semester or may extend to the Fifth Week Examination date.

*Procedure*

Student submit appeal to the Academic Standards Committee. Committee response will be sent to the student, the instructor, and Academic Records.

*Grade*
A student granted a Late Work extension may be graded "I" if the work is not completed when final grades are submitted.

*Note*
Academic Records maintains all Late Exam requests and all Late Work appeals. Only students with the appropriate permission will be granted an "I".

# LIBRARY

As part of the Crowell Learning Resource Center, the primary functions of the Library are to acquire, preserve and make available materials needed for the instructional and research functions of students and faculty.

Faculty members should familiarize themselves with the Library Manual which provides an overview of library services and activities.

# MLA FORMAT

MLA (Modern Language Association) style of form and documentation is to be used by students for formal papers written for classes at Moody Bible Institute.

# SYLLABI

Three copies of the syllabus for every subject taught are to be filed in the Office of the Dean of the Faculty within one week of the beginning of each semester or Summer School session.

*The syllabus for each course should include the following:*
- Standardized format (Appendix U).
- A course description (see Undergraduate Catalog).
- A thoughtfully prepared set of educational outcomes or objectives.
- A description of educational methods and procedures where appropriate. Also included are a list of tools such as textbooks, notes and bibliography of collateral reading.
- A listing of course requirements and methods of assessment. This would include the amount of reading, type and length of reports, nature of projects, number and kind of tests and examinations and some explanation of the grading system.

- The instructor's office hours.

Syllabi should be periodically revised. Instructors teaching the same subject should periodically compare syllabi to guarantee a fair degree of equivalency.

Teaching faculty will receive a Semester Planning Calendar at the beginning of each semester to help in prepare syllabi. Note special days and exam schedules.

# TEACHING SCHEDULES

Teaching schedules are prepared by the Dean of the Faculty after consultation with departmental Chairs. Faculty members are to indicate course preferences on the appropriate form. These forms should be completed for the Fall semester by the preceding April 1, those for the Spring semester by the preceding October 1, and those for Summer School by the preceding December 15.

# TEXTBOOK APPROVAL

Any book which is to be used as a textbook in any class must first be approved by the department Chair and the Dean of the Undergraduate School. The teacher is to use the Textbook Approval form which can be obtained from the Office of the Dean of the Faculty (Appendix V).

# TEXTBOOK DESK COPY

Publishers and bookstores prefer that instructors write directly to the publisher for desk copies. A Desk Copy Request form (Appendix W) is available in the office of the Dean of the Faculty.

# ADVISING

*Pre-registration Time*
Each semester, members of faculty may be asked by their department Chair to serve as academic advisers during pre-registration time.

*Registration*
Faculty members may be called upon to help students during registration. Department Chair will assume responsibility to make those assignments in cooperation with the Registrar.

*Semester Interviews*
Faculty advisers should plan to see their advisees as least once during the semester. Teachers generally should make themselves available to students. Academic progress, course scheduling and vocational planning are areas that should be explored with the student.

*Extra-Curricular Advising*
Faculty members may be invited to become advisors for student groups.

# CHEATING AND PLAGIARISM

Corrective Action

- For cheating not voluntarily confessed: Loss of credit as stated under procedure. The student should be referred to the Dean of Students for further consultation and possible disciplinary measures.
- For cheating voluntarily confessed: Loss of credit as stated under procedure.
- For cheating, voluntarily confessed, then later repeated: Loss of credit as stated under procedure. The student should be referred to the Dean of Students for further consultation and possible disciplinary measures.
- For falsification concerning reading for assignments (for deliberate lying in the reporting of such reading for hasty scanning or for approximately complete reading reported as though fully complete): Penalty shall be no less than the loss of credit for the material falsified and no more than loss of credit for the entire report as deemed equitable.
- For plagiarism (use of material without acknowledgment as defined by the teacher): Penalty shall be no less than the loss of credit for the material falsified and no more than loss of credit for the entire report as deemed equitable.
- For willfully imparting information: The same corrective action as prescribed for the one receiving such information. Student imparting information is considered equally culpable.

- Confession of cheating made by a former Institute student, whether a graduate or not: The Academic Standards Committee shall study the circumstances and make their decision in relation to the policies used for Undergraduate students.

*Procedure*

When a case of dishonesty on the part of a student comes to the attention of the teacher, the latter shall follow this procedure.

- In a class in which the semester grade has not yet been issued, the teacher shall impose a penalty of no less than the loss of actual material falsified and no more than the loss of the entire quiz, report, project or exam as deemed equitable. The semester grade, when issued, is to be changed accordingly. The Academic Standards Committee is available in an advisory capacity when an equitable penalty is difficult to determine.
- In a class in which the semester grade has been given (whether for a present student, a former student or a graduate) and recorded in the Registrar's Office, the teacher shall decide the value of the entire assignment and of the actual material falsified. This information is to be given in writing by the teacher to the Academic Standards Committee. When action is taken by the Committee on the case, the teacher concerned may sit with the Committee as a temporary member and with power to vote. A penalty shall be imposed of no less than the loss of the actual material falsified and no more than the loss of the entire quiz, report, project or exam as deemed equitable. The semester grade will be changed accordingly.
- The teacher must report in writing to the Academic Standards Committee the name of any student involved in academic discipline by the teacher (Procedure 1).
- When a question of dishonesty on the part of a student comes to the attention of any member of administration or faculty, he shall encourage the student to communicate with the teacher or refer the matter to the teacher himself who shall proceed as outlined above. If the teacher is no longer a member of the faculty, the member of administration or faculty shall refer it to the Committee.
- The Academic Standards Committee shall have power to act in each case of dishonesty except as otherwise provided in this procedure.
- It shall be the responsibility of the Academic Standards Committee to study the nature of each case and then prescribe the penalty unless the Academic Standards Committee desires to refer the case to the faculty for final action.
- Whenever it is deemed advisable, the offending student may be called before the Academic Standards Committee for questioning. If the student expresses a desire to appear before the Academic Standards Committee of the faculty he has this privilege.
- Any decision by the Academic Standards Committee which involves a change of semester grade shall be reported to the Registrar's Office by the Academic Affairs Committee. Whenever possible, the teacher is to notify the offender of the decision which has been made.

# COUNSELING AND CAREER DEVELOPMENT

Counseling and Career Development Services (located in Student Development) are designed to help students through individual counseling and group programs.

Among the services offered are the following:

- Orientation Labs for New Students
- Career Planning
- Family Life Seminars and Marriage Counseling
- Premarital Counseling and Seminars
- Growth Groups
- Life Skills Development
- Marriage Counseling
- Married Students' Fellowship
- Self-explanation
- Study Skills Analysis
- Spiritual Gift Assessment
- Private Counseling

# STUDENT LIFE GUIDE

Faculty should be familiar with the <u>Student Life Guide</u> which is located at moody.edu, then select 'Student Life', then 'Student Life Guide' which sets forth policies and practices related to the student community at MBI. The <u>Guide</u> addresses such issues as student living, standards, campus services and academic regulations.

# BOOKSTORE DISCOUNT

Discounts for full-time faculty and staff are:

> 20% off all items in Moody Bookstores
> 50% off all Moody Publishers items

# CENTRAL POST OFFICE

Stamps are ava        cost from the CPO window from 8:30 a.m. until 4:00 p.m., Monday through F          , Registered, Overnight and UPS mail services are also available at cost p    a        e.

A     mail o        osited in the mail system MUST have the student's name and <u>CPO</u> in        be delivered, otherwise it will be put in the "fish bowl".

        il'            essages ONLY for off-campus students. On-campus students must go       gh           loughton Hall receptionists.

        of packages can be done from 8:30 a.m. until 3:00 p.m., Monday through Friday, for         mall ser    e charge.  Terms are cash only in advance, C.O.D. shipments are not ali

# CROWELL LEARNING RESOURCE CENTER

The Crowell Learning Resource Center (CLRC) is a service organization of technical and library services housed within the Education Group of the Moody Bible Institute.  The mission of CRLC is to provide comprehensive, centralized media resources (digital creation, display, storage), for production (digital graphics) and media services (sound, lights, digital video, staging) for faculty, students and other related ministries of MBI.

Services provided for faculty include:  1)  Instructional materials (videos, overheads, etc.) 2) Equipment; 3) Production of visual instructional materials; 4) Audio and video recording; 5) Educational studio management; 6) Hardware and software computer support; 7) Other related technology services.

CLRC houses a collection of instructional materials that are maintained for the primary purpose of faculty and class usage.  This collection has materials which relate to nearly all areas of the

educational curriculum at MBI. The types of materials include videotapes, overhead transparencies, CD-ROMs, slides and cassette recordings.

These materials may be accessed either through the Moody Bible Institute Intranet, using the Online Search Catalog located on the CLRC web site, or through a computer database located in the CLRC main office on Sweeting First Floor. CLRC staff members are also available to do research on certain subjects and expand the materials library with new purchases suggested by faculty members.

## EQUIPMENT
The CLRC department provides a variety of equipment to support the teaching and learning process. When this equipment is needed, the CLRC staff will set it up before the class, operate it (if necessary), and put it away following its use. Requests to use equipment or materials must be made to the CLRC main office by 3:00 p.m. the day prior to its intended use. This assures that it will be set up correctly and in a timely manner for your usage. Equipment available for classroom use includes: data projectors, computers, videotape playback, video recording, overhead projectors, slide projectors, cassette players, cassette recorders and flip charts.

## PRODUCTION OF VISUAL INSTRUCTIONAL MATERIALS
The instructional production area of the department assists in the production of overhead transparencies, PowerPoint presentations and other digital creation work. Faculty members with ideas for visual communication are encouraged to meet with CLRC personnel to facilitate this need. In the case of overhead transparencies, production generally requires about 1-2 weeks, and the transparency will remain the physical property of the CLRC department, with the faculty member holding the rights to the concept. Personal copies will be made available for a minimal charge. Training is available for basic graphics creation, enabling the faculty member to create personal visuals on their own time.

## AUDIO AND VIDEO RECORDING/EDUCATIONAL AND STUDIO MANAGEMENT
Audio and video recording services are provided for classes such as Oral Interpretation, Speech, Homiletics and other practice teaching situations. In addition, radio studios and a color TV studio are maintained for the instruction of students enrolled in the communications major. These services allow for hands-on training and evaluation.

## HARDWARE AND SOFTWARE COMPUTER SUPPORT
The CLRC department supports several computer labs for faculty, students and for training purposes. The labs are equipped with both PC and Macintosh computers and Laserjet printers. Microsoft Office is the base software package, along with Bible Companion Software and Internet/Email access. The CLRC main office also has two scanners, available for faculty and student usage during business hours.

## OTHER RELATED TECHNOLOGY SERVICES
CLRC staff members are available to assist and instruct faculty members on the use of their computers. The computer labs are also well staffed with Lab Technicians who are available to assist students and faculty members. The department offers computer training sessions, focusing

on the continual development of the instructor. Details and guidelines of these sessions are available in the CLRC office.

For more information on the CLRC Department, visit the CLRC section on the web at **my.mbinet.net**

# DUPLICATING SERVICES
## (Copy Center)

Requisitions are on the web at **www.mbinet.net/copycenter/** (save as a favorite or bookmark on your computer) for notes, syllabi, exams and handouts. Allow a two day turn around time and an additional day for delivery. If a holiday comes in the time period you are having work done, allow for one additional day. Give a date before materials actually are needed (Appendix X & Y).

# FAX MACHINES

Fax machines are located in the faculty lounge of Sweeting, the work room in Fitzwater, the workroom of Solheim, and the resource room in Doane. These are available for Undergraduate faculty use. Personal items may be faxed at $.10 per page. For operating instructions' please see a secretary in the respective building for assistance. The fax number in Sweeting is (312) 329-2310, Fitzwater is (312) 329-8956, Solheim is (312) 329-4257, and Doane is (312) 329-4098.

# MEAL PASS

Full-time faculty receive an unlimited meal pass to be used when eating with students in the dining room. Your Faculty ID card serves as your pass.

The following guidelines apply:

- Passes are for faculty member's personal use.
- The purpose of the pass is to encourage interaction with students.
- The pass may be used for any meal (but not snack times).
- The pass must be shown to gain entry to the Student Dining Room.

- Tickets for guests related to Institute business will be issued by the Office of the Dean of the Undergraduate School upon request.
- Since eating meals with students is technically a part of the faculty job description, it is not considered a benefit, but falls into the category "at the convenience of the employer." Therefore, the value of the meals will not be reported as taxable income.

# PAYCHECKS
## (Early)

Faculty may request early receipt of salary check within the month anticipated. The operational budget does not allow for multiple months to be paid simultaneously. Faculty members on extended leave may request the Institute to hold their checks or have them automatically deposited into their bank accounts.

# PAYROLL

Full-time faculty are paid once a month - the last working day of the month. Faculty can either have their check directly deposited into their bank account or receive it in their mail box. Questions should be directed to the Accounting Department.

Part-time faculty are paid the 23rd of each month. Absences due to sickness or leave should be reported to the Office Administrator in the Faculty of the Dean's office.

# PHOTOCOPYING

Photocopy machines are located in all faculty resource areas. The Institute will bear the cost of photocopy work done for use of the faculty. The limit is 500 copies for each academic semester. If more than 20 copies are needed, the request should be processed through Duplicating Services (Copy Center).

Faculty members should pay ($.05/copy) for any copies over the limit at the end of the year.

# STUDENT RECEPTIONISTS

The receptionists will care for distributing mail to faculty boxes and forwarding faculty messages generated either by walk-up traffic or telephone in the event faculty are away from their office.

Fitzwater Hall (3rd floor) - #4020
Solheim Center - #4440
Doane Memorial Music Building (1st floor) - #4081
Sweeting Center Desk (3rd floor) - #4044

# SECURITY
## (Building/Office)

Public Safety monitors access to the Sweeting Center when the building is open. A security desk is located near the elevator lobby. In addition to the security desk, all exit doors, except for the main lobby entrances are fitted with emergency "Exit Only" alarms. The east lobby doors are locked at 5:00 p.m. on weekdays and all day Saturday. It is possible to exit via the east lobby during these times. The only way to enter the building, however, is through the west lobby doors. These procedures help to maintain a safe environment for the employees, students and visitors who use the Sweeting Center.

**OTHER CONSIDERATIONS:**
*Cash*
Keep all office cash in a locked box at all times. This box should be kept in an out of the way place, preferably locked. It should at no time be left in open view.

*Personal Valuables*
All personal items of value such as purses, wallets and cash should at all times be kept out of public view. This does not mean merely set under a desk. Many thefts occur when employees step away from their desks, only to return and find items missing. With the distribution of laptop computers, absolutely keep office doors and valuables locked at all times, even for very short periods of time.

*Keys*
Almost all employees and students have keys. It is vitally important to MBI that these keys stay in the hands of authorized people. If there is any loss of keys, please contact Public Safety immediately. Do not wait a day or two to report it.

- 64 -

*Reporting*

There is always a tendency to conduct investigations "within house." This often means that Public Safety finds out about thefts and other incidents long after the occurrence. Public Safety officers are trained in investigation and surveillance and should be notified immediately of any breach of security.

If you need immediate assistance from Public Safety dial H-E-L-P (4357).

# STUDENT HELP
## (Faculty Assistants)

A limited amount of faculty assistance is available to members of faculty who need help with teaching and departmental responsibilities.

- The minimum amount of student hours for a member of faculty who qualifies under this policy is three hours per week for 16 weeks during the regular school year. No assistance is provided during Summer School.
- Department Chair are entitled to an additional three hours of assistance.
- If student help is needed in the Department of Sacred Music, the department secretary will be responsible for administering it.

To qualify, a teacher must request help from the Dean of the Faculty. The amount of help available will be determined after consultation with the teacher based on need and established guidelines. The Office of the Dean of the Faculty will requisition and hire all students through Human Resources. Teachers may request certain students but should not negotiate with students independently (Appendix Z).

# SUPPLIES

Supply areas are located in Solheim, Sweeting, and Fitzwater resource areas. Quiz papers, stationery, memos, expense reports, attendance sheets, grade slips and other miscellaneous supplies are available for faculty use.

## TELEPHONES

Each month faculty can access their monthly telephone log on the web. Log into my.mbinet.net, select 'Online Phonebook' under Physical Plant, type your last name and click on 'Look It Up', then click on your phone number. It is the responsibility of faculty members to pay for their personal long distance calls. Calls to your home number during the business day are exempt. Payment for long distance calls should be directed to the Office Manager to the Dean of the Faculty.

## TYPEWRITERS

Typewriters are available in faculty resource areas.

## VOICE MAIL

Voice mail is provided for all faculty phones. You must record your greeting by following the directions in the Centigram Voice Mail Instructions booklet. Instructions for using the voice mail system are on the web by logging in at my.mbinet.net and selecting Physical Plant Home, Topics, Telecommunications, Voice Mail Instructions. If you have any questions, contact one of the assistants in the Dean's Office.

# BULLETIN BOARDS

Bulletin boards are located in convenient areas throughout the academic buildings. Posted materials should be confined to the boards and not posted on adjacent walls. Materials on the boards should be kept current.

# CLASSROOM USAGE

To maintain classroom orderliness and decor, the following guidelines should be kept in mind:

- Erase all boards following each class period.
- The Registrar's Office assigns classrooms according to class size. If there is need for a change, please notify the Dean of the Faculty who will notify the Registrar's Office. If on a temporary basis additional furniture has been moved into the classroom, be sure to return it to its original location.
- All permanent classroom changes are governed by the Registrar's Office.

# MAINTENANCE

Questions about building and office maintenance such as burned out lights, room temperatures, and broken furniture are to be reported to the Office of the Dean of the Undergraduate School or the receptionists in Fitzwater, Solheim, Sweeting, or Doane Halls.

# OFFICE FURNISHINGS

Office furnishings are overseen by the Facilities, Management and Planning Department (Physical Plant). Notify the Office Manager to the Dean of the Faculty if you need something moved, changed, or hung on walls.

**Job Description for Faculty Member**
**Moody Bible Institute**
**Undergraduate School**

The Undergraduate school of the Moody Bible Institute exists to provide a Bible-centered education that enables students to know Christ and serve Him through His church in vocational ministry. The goal of the Undergraduate school is to provide an experience that challenges the students to think christianly and critically *and* prepares the person for effective service for the cause of Christ around the world. Therefore, Moody seeks to attract and retain faculty who are committed to the focus and mission of the Undergraduate school.

A faculty member in the Undergraduate school is responsible to the chair of the primary instructional department as assigned by the Vice President and Dean of the Undergraduate school and the Dean of the Faculty. Faculty have the primary responsibility to foster learning through both formal and informal involvement in the students' lives. In addition each member of the faculty has a responsibility to further the work of the primary instructional department, the Undergraduate school, and the Moody Bible Institute.

Faculty in the Undergraduate school will be committed to teaching, service, and scholarship. The faculty member is tasked with the on-going implementation, review, and revision of quality instruction in the classroom, which is dependent upon scholarly pursuits appropriate to their disciplines. Each faculty member should demonstrate a life of service to the Institute, the community, the church and the profession. The faculty member will strive to provide excellent education and training for ministry.

Because of the demands in academic instruction at Moody Bible Institute, a faculty member must demonstrate the following skills and aptitudes:

- Desire to grow in their spiritual lives and develop as mentors of students;
- Respect and appreciation for the diversity and contribution of all faculty;
- Effective interpersonal and communication skills;
- Personal integrity, passion, and perseverance;
- Teaching ability and a proven commitment to educating students;
- A commitment to scholarship and service for the purpose of enhancing the classroom experience for students;
- An understanding of and commitment to the authority of Scripture, our theology and mission, and our relationship within broader evangelicalism;
- A commitment to combining academic excellence and biblical truth with practical ministry preparation;
- A commitment to undergraduate students and their unique educational and practical needs;
- A desire to become part of a community of teacher/scholars where regular interaction, the exchange of ideas, and cooperation are welcomed and encouraged.

FACULTY
MANUAL,
Ex. G

The following responsibilities are specifically tasked to each faculty member:

1. Prepare syllabi and teach students in assigned courses.

2. Determine instructional outcomes appropriate to each course taught and assess student academic and/or skill achievement related to those outcomes. Such outcomes are to be consistent with departmental mission and objectives.

3. Be prompt in submission of grades, reports, and other required information.

4. Serve as academic advisor to assigned students.

5. Attend committee, department, and faculty meetings as scheduled.

6. Be present on campus a minimum of four days per week (30 hours), and post and maintain a minimum of eight office hours per week during the fall and spring semesters. Special provisions may be made with the approval of the chair and dean of the undergraduate school.

7. Assist the department chair with the development and maintenance of departmental goals.

8. Participate in the development, implementation, and maintenance of a department assessment plan. Work with the department to implement changes in departmental curriculum based upon assessment results.

9. Provide the department chair with professional goals and objectives for the annual performance review.

10. Be in attendance at designated chapels and events, eat meals with students in the Student Dining Room and engage in informal time with students as opportunity permits, in order to further the sense of community, shared values and experiences.

11. Serve on faculty committees as assigned.

12. Be engaged in professional development, scholarship, and research appropriate to primary discipline and in the scholarship of teaching.

13. Engage in appropriate and meaningful service in places such as the Institute, the community, the church, and the profession.

14. Fulfill policies, responsibilities, and special obligations as outlined in the Employee Information Guide and Faculty Manual.

15. Perform related and special duties as assigned.

Office of the Dean of the Undergraduate School
July 1, 2006

# MOODY BIBLE INSTITUTE

**EMPLOYEE INFORMATION GUIDE**
**July 1, 2016**



EXHIBIT
B

**TABLE OF CONTENTS**

Introduction                                                          1

Community Standards                                                   4

Workplace Attire                                                      7

Hiring and Employee Placement                                        9

Work and Hours, Time Reporting and Salary Administration            22

Employee Benefits                                                   26

Employee Services                                                   41

Administrative Procedures                                           44

## INTRODUCTION

**Our Purpose**
As a higher education and media ministry, Moody exists to equip people with the truth of God's Word to be maturing followers of Christ who are making disciples around the world.

**Purpose Statement — Unwrapped**

*As a higher education and media ministry,*
These are our areas of ministry. Higher education includes undergraduate education, graduate education, and non-degree adult education. Media ministry is intentionally broad, and it currently includes publishing and radio. However, with ever-changing technology, Moody may utilize new forms of media that prove to be effective.

*Moody exists to equip*
This is our core business. We are in the equipping business, which means both the proclamation of the Word to all and the development of ministry skills in people.

*people*
Our ministry is to all people. Both believers and nonbelievers are influenced by the ministry of Moody.

*with the truth of God's Word*
The Bible is the basis for everything we teach, broadcast, and publish.

*to be maturing followers of Christ*
This is the immediate impact of Moody's work—moving people along in their journey toward maturity in Christ.

*who are making disciples around the world.*
Making disciples is the goal of mature believers. This, then, is the ultimate impact of Moody's work—contributing to the fulfillment of the Great Commission.

**Our Values**
The authority of the Word of God
The centrality of the Church
The worth and dignity of the individual
The priority of servanthood
The practice of integrity
The responsibility of stewardship

**Values Statements - Unwrapped**

*The Authority of God's Word*
At Moody we believe that the Bible is the inerrant Word of God and the final authority with respect to our faith, our worship, and our personal conduct.

1

### The Centrality of the Church

Because the Church is God's instrument in the world to reconcile mankind to Himself through Jesus Christ in this age, our ministries at Moody will complement and support the work and mission of the Church—not compete with it.

### The Worth and Dignity of the Individual

As God's creation, each person has worth to be valued and respected without regard to individual giftedness, identity, gender, or life circumstances. At Moody our relationships, attitudes, and actions will consistently reflect this fundamental truth.

### The Priority of Servanthood

Our obligation as believers is to serve Christ, and in His name to serve others—rather than being served. Regardless of our roles or responsibilities, each of us at Moody will exhibit the attitude and actions of a servant.

### The Practice of Integrity

As believers within the Moody community we will strive for an honest and authentic congruence of heart, body, words, and actions—based on our alignment with and commitment to God's Word.

### The Responsibility of Stewardship

Because God owns everything, we are to be faithful stewards of the gifts and good things from God's hand. For this reason, at Moody we will strive to efficiently and effectively manage all the resources He has entrusted to us.

## Our Rich Heritage

### 1800s

**1886** A formal meeting at Farwell Hall with Mr. Moody addressing the gathering results in the founding of the Chicago Evangelization Society (later renamed Moody Bible Institute).

**1891** Institute Tie, later known as Moody Magazine, begins.

**1894** The Bible Institute Colportage Association is founded by Mr. Moody.

**1899** The Bible Institute Colportage Association is incorporated.

**1899** D.L. Moody dies at his home in Northfield on December 22.

**1899** Dr. R.A. Torrey becomes Moody's 2nd President.

### 1900 - 1950

**1900** The name Chicago Evangelization Society formally changes to Moody Bible Institute on March 21.

**1901** Moody Correspondence School is organized (distance courses in some form began as early as 1895).

**1903** Moody Evening School is organized, although evening classes were held as early as 1889.

**1904** Dr. James M. Gray becomes Moody's 3rd President.

**1925** First Institute radio broadcast over WGES.

2

**1926** WMBI, Moody's first radio station, goes on the air.
**1934** Dr. Will H. Houghton becomes Moody's 4th President.
**1938** Crowell Hall is built.
**1941** The Bible Institute Colportage Association becomes Moody Press (later Moody Publishers).
**1945** Moody Institute of Science is founded, later to become Moody Video.
**1946** Moody begins aviation training.
**1947** Dr. William Culbertson becomes Moody's 5th President.

**1950 - 2000**
**1951** Houghton Hall is built as a women's dorm.
**1958** MOODY purchases radio station WCRF in Cleveland, Ohio and shortly thereafter, WDLM in Moline, Illinois. This is the catalyst for a network that would grow to include 35 stations in the continental U.S.
**1969** Culbertson Hall is built as a men's dorm.
**1971** Dr. George Sweeting becomes Moody's 6th President.
**1972** Moody Evening School opens its first off-campus location.
**1973** Pastors Conferences begin.
**1982** Moody Radio begins satellite-feed broadcasting system.
**1986** Moody Graduate School begins.
**1986** Moody celebrates its 100-year anniversary.
**1987** Dr. Joseph M. Stowell becomes Moody's 7th President.
**1989** MOODY receives regional accreditation.
**1990** Solheim Center is built as Moody's sports complex.
**1991** Sweeting Center for World Evangelization is built.
**1998** Alumni Student Center is built.

**2000 - present**
**2000** Moody begins on-line education.
**2003** Ministries of Moody Magazine and Moody Retail come to a close.
**2005** Moody Aviation relocates to Spokane.
**2006** Moody Northwest becomes a branch campus, renamed Moody Bible Institute-Spokane.
**2005** Dr. Michael J. Easley becomes Moody's 8th President.
**2006** *The Five Love Languages* makes the *New York Times* Best Seller list.
**2008** Moody Broadcasting Network becomes Moody Radio.
**2009** Dr. Paul Nyquist becomes Moody's 9th President.
**2009** Moody Graduate School becomes Moody Theological Seminary and Graduate School.
**2010** Michigan Theological Seminary merges with Moody to become Moody Theological Seminary – Michigan.

To learn more about Moody's rich heritage, see <u>About Moody</u>.

**COMMUNITY STANDARDS**

**Moody's Christian Identity and Values**

At Moody Bible Institute we value being a community of caring Christians dedicated to helping one another grow toward Christian maturity. We are part of the larger Christian community and we represent an institution committed to spreading the Word of God through education and media ministries. We seek to cultivate attitudes and conduct that are consistent with Scripture, striving to reflect God and his values in our lifestyle and the conduct of our service.

As members of the MBI Christian community, we commit ourselves to live Christ-honoring lives. Employment at MBI presupposes that each employee has committed his or her life to Jesus Christ for salvation and Christian service. A lifestyle in accordance with biblical principles is essential to demonstrate that commitment to fellow employees, to MBI students, and to the outside world. Scripture clearly indicates that "whatever you do, whether in word or deed, do it all in the name of the Lord Jesus" (Col. 3:17).

**Rules and the Christian Life**

The Scriptures encourage us to pursue a course of conduct that is free from both lawlessness and legalism. Rules are not in themselves a test of spirituality, yet a spiritual person will submit to God's Word and to God's established authority (e.g., church, government, employer). Such a person will live in love and self-control in the community in which God allows him or her to live and serve.

The Bible clearly presents certain absolutes of moral behavior. In other areas where absolute principles do not exist, Christians must search the Scriptures for wisdom in dependence on the Holy Spirit. MBI calls its employees to live in accordance with all *biblical absolutes*. On the other hand, matters of *individual discernment* will be left to the Christian's conscience (with a few exceptions due to *communal* considerations). In every instance, the exaltation of God's holy name is what should ultimately determine the employee's behavior.

**Biblical Absolutes and Moody Employees**

By *biblical absolutes*, MBI means those unchanging scriptural truths about God, his creation, and his will for human beings. Rooted in his character and law, these truths are universal, unchanged by time, circumstances, culture, or human interpretation. Included in the absolutes are certain requirements of the Bible about moral living.

> Positive Commands
> Because we desire that the life of Christ be manifested in the MBI community, we expect that a believer will seek to follow every direct command of God. Examples of Scripture's positive commands would include actively participating in a biblical*, Protestant local church, loving all people, being filled with the Holy Spirit, obeying the Word, and trusting God for personal needs (Prov. 3:5-6; Luke 11:28; John 13:34-35; Gal. 6:10; Eph. 5:18-21; Col. 3:12-17; 1 Thess. 5:12-22; Heb. 10:24-25).

4

<u>Prohibitive Commands</u>
Biblical teaching forbids practices such as idolatry, stealing, drunkenness, chemical dependency, gossip, gluttony, dishonesty, occult involvement, murder, profanity, law-breaking, the use of illegal, addictive, or mind-altering drugs (including marijuana), physical abuse or battery, child abuse, all sexual activity outside of the husband/wife marital relationship (including pornography, all other manifestations of the 'sex industry', and homosexual or transgender behavior). Furthermore, attitudes such as lust, greed, divisiveness, thanklessness, pride, hatred, rebelliousness, and jealousy are equally displeasing to God. (Gen. 1:26-27; Ex. 20:1-17; Ps. 11:5; Prov. 6:16-19; Rom. 1:26-27, 13:1-14; 1 Cor. 6:9-20, 15:34; Gal. 5:19-21; Eph. 5:1-18; Col. 3:5-10; 1 Thess. 4:3-8; 1 Pet. 5:8)

While recognizing that no Christian can attain perfect holiness this side of heaven, MBI nonetheless calls its employees to let these biblical absolutes govern their lives at work and away from the workplace at all times.

**Matters of Individual and Communal Discernment**

By *individual discernment* we mean each employee is free to follow a biblically informed conscience. As noted above, Scripture provides certain moral absolutes that MBI expects to be followed. Concerning issues about which Scripture is not clear and Christians disagree, MBI endeavors to leave these matters to the individual's conscience as described in Romans 14. "Who are you to judge the servant of another? To his own master he stands or falls; and he will stand, for the Lord is able to make him stand … Each person must be fully convinced in his own mind" (vv. 4-5).

The guiding principle of a Christian's moral life is God's glory. This means we will never use our moral freedom as an occasion to abuse our bodies, which are God's temple. It also means our Christian liberty must be balanced by the needs of the broader community to which we belong and our behavior adapted to its benefit.

Therefore, certain prohibitions not mentioned in Scripture are nonetheless necessary for the MBI community. While in the workplace or carrying out MBI job duties, employees are prohibited from consuming alcoholic beverages, using tobacco products or gambling in any form or venue. Though these are not explicit biblical commands, neither are they left to employee discernment; they are communal limitations that allow MBI to maintain a good reputation so as to glorify God in all things.

---

*By 'biblical' we mean a church that subscribes to the five primary doctrines of biblical Christianity, which are: 1) **The Trinity:** God is one "What" and three "Whos" with each "Who" possessing all the attributes of Deity and personality. 2) **The Person of Jesus Christ:** Jesus is fully God and fully man. 3) **The Second Coming:** Jesus Christ is coming bodily to earth to rule and judge. 4) **Salvation:** It is by grace alone through faith alone in Christ alone. 5) **The Scripture:** It is entirely inerrant and sufficient for all Christian life.

**Human Sexuality**

The Moody Bible Institute's foundation for understanding human sexuality is rooted in our commitment to the Bible as the only authoritative guide for faith and practice. The first two chapters of Genesis constitute the paradigm and prerequisite of God's enduring creative intent for human personhood, gender and sexual identity, and sexual intimacy in marriage (Genesis 1:27, 2:24; cf. Matthew 19:4-5).

We affirm that humanity came from the hand of God with only two sexual distinctions—male and female—both in the image of God, and emerging from one flesh with the unique physical capacity to reunite as one flesh in complementarity within a marriage. God's creation design and intent for marriage as expressed in Genesis 2 is therefore exclusively between one man and one woman. Marriage alludes to the love of Christ for His Bride, the Church (Ephesians 5:22-33; Revelation 19:7-9). Within this monogamous context, intended to be lifelong, sexual intimacy is a glorious blessing from God.

We affirm the worth and relevance of human gender and sexuality, and of sexual intimacy as a distinctive of marriage. Based on Scripture (cf. Leviticus 18, 1 Corinthians 5-6, and other passages), non-marital sex, homosexual sex, same-sex romantic relationships, and gender identification incongruent with one's birth-sex all violate God's generous intention for human relationships. Such practices misrepresent the nature of God Himself, and therefore are sinful under any circumstance. In God's standards, we find merciful restraint on our fallenness. Concerns about sexuality and gender may be difficult to disclose, but suffering in silence is a far greater challenge. Moody Bible Institute believes that people are best supported if we are able to share our questions, struggles, or our self-understanding with trusted others.

We affirm God's love and concern for all of humanity—a concern that compelled Him to offer His Son a ransom for our lives—and we consider His biblically recorded and specifically defined guidelines for sexual practice to be enduring expressions of His love and protection of our human identity (cf. Matthew 19:5-9).

Our expectation is that the entire Moody community will honor the biblical obligation to surrender one's body to God (Romans 12:1). Our community standards reflect our commitment to support the spiritual and relational maturation of each member as we endeavor to stand in the fullness of Christ's stature (Ephesians 4:11-13; cf. 1 Thessalonians 4:3-8). We willingly submit ourselves to these biblical mandates in light of our call to holiness and to self-surrender.

*MOODY BIBLE INSTITUTE*
*INSTITUTIONAL POSITIONS RELATED TO THE MOODY BIBLE INSTITUTE*
*DOCTRINAL STATEMENT (1928)*

### Introduction

Throughout its history MBI has without qualification held to the essentials of biblical orthodoxy. In addition it has defined itself in other distinct ways in terms of more specific interpretations of Scripture. These positions are reflected in the *Doctrinal Statement* (1928) documents and policies published by the Institute. This *Institutional Positions Related to the Moody Bible Institute Doctrinal Statement (1928)* was produced to clarify and make explicit the doctrinal positions of the institution.

While the Institute's particular definitions are important to its position, it is readily recognized that they do not define orthodoxy for the whole body of Christ. MBI gladly embraces all that faithfully adhere to the essentials of biblical Christianity as fellow believers and colleagues in Christ's cause.

Whereas biblical Christianity is defined by the central tenets of the faith, throughout the history of the Church various groups have employed more specific definitions to define themselves. Historically MBI has maintained positions, which have identified it as non-charismatic, dispensational, and generally Calvinistic.

To maintain continuity and consistency with the heritage entrusted to its care, the Institute expects faculty and administration to agree with, personally adhere to, and support the Institute's doctrinal distinctives as noted above and defined in the following *Institutional Positions Related to the Moody Bible Institute Doctrinal Statement (1928)*.

2

**EXHIBIT**

*C*

tabbies

## MOODY BIBLE INSTITUTE
## DOCTRINAL STATEMENT

### Article I

*God is a Person who has revealed Himself as a Trinity in unity, Father, Son, and Holy Spirit-three Persons and yet but one God (Deuteronomy 6:4; Mathew 28:19; I Corinthians 8:6).*

### Article II

*The Bible, including both the Old and New Testaments, is a divine revelation, the original autographs of which were verbally inspired by the Holy Spirit[1] (II Timothy 3:16; II Peter 1:21).*

### Article III

*Jesus Christ is the image of the invisible God, which is to say, He is Himself very God; He took upon Him our nature, being conceived by the Holy Spirit and born of the Virgin Mary;[2] He died upon the cross as a substitutionary sacrifice for the sin of the world;[3] He arose from the dead in the body in which He was crucified; He ascended into heaven in that body glorified, where He is now our interceding High Priest; He will come again personally and visibly to set up His Kingdom[4] and to judge the quick and the dead (Colossians 1:15; Philippians 2:5-8; Matthew 1:18-25; I Peter 2:24-25; Luke 24; Hebrews 4:14-16; Acts 1:9-11; I Thessalonians 4:16-18; Matthew 25:31-46; Revelation 11:15-17; 20:4-6, 11-15).*

### Article IV

*Man was created[5] in the image of God but fell into sin, and, in that sense, is lost; this is true of all men, and except a man be born again he cannot see the kingdom of God; salvation is by grace through faith in Christ who His own self bare our sins in His own body on the tree; the retribution of the wicked and unbelieving and the reward of the righteous are everlasting, and as the reward is conscious, so is the retribution[6] (Genesis 1:26-27; Romans 3:10, 23; John 3:3; Acts 13:38-39; 4:12; John 3:16; Matthew 25:46; II Corinthians 5:1; II Thessalonians 1:7-10).*

### Article V

*The Church[7] is an elect company of believers baptized by the Holy Spirit into one body; its mission is to witness concerning its Head, Jesus Christ, preaching the gospel among all nations; it will be caught up to meet the Lord in the air ere He appears to set up His kingdom[8] (Acts 2:41; 15:13-17; Ephesians 1:3-6; I Corinthians 12:12-13; Matthew 28:19-20; Acts 1:6-8; I Thessalonians 4:16-18).*

*(Board of Trustees, October 1928)*

3

## INSTITUTIONAL POSITIONS RELATED TO THE MOODY BIBLE INSTITUTE
## DOCTRINAL STATEMENT (1928)

*Footnotes elaborating The 1928 Doctrinal Statement*

*Footnotes:*

1. The Bible is without error in all it affirms in the original autographs and is the only authoritative guide for faith and practice and as such must not be supplanted by any other fields of human learning.

2. Jesus Christ, the only begotten Son of God, is fully God and fully man possessing both deity and humanity united in one person, without division of the person or confusion of the two natures.

3. An individual receives the benefit of Christ's substitutionary death by faith as the result of responding to the message of the gospel. Salvation is the free gift of God's grace through faith alone, in Christ alone, therefore not dependent upon church membership, intermediaries, sacraments or works of righteousness to attain or sustain it.

4. It is the Institute's position that this refers to the premillennial return of Christ at which time He will set up His millennial reign during which time He will fulfill His promises to Israel.

5. This affirms that the first human beings were a special and unique creation by God as contrasted to being derived from any pre-existing life forms. Further, God created everything "after its kind" which excludes any position that allows for any evolutionary process between kinds.

6. This statement excludes any position which asserts a temporary or complete cessation of consciousness, or merging with eternal oneness, or annihilation of the damned, or a "second chance" or a period of suffering or purification in preparation for entrance into the presence of God.

7. The Church of Jesus Christ is a distinct entity from Israel in the ongoing program of God. Further, that this universal Church consists of all who possess saving faith in the death and resurrection of Jesus Christ from Pentecost to the Rapture of the Church and which will represent every language, people and nation.

8. Christ will return in the air preceding the seven-year Tribulation at which time He will receive into heaven all believers who constitute His church. During that tribulation period God will bring salvation to Israel and the nations while exercising judgment on unbelievers.

MBI rev 031715

ADDENDUM
## INSTITUTIONAL POSITIONS IN ADDITION TO THE ELABORATION OF THE MOODY BIBLE INSTITUTE DOCTRINAL STATEMENT (1928)

In addition to distinctives derived from an historic understanding of the 1928 Doctrinal Statement, the Moody Bible Institute has historically been identified with the positions outlined below. While Trustees, education administrators and Faculty are expected to hold these positions, we recognize that we serve and minister with others whose traditions differ on these subjects.

## GENDER ROLES IN MINISTRY

The Moody Bible Institute values the worth and dignity of all persons without distinction as created in God's image. We affirm the priesthood of all believers and the responsibility of every Christian woman and man to take an active role in edifying the Church. For that purpose, the Holy Spirit distributes ministry gifts to believers without distinction of any kind. That reality imposes the responsibility on every believer to fulfill ministry consistent with God's grace.

The Institute distinguishes between ministry function and church office. While upholding the necessity of mutual respect and affirmation as those subject to the Word of God, MBI understands that the biblical office of elder /pastor in the early church was gender specific. Therefore it maintains that it is consistent with that understanding of Scripture that those church offices should be limited to the male gender.

## SIGN GIFTS OF THE HOLY SPIRIT

The Institute maintains that there is one baptism of the Holy Spirit that occurs at the time a person is born again, placing that one into the body of Christ. MBI also distinguishes between spiritual gifts distributed to believers to equip them for ministry and the "sign gifts" which are understood to have been manifestations of the Holy Spirit to authenticate the messenger and the gospel message during the foundational period of the church. Therefore, the Institute holds that "sign gifts" are not normative for the church today.

## HUMAN SEXUALITY (APPROVED BY THE FACULTY 1/22/2014)

In addition to the above, I confirm that I have previously read and affirmed the entire position paper on Human Sexuality approved by the faculty of The Moody Bible Institute of Chicago on January 22, 2014 (the "Human Sexuality Position Paper") and presently acknowledge and confirm that I have not changed my position or agreement with the Human Sexuality Position Paper and continue to affirm it in its entirety, as when originally signed by me.

5

MBI rev 031715

6/1/2017            Manage Application

| Help | Personalize Page

## Manage Application

Return | Recruiting Home | Search Applications | Previous | Next | Add Applicant Note | Print | Refresh

**Applicant**                                        **Job Opening**

| | | |
|---|---|---|
| Name | Janay Gerrick | Preferred Contact | Not Specified |
| Applicant ID | 6368 | Phone | 407/803-3051 |
| Applicant Type | External Applicant | Email | janay.gerrick@gmail.com |
| Status | 010 Active | Address | 1418 Warwick Place |
| Jobs Applied | 1 | | Orlando, FL 32806 |
| | | | Orange |

| | | |
|---|---|---|
| Job Opening ID | 3103 | Status | Closed |
| Job Posting Title | Faculty Member, Department of ... | Business Unit | MOODY Institute |
| Job Code | 000143 (Faculty - Undergraduate) | Department | 3450 (U |
| Recruiter | Lloyd R. Dodson | Job Type | Standar |
| Hiring Manager | Brian Kammerzelt | Position Number | 000012 Commu |
| Salary Range | 4,765.000000 to | | 6,185.000000 USD/Mont |

### Process Application

**Disposition** 110 Reject

**Reason** Another Applicant was Hired    **Interest** ★★★★✗    Mark Reviewed    Route    Interview    Reject    Other

**Date** 11/05/2014

| Application and Resume | Questionnaire | Offer |

**Questions**

**Question** All sections of the application must be completed in order to be considered for a position. I understand that attaching a resume/CV is not an acceptable substitute for completion of the Education or Work Experience sections of the application.

Find | View 1    First

**Answers**

| Possible Answer | Correct Answer | Selected Answer |
|---|---|---|
| Yes | ✓ | ✓ |
| No | | |

**Question** MOODY BIBLE INSTITUTE DOCTRINAL STATEMENT
(Adopted at the annual meeting of the Board of Trustees, October, 1928)

In view of the present unrest concerning doctrinal questions within the sphere of evangelical Christianity, and to answer inquiries regarding the position of the Moody Bible Institute thereupon, be it Resolved, That this Board of Trustees places on record the following statement of faith as that to which its members severally subscribe, and to which it requires the subscription of the members of the faculty of the Educational Branch and all the official heads of the Institute, to wit:

ARTICLE I: God is a Person who has revealed Himself as a Trinity in unity, Father, Son and Holy Spirit -- three Persons and yet but one God (Deut. 6:4; Matt. 28:19; I Cor. 8:6).

ARTICLE II: The Bible, including both the Old and the new Testaments, is a divine revelation, the original autographs of which were verbally inspired by the Holy Spirit (II Tim. 3:16; II. Pet. 1:21).

ARTICLE III: Jesus Christ is the image of the invisible God, which is to say, He is Himself very God; He took upon Him our nature, being conceived by the Holy Ghost and born of the Virgin Mary; He died upon the cross as a substitutionary sacrifice for the sin of the world; He arose from the dead in the body in which He was crucified; He ascended into heaven in that body glorified, where He is now, our interceding High Priest; He will come again personally and visibly to set up His kingdom and to judge the quick and the dead (Col. 1:15; Phil. 2:5-8; Matt. 1:18-25; I Pet. 2:24, 25; Luke 24; Heb. 4:14-16; Acts 1:9-11; I Thess. 4:16-18; Matt. 25:31-46; Rev. 11:15-17; 20:4-6, 11-15).

ARTICLE IV: Man was created in the image of God but fell into sin, and, in that sense, is lost; this is true of all men, and except a man be born again he cannot see the kingdom of God; salvation is by grace through faith in Christ who His own self bare our sins in His own body on the tree; the salvation of the wicked and unbelieving and the reward of the righteous are everlasting, and as the reward is conscious, so is the retribution (Gen. 1:26, 27; Rom. 3:10, 23; John 3:3; Acts 13:38, 39; 4:12; John 3:16; Matt. 25:46; II Cor. 5:1; II Thess. 1:7-10).

ARTICLE V: The Church is an elect company of believers baptized by the Holy Spirit into one body; its mission is to witness concerning its Head, Jesus Christ, preaching the gospel among all nations; it will be caught up to meet the Lord in the air ere He appears to set up His kingdom (Acts 2:41; 15:13-17; Eph. 1:3-6; I Cor. 12:12, 13; Matt. 28:19, 20; I Thess. 4:16-18).

INSTITUTIONAL POSITIONS RELATED TO THE MOODY BIBLE INSTITUTE DOCTRINAL STATEMENT (1928)
Footnotes elaborating the 1928 Doctrinal Statement

Footnotes:

1. The Bible is without error in all it affirms in the original autographs and is the only authoritative guide for faith and practice and as such must not be supplanted by any other fields of human learning.

2. Jesus Christ, the only begotten Son of God, is fully God and fully man possessing both deity and humanity united in one person, without division of the person or confusion of the two natures.

3. An individual receives the benefit of Christ's substitutionary death by faith as the result of responding to the message of the gospel. Salvation is the free gift of God's grace through faith alone, in Christ alone, therefore not dependent upon church membership, intermediaries, sacraments or works of righteousness to attain or sustain it.

4. It is the Institute's position that this refers to the premillennial return of Christ at which time He will set up His millennial reign during which time He will fulfill His promises to Israel.

5. This affirms that the first human beings were a special and unique creation by God as contrasted to being derived form any pre-existing life forms. Further, God created everything "after its kind" which excludes any position that allows for any evolutionary process between kinds.



6/1/2017                                          Manage Application

6. This statement excludes any position which asserts a temporary or complete cessation of consciousness, or merging with eternal oneness, or annihilation of the damned, or a "second chance" or a period of suffering or purification in preparation for entrance into the presence of God.

7. The Church of Jesus Christ is a distinct entity from Israel in the ongoing program of God. Further, that this universal Church consists of all who possess saving faith in the death and resurrection of Jesus Christ from Pentecost to the Rapture of the Church and which will represent every language, people and nation.

8. Christ will return in the air preceding the seven-year Tribulation at which time He will receive into heaven all believers who constitute His church. During that tribulation period God will bring salvation to Israel and the nations while exercising judgment on unbelievers.


ADDENDUM

Institutional Positions in Addition to the Elaboration of the Moody Bible Institute Doctrinal Statement (1928)

In addition to distinctives derived from a historic understanding of the 1928 Doctrinal Statement, the Moody Bible Institute has historically been identified with the positions outlined below. While Trustees, Education Administrators, and Faculty are expected to hold these positions, we recognize that we serve and minister with others whose traditions differ on these subjects.

Gender Roles in Ministry

The Moody Bible Institute values the worth and dignity of all persons without distinction as created in God's image. We affirm the priesthood of all believers and the responsibility of every Christian woman and man to take an active role in edifying the Church. For that purpose, the Holy Spirit distributes ministry gifts to believers without distinction of any kind. That reality imposes the responsibility on every believer to fulfill ministry consistent with God's grace.

The Institute distinguishes between ministry function and church office. While upholding the necessity of mutual respect and affirmation as those subject to the Word of God, Moody Bible Institute understands that the biblical office of elder/pastor in the early church was gender specific. Therefore it maintains that it is consistent with that understanding of Scripture that those church offices should be limited to the male gender.

Sign Gifts of the Holy Spirit

The Institute maintains that there is one baptism of the Holy Spirit that occurs at the time a person is born again, placing that one into the body of Christ. Moody Bible Institute also distinguishes between spiritual gifts distributed to believers to equip them for ministry and the "sign gifts" that are understood to have been manifestations of the Holy Spirit to authenticate the messenger and the gospel message during the foundational period of the church. Therefore, the Institute holds that "sign gifts" are not normative for the church today.


The Trustees require that each faculty member and administrator "agree with, personally adhere to, and support" the Doctrinal Statement, Institutional Positions Related to the Moody Bible Institute Doctrinal Statement (1928) and Addendum without reservation.

These three statements define our expectations for faculty and administration of the MBI learning community. It does not claim that the Institute's position defines orthodoxy...but it does clarify the beliefs that define Moody Bible Institute within the broader Body of Christ.

The statements are not subject to private reinterpretation. No disclaimers, clarifications, or personal exceptions can be attached to the signed document. When signing (below) this statement, a prospective faculty member or administrator is affirming his or her agreement with the total document.

Do you agree?

| Answers | | |
| Possible Answer | Correct Answer | Selected Answer |
| --- | --- | --- |
| Yes | ✔ | ✔ |
| No | | |

Question  Please indicate age range.

| Answers | | |
| Possible Answer | Correct Answer | Selected Answer |
| --- | --- | --- |
| 16-18 | ✔ | |
| Over 18 | ✔ | |
| Under 16 | ✔ | |

Question  Are you legally authorized to live and work in the United States? An answer of yes indicates you are able to provide documents that prove your identity and employment eligibility.

| Answers | | |
| Possible Answer | Correct Answer | Selected Answer |
| --- | --- | --- |
| Yes | ✔ | ✔ |
| No | | |

Question  Have you, since age 18 ever been convicted of a misdemeanor or felony? If "Yes", you may be asked for additional details. (Note: A conviction does not necessarily bar you from employment. Each situation will be judged on its own merits with respect of time, circumstance, and seriousness)

6/1/2017                                                          Manage Application

| Answers | | |
| Possible Answer | Correct Answer | Selected Answer |
| Yes | ✔ | |
| No | ✔ | ✔ |

**Question** Are you required by law to register on the National Sex Offender Public Registry? If "yes", you may be asked for additional details. (Note: The Illinois Sex Offender Registration Act 730 ILCS 150 requires current employees and students at the Chicago campus who are convicted sex offenders to register with the Office of Public Safety and Security beginning January 1, 2012. Furthermore, the completion and submission of state form, ISP Higher Education Form 5-695, 12-11 is required by Illinois State Law. Note: A sex offence conviction does not necessarily bar you from employment; however, by the nature of the offense, the ability to function in certain roles may be restricted.)

| Answers | | |
| Possible Answer | Correct Answer | Selected Answer |
| Yes | | |
| No | ✔ | ✔ |

**Question** How did you learn about this job opening?

| Answers | | |
| Possible Answer | Correct Answer | Selected Answer |
| Advertisement | ✔ | |
| Church Mailing | ✔ | |
| I am a current PT Employee. | ✔ | |
| I am a current student. | ✔ | |
| I am a former student. | ✔ | |
| I am a former employee. | ✔ | |
| Recommendation of Employee | ✔ | |
| Recommendation of Friend | ✔ | |
| Moody Jobs Website | ✔ | |
| Outside Agency | ✔ | |
| Radio | ✔ | |
| Student Spouse | ✔ | |
| Walk-In | ✔ | |
| Website other than Moody | ✔ | ✔ |

**Question** Do you have relatives currently employed at Moody Bible Institute?

| Answers | | |
| Possible Answer | Correct Answer | Selected Answer |
| Yes | ✔ | |
| No | ✔ | ✔ |

**Question** How long do you want employment?

| Answers | | |
| Possible Answer | Correct Answer | Selected Answer |
| Less than 2 years | | |
| 2-5 years | ✔ | |
| 5 years + | ✔ | ✔ |

**Question** How many years of related experience do you have?

| Answers | | |
| Possible Answer | Correct Answer | Selected Answer |
| Less than 2 years | | |

6/1/2017                                      Manage Application

| | Correct Answer | Selected Answer |
|---|---|---|
| 2-5 years | ✔ | |
| 5 years + | ✔ | ✔ |

**Question** Do you hold a Master's Degree from an accredited institution or have a minimum of 18 graduate level credits in your field of interest?

Answers

| Possible Answer | Correct Answer | Selected Answer |
|---|---|---|
| Yes | ✔ | |
| No | | |

**Question** Do you hold a terminal degree in your field of interest?

Answers

| Possible Answer | Correct Answer | Selected Answer |
|---|---|---|
| Yes | ✔ | |
| No | | |

**Question** Is your spouse in complete agreement with the idea of you working at Moody?

| Answers | | |
| Possible Answer | Correct Answer | Selected Answer |
|---|---|---|
| Yes | ✔ | |
| No | | |
| Uncertain | | ✔ |

**Question** Have you or your spouse ever been divorced, separated, or remarried?

Answers

| Possible Answer | Correct Answer | Selected Answer |
|---|---|---|
| Yes | ✔ | |
| No | ✔ | |
| Not Applicable | ✔ | |

**Question** If you indicated that you or your spouse have been divorced, separated, or remarried please provide a date when this occurred.

**Answer** not applicable

> Evaluators for Open Ended Question
> There are no Evaluators assigned to this Open Ended Question.

**Question** List your major teaching areas, in order of preference

**Answer** Writing, Speech Communications, Missiology

> Evaluators for Open Ended Question
> There are no Evaluators assigned to this Open Ended Question.

**Question** Why you feel best prepared to teach the above subjects?

**Answer** I feel best prepared to teach these subjects because of my education and experience.

> Evaluators for Open Ended Question
> There are no Evaluators assigned to this Open Ended Question.

**Question**  Why do you want to teach at Moody Bible Institute?

**Answer**  My answer to this question is twofold: I care deeply and passionately about Christian publishing and communications; and, I am an educator who loves Jesus. Moody represents the confluence of both.

First, I care about the current face and future of Christian publishing. The messages we communicate to the world – through both our language and visual mediums such as graphic design – matter, and they matter deeply. I recently received a book by a best-selling, well-known Christian author. I excitedly tore open the Amazon box to find the most disappointing book jacket: clusters of grapes around a poorly designed, mixed font title. Clusters of grapes? Is that really the best we can do? I cringed that I placed the book on a chair and walked away. I eventually did overcome the cover and read the book, but how many others did not? The symbols, the design, the medium matters as much as the message contained therein. Will clusters of grapes on an antiquated book jacket capture the minds and imaginations of this generation of edgy, digital-first, skeptics? I believe that the face and future of Christian publishing must begin to be shaped by the current generation. In part, for this reason, I recently started a small imprint, 'jbird press,' in order to make a home for creative books, e-books, and products for the Christian market, bypassing the constraints of traditional Christian publishing houses. In my opinion, it is imperative that we begin to make room for the new – the new eyes, styles, and messages of the millennials.

Secondly, I'm a school nerd and a Jesus lover. I have spent the majority of my career as an educator in diverse roles and settings. Through serving as an elementary school teacher, a children's pastor, and a missionary training nationals in child development and trauma, I continue to be committed to helping others increase in wisdom and knowledge. Now, while I love learning and believe in the power of education to shape and change lives, I believe in the power of the gospel to shape and change lives more. Mission education – even a Biblically-based education – must never be elevated above the transforming power of the gospel. As Paul wrote, 'My message and my preaching were not with wise and persuasive words, but with a demonstration of the Spirit's power, so that your faith might not rest on human wisdom, but on God's power' (1 Cor. 2:4-5 NIV). Education – human wisdom – must remain inextricably bound to the spiritual formation of each student. Christ being formed in us, or a growing, intimate relationship with Jesus, must remain at the center of the message I communicate as a professor of communications. I recognize that I would not simply be a purveyor of information, but a model of discipleship.

Serving at Moody would give me the opportunity to influence the lives of future Christian leaders and communicators, those responsible for shaping Christian culture and interacting with the world's diverse cultures and peoples. It would be a privilege to be a part of the journey of forming gifted communicators into highly skilled artists who are empowered by the Spirit of God to usher in His Kingdom here on earth.

> **Evaluators for Open Ended Question**
>
> There are no Evaluators assigned to this Open Ended Question.

---

**Question**  List the various types of Christian service you have rendered in your home, church, and community.

**Answer**  In a volunteer capacity, I have served in children's ministry and college/career group leadership. As paid ministry staff, I have served as a as a director of children's ministry as well as a long-term missionary.

> **Evaluators for Open Ended Question**
>
> There are no Evaluators assigned to this Open Ended Question.

---

**Question**  What are you plans and ambitions for the future?

**Answer**  I would like to continue writing, teaching, publishing, and advocating for children at risk internationally.

> **Evaluators for Open Ended Question**
>
> There are no Evaluators assigned to this Open Ended Question.

---

**Question**  Please give a brief testimony of how and when you came to believe in Christ.

**Answer**  I don't have a radical conversion story to tell you, I've been blessed to grow up with believing grandparents and a mother passing down their spiritual heritage to me. I can't recall a time when I didn't know God. I was baptized when I was eight years old, and grew up going to church on Sundays. However, the world and its desires encroached upon my faith. I wanted to serve God and get rich! At Pepperdine, God asked me to choose Him: 'You cannot serve the world and Me. You are not your own, you were bought at a price...Do not become slaves of man.'

After college, God asked me to go cross cultural – leave the USA and experience the developing world. I began to step out in faith for finances, personal safety, and God's guidance on short-term missions. I experienced a foundational truth – 'When you seek Me with your whole heart, you will find Me.' My half-hearted spiritual walk grew into a whole-hearted, desperate desire for God to sustain me. I was so far out of my comfort zone, that God became everything to me. As I have stepped out to serve, God has opened my mind to understand His word, and His Spirit has empowered me to follow Him no matter the cost. Serving God and growing in God have been inextricably linked in my life; and though the process of consecration has been painful at times, it is leading me into a fuller life with Christ day by day.

> **Evaluators for Open Ended Question**
>
> There are no Evaluators assigned to this Open Ended Question.

---

**Question**  How do you know that you have eternal life?

**Answer**  My simple faith or belief that Jesus is the Son of the Living God, that He died for my sins and rose from the dead, conquering sin and death, assures me of my salvation.

> **Evaluators for Open Ended Question**
>
> There are no Evaluators assigned to this Open Ended Question.

---

**Question**  What church are you presently attending? Please indicate whether you are a member.

6/1/2017                                   Manage Application

Answer  The Cross Orlando and yes, I am a member, although we have no formal membership process. I have been a part of this
        church community since moving to Orlando over two years ago.

        Evaluators for Open Ended Question

        There are no Evaluators assigned to this Open Ended Question.

Question  Please provide applicable church information: address, phone number, web address, pastoral contact. If you have an
          ongoing association with another church please explain.

Answer  The Cross Orlando
        1300 Brookhaven Dr., Orlando, FL 32803

        website: thecrossorlando.org

        Pastor Ben Hoyer: ben@downtowncredo.com; 407.371.2925 cell

        Evaluators for Open Ended Question

        There are no Evaluators assigned to this Open Ended Question.

Question  Please give a brief description of your service in any kind of ministry; i.e.church, youth club, shelter, etc.?

Answer  I currently co-facilitate a weekly time of prayer; volunteer my writing services to two nonprofits (Downtown Credo and
        Crisis Care Training International); and coordinate the planning and cooking of a monthly meal for my church community.
        I also host a monthly writer's circle and poetry night. It is my desire that these last two activities would provide a safe
        space for both Christian and non-Christian artists (specifically poetry and prose writers) to share authentically and grow
        as artists.

        Evaluators for Open Ended Question

        There are no Evaluators assigned to this Open Ended Question.

Question  Please provide any additional information you feel would be helpful; i.e. your personal goals as a Christian, doctrinal
          belief, Christian ministry involvement,m and lifestyle standards.

Answer  Coming to the end of my seminary career in 2011, I found myself standing in a very different vocational pathway than
        upon my entrance to Fuller in 2003. I had entered into seminary in order to become better equipped to serve
        internationally and cross-culturally amongst Children at Risk (CAR). However, it was during this season of academic
        pursuit and prayer that the Lord resurrected my passion for creative writing. I had left this pursuit long behind in order to
        pursue what I considered more "direct" ministry. But God, in His graciousness, kindly led me toward a greater
        understanding that this giftedness was in fact planted and watered by Him and may be used to further His kingdom
        purposes in the world today.

        Since then, I no longer see a false dichotomy between creative writing and ministry, but understand that the two are
        actively integrated. My seminary career culminated in a six-month practicum and a research-integration paper entitled,
        "Creative Writing as a Pathway to Justice, Mercy, and Truth in Two At-Risk Communities in Los Angeles." I proposed that
        creative writing in contexts of poverty and injustice functions as a pathway to empowerment and healing, leading a
        community toward greater justice, mercy, and truth.

        In 2011, I finished seminary no longer in pursuit of the foreign missions field, though I was open to the call, but instead in
        direct pursuit of a freelance writing career. Today, as I find myself considering the possibility of sharing my life experience
        and theological perspective with the students of Moody Bible Institute, my heart stirs with excitement.

        Evaluators for Open Ended Question

        There are no Evaluators assigned to this Open Ended Question.

⇐Return | 🏠Recruiting Home | 🔍Search Applications | ◀Previous | ▶Next | 📝Add Applicant Note | 🖨Print | ↻Refresh

 **MOODY BIBLE INSTITUTE**

---

# *FACULTY CONTRACT*

Moody Bible Institute (hereinafter referred to as "MBI") enters into this agreement with

**Ms. Janay Garrick**

(hereinafter referred to as "the faculty member"), who agrees to accept and fill the position(s) of

**Instructor, Department of Communications**

at MBI for seven months beginning December 1, 2014 and ending June 30, 2015.

MBI agrees to pay the faculty member a salary of $ 30,450 (plus or minus any budget or rank adjustment and including, if appropriate, a housing allowance to be approved annually by the board of trustees). The salary will be paid in 7 monthly installments on the last business day of each of the 7 contracted months, subject to deductions as required by law, and other deductions, if any, as authorized by the faculty member. Benefits as determined by MBI are provided to eligible faculty. If the faculty member performs year-round administrative responsibilities, MBI agrees to grant the faculty member __N/A__ weeks vacation with pay.

The faculty member agrees (a) to perform diligently and faithfully, under the supervision of the provost and dean of education, and the appropriate dean, the responsibilities prescribed for this position, and (b) to adhere faithfully to the standards, policies, and procedures established by the *Faculty Manual* and the *Employee Information Guide*. The faculty member's specific responsibilities will be determined by his/her department chairman and the appropriate dean.

The faculty member also agrees to read the attached *Doctrinal Statement* and *Institutional Positions Related to the Moody Bible Institute Doctrinal Statement (1928)* and, by returning this contract dated and signed, affirms that he/she agrees with, personally adheres to, and supports each and every statement.

MBI and the faculty member mutually agree that this contract will be binding on both parties except as modified by the mutual consent of the Trustees and/or the President and the faculty member, or unless terminated for cause, in which case the procedures of termination stated in the current *Faculty Manual* and the *Employee Information Guide* will be followed by both parties.

Provost and Dean of Education      11/5/14
     Date

Vice President and Dean of the Undergraduate School      11/5/14
     Date

Faculty Member      11/5/14
     Date



**EXHIBIT**
**E**

 **MOODY BIBLE INSTITUTE**

# *FACULTY CONTRACT*

Moody Bible Institute (hereinafter referred to as "MBI") enters into this agreement with

**Ms. Janay Garrick**

(hereinafter referred to as "the faculty member"), who agrees to accept and fill the position(s) of

**Instructor, Department of Communications**

at MBI for the school year beginning July 1, 2015 and ending June 30, 2016.

MBI agrees to pay the faculty member a salary of $ 53,520 (including, if appropriate, a housing allowance to be approved annually by the board of trustees). The salary will be paid in 12 monthly installments on the last business day of each of the 12 months in the contract year, subject to deductions as required by law, and other deductions, if any, as authorized by the faculty member. Benefits as determined by MBI are provided to eligible faculty. If the faculty member performs year-round administrative responsibilities, MBI agrees to grant the faculty member   N/A   weeks vacation with pay.

The faculty member agrees (a) to perform diligently and faithfully, under the supervision of the provost and dean of education, and the appropriate dean, the responsibilities prescribed for this position, and (b) to adhere faithfully to the standards, policies, and procedures established by the *Faculty Manual* and the *Employee Information Guide*. The faculty member's specific responsibilities will be determined by his/her department chairman and the appropriate dean.

The faculty member also agrees to read the *Doctrinal Statement* and *Institutional Positions Related to the Moody Bible Institute Doctrinal Statement (1928)* and, by returning this contract dated and signed, affirms that he/she agrees with, personally adheres to, and supports each and every statement.

MBI and the faculty member mutually agree that this contract will be binding on both parties except as modified by the mutual consent of the Trustees and/or the President and the faculty member, or unless terminated for cause, in which case the procedures of termination stated in the current *Faculty Manual* and the *Employee Information Guide* will be followed by both parties.

| *John A. Jelinek* | 5/13/15 |
|---|---|
| Provost and Dean of Education | Date |
| *Larry J. Davidhizar* | 5/13/15 |
| Vice President and Dean of the Undergraduate School | Date |
| *(signature)* | 5/27/15 |
| Faculty Member | Date |

**EXHIBIT**
**F**
tabbies'



TO:       Faculty and Administration

FROM:     Dr. Paul Nyquist, President

DATE:     March 26, 2015

SUBJECT:  Annual Acknowledgement of The Moody Bible Institute of Chicago Doctrinal Statement (the "Acknowledgement")

The Trustees of The Moody Bible Institute of Chicago have stated that each faculty member is expected to "agree with, personally adhere to, and support" the *Doctrinal Statement* and *Institutional Positions Related to the Moody Bible Institute Doctrinal Statement (1928)* without reservation. This is required at the time of initial employment and is reaffirmed on a yearly basis.

Please read through the attached *Doctrinal Statement* and *Institutional Positions Related to the Moody Bible Institute Doctrinal Statement (1928)* and the final Addendum to make sure you agree with, personally adhere to, and support each and every statement.

I trust that, as you read through this document you will have a clear picture of where we stand as an institution and affirm our commitment to these essential truths as we serve together to advance His cause.

EXHIBIT
G

*MOODY BIBLE INSTITUTE*
*INSTITUTIONAL POSITIONS RELATED TO THE MOODY BIBLE INSTITUTE*
*DOCTRINAL STATEMENT (1928)*

### Introduction

Throughout its history MBI has without qualification held to the essentials of biblical orthodoxy. In addition it has defined itself in other distinct ways in terms of more specific interpretations of Scripture. These positions are reflected in the *Doctrinal Statement* (1928) documents and policies published by the Institute. This *Institutional Positions Related to the Moody Bible Institute Doctrinal Statement (1928)* was produced to clarify and make explicit the doctrinal positions of the institution.

While the Institute's particular definitions are important to its position, it is readily recognized that they do not define orthodoxy for the whole body of Christ. MBI gladly embraces all that faithfully adhere to the essentials of biblical Christianity as fellow believers and colleagues in Christ's cause.

Whereas biblical Christianity is defined by the central tenets of the faith, throughout the history of the Church various groups have employed more specific definitions to define themselves. Historically MBI has maintained positions, which have identified it as non-charismatic, dispensational, and generally Calvinistic.

To maintain continuity and consistency with the heritage entrusted to its care, the Institute expects faculty and administration to agree with, personally adhere to, and support the Institute's doctrinal distinctives as noted above and defined in the following *Institutional Positions Related to the Moody Bible Institute Doctrinal Statement (1928)*.

## MOODY BIBLE INSTITUTE
### DOCTRINAL STATEMENT

### Article I

*God is a Person who has revealed Himself as a Trinity in unity, Father, Son, and Holy Spirit-three Persons and yet but one God (Deuteronomy 6:4; Mathew 28:19; I Corinthians 8:6).*

### Article II

*The Bible, including both the Old and New Testaments, is a divine revelation, the original autographs of which were verbally inspired by the Holy Spirit[1] (II Timothy 3:16; II Peter 1:21).*

### Article III

*Jesus Christ is the image of the invisible God, which is to say, He is Himself very God; He took upon Him our nature, being conceived by the Holy Spirit and born of the Virgin Mary;[2] He died upon the cross as a substitutionary sacrifice for the sin of the world;[3] He arose from the dead in the body in which He was crucified; He ascended into heaven in that body glorified, where He is now our interceding High Priest; He will come again personally and visibly to set up His Kingdom[4] and to judge the quick and the dead (Colossians 1:15; Philippians 2:5-8; Matthew 1:18-25; I Peter 2:24-25; Luke 24; Hebrews 4:14-16; Acts 1:9-11; I Thessalonians 4:16-18; Matthew 25:31-46; Revelation 11:15-17; 20:4-6, 11-15).*

### Article IV

*Man was created[5] in the image of God but fell into sin, and, in that sense, is lost; this is true of all men, and except a man be born again he cannot see the kingdom of God; salvation is by grace through faith in Christ who His own self bare our sins in His own body on the tree; the retribution of the wicked and unbelieving and the reward of the righteous are everlasting, and as the reward is conscious, so is the retribution[6] (Genesis 1:26-27; Romans 3:10, 23; John 3:3; Acts 13:38-39; 4:12; John 3:16; Matthew 25:46; II Corinthians 5:1; II Thessalonians 1:7-10).*

### Article V

*The Church[7] is an elect company of believers baptized by the Holy Spirit into one body; its mission is to witness concerning its Head, Jesus Christ, preaching the gospel among all nations; it will be caught up to meet the Lord in the air ere He appears to set up His kingdom[8] (Acts 2:41; 15:13-17; Ephesians 1:3-6; I Corinthians 12:12-13; Matthew 28:19-20; Acts 1:6-8; I Thessalonians 4:16-18).*

*(Board of Trustees, October 1928)*

3

MBI rev 031715

### INSTITUTIONAL POSITIONS RELATED TO THE MOODY BIBLE INSTITUTE
### DOCTRINAL STATEMENT (1928)

*Footnotes elaborating The 1928 Doctrinal Statement*

*Footnotes:*

1. The Bible is without error in all it affirms in the original autographs and is the only authoritative guide for faith and practice and as such must not be supplanted by any other fields of human learning.

2. Jesus Christ, the only begotten Son of God, is fully God and fully man possessing both deity and humanity united in one person, without division of the person or confusion of the two natures.

3. An individual receives the benefit of Christ's substitutionary death by faith as the result of responding to the message of the gospel. Salvation is the free gift of God's grace through faith alone, in Christ alone, therefore not dependent upon church membership, intermediaries, sacraments or works of righteousness to attain or sustain it.

4. It is the Institute's position that this refers to the premillennial return of Christ at which time He will set up His millennial reign during which time He will fulfill His promises to Israel.

5. This affirms that the first human beings were a special and unique creation by God as contrasted to being derived from any pre-existing life forms. Further, God created everything "after its kind" which excludes any position that allows for any evolutionary process between kinds.

6. This statement excludes any position which asserts a temporary or complete cessation of consciousness, or merging with eternal oneness, or annihilation of the damned, or a "second chance" or a period of suffering or purification in preparation for entrance into the presence of God.

7. The Church of Jesus Christ is a distinct entity from Israel in the ongoing program of God. Further, that this universal Church consists of all who possess saving faith in the death and resurrection of Jesus Christ from Pentecost to the Rapture of the Church and which will represent every language, people and nation.

8. Christ will return in the air preceding the seven-year Tribulation at which time He will receive into heaven all believers who constitute His church. During that tribulation period God will bring salvation to Israel and the nations while exercising judgment on unbelievers.

4

ADDENDUM
## INSTITUTIONAL POSITIONS IN ADDITION TO THE ELABORATION OF THE MOODY BIBLE INSTITUTE DOCTRINAL STATEMENT (1928)

In addition to distinctives derived from an historic understanding of the 1928 Doctrinal Statement, the Moody Bible Institute has historically been identified with the positions outlined below. While Trustees, education administrators and Faculty are expected to hold these positions, we recognize that we serve and minister with others whose traditions differ on these subjects.

## GENDER ROLES IN MINISTRY

The Moody Bible Institute values the worth and dignity of all persons without distinction as created in God's image. We affirm the priesthood of all believers and the responsibility of every Christian woman and man to take an active role in edifying the Church. For that purpose, the Holy Spirit distributes ministry gifts to believers without distinction of any kind. That reality imposes the responsibility on every believer to fulfill ministry consistent with God's grace.

The Institute distinguishes between ministry function and church office. While upholding the necessity of mutual respect and affirmation as those subject to the Word of God, MBI understands that the biblical office of elder /pastor in the early church was gender specific. Therefore it maintains that it is consistent with that understanding of Scripture that those church offices should be limited to the male gender.

## SIGN GIFTS OF THE HOLY SPIRIT

The Institute maintains that there is one baptism of the Holy Spirit that occurs at the time a person is born again, placing that one into the body of Christ. MBI also distinguishes between spiritual gifts distributed to believers to equip them for ministry and the "sign gifts" which are understood to have been manifestations of the Holy Spirit to authenticate the messenger and the gospel message during the foundational period of the church. Therefore, the Institute holds that "sign gifts" are not normative for the church today.

## HUMAN SEXUALITY (APPROVED BY THE FACULTY 1/22/2014)

In addition to the above, I confirm that I have previously read and affirmed the entire position paper on Human Sexuality approved by the faculty of The Moody Bible Institute of Chicago on January 22, 2014 (the "Human Sexuality Position Paper") and presently acknowledge and confirm that I have not changed my position or agreement with the Human Sexuality Position Paper and continue to affirm it in its entirety, as when originally signed by me.

5

The Trustees require that each faculty member and administrator "agree with, personally adhere to, and support" the foregoing *Doctrinal Statement and Institutional Positions Related to the Moody Bible Institute Doctrinal Statement (1928)* without reservation.

This *Institutional Positions Related to the Moody Bible Institute Doctrinal Statement (1928)* defines our expectations for faculty and administration of the Moody Bible Institute learning community. It does not claim that the Institute's position defines orthodoxy . . . but it does clarify the beliefs that define the Moody Bible Institute within the broader Body of Christ.

The statements in this Acknowledgement are not subject to private reinterpretation. No disclaimers, clarifications, or personal exceptions can be attached to this Acknowledgement.

When signing (below) this Acknowledgement, you affirm your agreement with this Acknowledgement.

Name: _____ Janay Garrick _____ _____ *Janay Garrick* _____
     Printed             Signature

                    3-28-15
                    Date

6

The Trustees require that each faculty member and administrator "agree with, personally adhere to, and support" the foregoing *Doctrinal Statement and Institutional Positions Related to the Moody Bible Institute Doctrinal Statement (1928) without reservation.*

This *Institutional Positions Related to the Moody Bible Institute Doctrinal Statement (1928)* defines our expectations for faculty and administration of the Moody Bible Institute learning community. It does not claim that the Institute's position defines orthodoxy . . . but it does clarify the beliefs that define the Moody Bible Institute within the broader Body of Christ.

The statements in this Acknowledgement are not subject to private reinterpretation. No disclaimers, clarifications, or personal exceptions can be attached to this Acknowledgement.

When signing (below) this Acknowledgement, you affirm your agreement with this Acknowledgement.

Name: _Janay Garrick_
          Printed

_Janay Geell_
          Signature

_2-3-16_
          Date

6

EXHIBIT
H

 **MOODY · Bible Institute**™

*Office of the Vice President and Associate Provost of Faculty*

April 17, 2017

Ms. Janay Garrick
Instructor of Communications
Moody Bible Institute

Dear Janay,

Thank you for meeting with me last week along with Debbie Zelinski of the Human Resources department. The purpose of the meeting was to gain clarification as to your position on "Gender Roles in Ministry." You articulated in our meeting that you hold to the egalitarian view. Granted, this view is within the theological bounds of evangelicalism but it is not the view of Moody Bible Institute. As you know, faculty and upper administration must annually confirm the doctrinal statement which includes the complementarian view of gender roles without "disclaimers, clarifications, or personal exceptions...." For the record I would like to state that your signing of the doctrinal statement in previous years was based on the understanding that since you were approved for hiring you must therefore be able to sign the statement. However, given that your view is different from that of Moody, we will not give you a contract for the next academic year.

Since it is April, Moody will pay your monthly salary and your benefits will continue through December 2017 without any teaching responsibilities. Moody will also pay for your MFA course scheduled for summer 2017. We please request that you vacate your office by June 30, 2017 and we will notify colleagues of your departure on July 1.

Thank you for your service these last five semesters and may God continue to open doors for you that will allow for your continued professional and personal growth.

Sincerely,

Larry J. Davidhizar, PhD
Vice President and Associate Provost of Faculty
Moody Bible Institute

LJD:ps

cc: Dr. Junias Venugopal, Provost
Dr. James Spencer, Vice President and Dean of the Moody Bible Institute
Dr. Terry Strandt, Division Chair, Music and Media Arts
Ms. Debbie Zelinski, Vice President, Human Resources

 **MOODY Bible Institute**®     **MOODY Theological Seminary**®     **MOODY Bible Institute** DISTANCE LEARNING    **MOODY Pub...**    **MOODY...**

820 N. LaSalle Blvd.
Chicago, IL 60610

(800) DL MOODY
(312) 329-4000

moody.edu



EXHIBIT
I

**From:** Janay Garrick [mailto:janay.garrick@gmail.com]
**Sent:** Wednesday, May 17, 2017 10:32 AM
**To:** James Spencer
**Cc:** Junias Venugopal; Debbie Zelinski; Brian Kammerzelt; Clive Craigen; Dr. Larry Davidhizar; Dr. Terry Strandt
**Subject:** Grievance Appeal of Notice of Non-renewal of Contract Delivered to Janay Garrick April 18, 2017

DATE:   May 17, 2017

TO:     JAMES SPENCER, VICE PRESIDENT AND DEAN OF THE MOODY BIBLE INSTITUTE

CC:     JUNIAS VENUGOPAL, PROVOST

        DEBBIE ZELINSKI, VICE PRESIDENT OF HUMAN RESOURCES

        BRIAN KAMMERZELT, COMMUNICATIONS PROGRAM HEAD

        CLIVE CRAIGEN, PROFESSOR AND FACULTY ADVOCATE

        LARRY DAVIDHIZAR, ASSOCIATE PROVOST OF FACULTY

        TERRY STRANDT, MUSIC AND MEDIA ARTS DIVISION CHAIR

FROM:  JANAY GARRICK, COMMUNICATIONS PROGRAM INSTRUCTOR

SUBJECT:  Grievance Appeal of Notice of Non-renewal of Contract Delivered to Janay Garrick April 18, 2017

Dear James,

It is with great sadness that I am invoking the Grievance Appeal Procedure as a result of having received a Notice of Non-Renewal of Contract. My actual appeal is attached as a PDF and follows these introductory statements.

I had hoped that Moody Bible Institute in 2017 would have been able to show a greater degree of openness to theological differences in the nonessentials of the faith such as female gender roles in ministry/leadership. Unfortunately, the openness that was demonstrated by MBI in hiring a woman who clearly stated "I am egalitarian" in her interviews on the Chicago campus in 2014, has now been revoked as I demonstrably began to act upon my belief that women should have equal access to all areas of the institution in acquiring theological education. It is not without significance that I have both *signed* (upon hiring) and *renewed* my contract three (3) times (2014 hiring contract; 2015-16 academic year renewal; 2016-17 academic year renewal); but now, *at the first contract renewal following the Title IX complaint* in 2016, I am not being offered a contract renewal. At every contract signature and renewal, I have always

EXHIBIT

J

tabbies

held to an egalitarian position—this has not been hidden from anyone since the start of my employment—but now, suddenly, it matters and is cause for dismissal. Additionally, it is well known on campus that there are other faculty and key Moody Radio personnel who do not affirm "without disclaimers, clarifications, or personal exceptions" the Gender Roles in Ministry Addendum in MBI's doctrinal statement and it might also be noted that all of those faculty and personnel, that I know of, are male.

It is not without significance that Dwight L. Moody was "eager to allow women to preach" and that MBI "offered its pastor's course to women up until 1929" (Cunningham). Why have we strayed so far from our roots as an institution of Christian higher education, equipping men *and women* to serve in all areas of ministry in 70-plus denominations around the world? But perhaps of more import than women's lack of access to training for the pastorate, is the widespread condescension, disrespect, hostility, and in some cases—abuse and neglect—that is being inflicted upon women within the Moody body. This treatment has come from every nook and cranny of the organization, from faculty and administration, to students and the unjust policies and practices imbedded here. This must stop, and it must stop *now*.

I have been sitting on these stories for years now. I have placed them into "a container of suffering." I have prayed and cried and lifted these stories to the Father. And you should know: the stories just keep coming. Woman after woman telling her narrative of hurt and disenfranchisement, their strangled voices rising up and crying out for a new day, a day in which "the politics of oppression is overcome by the practice of compassion and justice" (Brueggemann 10). And if we know anything from the history of the people of God, from our exodus out of bondage and oppression in Egypt, it is this—"the narrative of liberation begins with the grieving complaint of Israel" (11). It is time to sit up and to take note: things are not right for women at Moody Bible Institute!

> "The capacity to grieve…is the most visceral announcement that things are not right. Only in empire are we pressed and urged and invited to pretend that things are right—either in the dean's office or in our marriage or in the hospital room. And as long as the empire can keep the pretense alive that things are all right, there will be no real grieving and no serious criticism" (ibid).

Walter Brueggemann in *The Prophetic Imagination* goes on to note that the Israelite's primal scream of oppression ushers in a new theological and social reality. This verb, "cry out (*za'ak*) is not only "a cry of misery and wretchedness" mixed with self-pity, but it also connotes "the official filing of a legal complaint" in which "the mournful one is the plaintiff" (11). And if we know anything from the history of the people of God, we know that our God is a God who hears and *answers* the cries of the oppressed.

So, today I find myself asking the same question of MBI that Brueggemann asks: "Quite concretely, how does one present and act out alternatives in a community of faith which on the whole does not understand that there are any alternatives or is not prepared to embrace such if they come along?" I truly believe such an "alternative" stands at the door of MBI and knocks: this alternative looks like the full, embodied inclusion of women as pastors, theologians, voices of assent and dissent; women as leaders and fully-empowered, equipped citizens of the Kingdom of God.

It is with great grief that I feel my own feminine voice and consciousness being bound and gagged, silenced and dismissed during my employment and, in particular, in the final stages of

my work here. Surely, there must be a better way, an alternative, a higher and holier road to be chosen and taken by the administration and faculty at MBI as we stand at this crossroads? You know when the respected Professor Winfred Neely says in the all-faculty meeting on February 22, 2017: "I think it's time we addressed the misogyny and sexism at this institution," that perhaps, that time has come.

James, today I am submitting this Grievance Appeal to you and not to Larry Davidhizar, as the Grievance Procedure instructs. This is due to the fact that I believe Larry Davidhizar played a key role in unfairly terminating my employment. In the two months prior to MBI acting to end my employment on the purported basis of my vocal non-alignment with the Doctrinal Statement, specifically the Gender Addendum, MBI administration worked very hard to make a case for my work performance being below and/or barely meeting expectations and to use that conclusion to deny me continued employment. The facts bear this out and I believe those efforts were in retaliation for my involvement in a Title IX gender complaint process and related matters on behalf of a female student who was denied admission to the Pastoral Ministry undergraduate degree program solely because she is female.

Additionally James, when you, as stated in the Grievance Policy procedure, "announce that the Grievance Procedure has been invoked … through interoffice memo…if a regular faculty meeting has not been scheduled within two weeks of the committee appointments" I request that you provide "(the faculty's) reason for invoking the Grievance Procedure" as follows: "Janay Garrick has invoked the Grievance Procedure due to her non-renewal of contract for holding an egalitarian view on gender roles in ministry. She states that this non-renewal of contract is a retaliatory response for her participation in helping a student file a Title IX gender discrimination complaint against MBI in 2016 which resulted in the Pastoral Ministry major dropping its gender restrictions."

Thank you for taking the time to consider the facts as presented by me and to take the appropriate action.

Sincerely,

Janay E. Garrick

Communications Program Instructor, MBI
December 1, 2014-June 30, 2017

**Attachments:**
1. Janay Garrick-MBI Grievance_5-17-17 (PDF)
2. 29 Attachments_Garrick-MBI Grievance_5-17-17 (zip file)

James and Debbie, would you please confirm receipt of these documents today? Thank you.

## Grievance Appeal to Notice of Non-renewal of Contract (NRC)
## Effective July 1, 2017
**Submitted by Janay Garrick**

I am told I am being dismissed from my employment based on my egalitarian views and my "vocal non-alignment with the Doctrinal Statement," specifically the Gender Addendum (GA) which all faculty and upper administration are required to sign at hiring and at each contract renewal as a contractual condition of employment. (See Attachment 2: MBI Doctrinal Statement with Gender Addendum)

I told LARRY DAVIDHIZAR on April 18, 2017 in the presence of DEBBIE ZELINSKI when he delivered my non-renewal of contract letter, I believe this NRC is an improper termination. I believe the actual reasons for MBI having imposed the NRC action are because: 1) I guided and assisted a female student in her filing of a Title IX gender-based discrimination complaint (Jan-April 2016) that resulted in MBI announcing to all faculty on April 20, 2016 that it would be ending its long-standing discriminatory policy of denying female students admission and degree-earning power in the B.A. program in Pastoral *Ministry*. Additionally, my involvement in the Title IX process has resulted in my being subjected to faculty shunning and multiple chastisements from other undergraduate school faculty, and 2) during an Undergraduate Faculty meeting I expressed concern over the treatment of a transgender student by some of my colleagues/other professors for which I was criticized by my Communications Program peer professors, promptly reprimanded by my faculty mentor, PAM MACRAE, and verbally chastised by LARRY DAVIDHIZAR (while Professor BRIAN LEE was not), and 3) I expressed concern to my peer professors that female students were being denied admission to the BA Pastoral Ministry major with which they took strong exception and thereafter created a hostile work environment for me, and 4) I presented a proposal at an all faculty meeting against a faculty proposal that would require all students to affirm, in writing, an orthodox position on human sexuality.

While much of the basis of my appeal is summarized above, there is significant supporting information and a number of other related matters that bear negatively on my employment since my hiring as an Instructor in December 2014. That supporting information and other matters follow.

1

## Table of Contents

TITLE IX RETALIATION ........................................................................................................... 3

PERFORMANCE EVALUATION (P/E) ...................................................................................22

DISPARATE DISCIPLINARY ACTION ....................................................................................32

HOSTILE WORK ENVIRONMENT & GENDER DISCRIMINATION ......................................34

WORKING OUT OF INSTRUCTOR POSITION CLASSIFICATION .......................................38

STUDENT TESTIMONIES .....................................................................................................41

CONCLUSION ........................................................................................................................56

ATTACHMENTS .....................................................................................................................57

NAMES AND TITLES ............................................................................................................58

## CONCLUSION

As you can see, if you've read this document in its entirety, there is a deep sexism and misogyny imbedded in the heart of this institution. This goes beyond my recent non-contract renewal. This sexism goes as far back as 1928 when the Gender Addendum was added to the school's Doctrinal Statement and women began to be excluded from educational preparations for the pastorate and the pulpit.

This sexism and misogyny hides itself under the guise of religious belief, damaging women (and the men) in our midst; and ultimately damaging the witness of Christ and his church in the world. As an institution of bible-based education, responsible for the souls of women and men, are we not responsible for our sins of omission as well—*the good* we *fail* to do? When woman after woman comes forward with similar testimonies to say—I was harmed and hindered, not empowered for service at Moody Bible Institute—it is time we made some changes. It is time to act.

Therefore, I, JANAY GARRICK, request the Grievance Committee:

1. direct that the Gender Roles in Ministry Addendum be removed from MBI's doctrinal statement; and

2. direct that MBI move to hiring *at least* three (3) female faculty to teach full-time in the undergraduate Theology Program and *at least* three (3) female faculty to teach full-time in the undergraduate Pastoral Ministry Program beginning with the 2018-2019 academic year in order to increase female perspective at MBI; and

3. direct that MBI provide gender sensitivity and issues training to all faculty and current students and that it be provided to all future incoming students and new faculty; and

4. direct that a letter be written and delivered to all alumni and current students in MBI's email and snail mail database, explaining the change in policy regarding the B.A. in Pastoral *Ministry* major which now grants women degree-earning power in that major; and

5. direct that MBI set up a scholarship fund entitled "The Eloise Peace Scholarship Fund" (EPSF) beginning with the 2018-2019 academic year. The EPSF will annually provide two (2) female students in the Theology Program and two (2) female students in the Pastoral Ministry Program with full scholarships (tuition, housing, food, etc.). The EPSF will distribute scholarships for the next forty (40) years; and

6. direct that MBI compensate me with back-pay including all salary and benefits differential at Assistant Professor level for my having worked out of the Instructor faculty position class for my entire employment; and

   A. direct that MBI compensate me for full COBRA insurance costs including any MBI administrative fees for the twelve months of January 1 - December 31, 2018. This timeframe covers the period following MBI's commitment in the NRC dated April 17, 2017 to continue my salary and benefits through December 31, 2017; and

   B. direct that MBI continue to reimburse me for my current Masters Degree of Fine Arts course of study at Seattle Pacific University through my completion of that program in accordance with the terms of our written agreement on that subject as if I were an on-going faculty member (See Attachment 27: MFA Contract MBI-GARRICK).

Thank you for considering this collective cry/*za'ak* from women down through the years—the legacy and the progeny of Moody Bible Institute—asking you, the leaders in power, to follow the God who leads us toward greater freedom and toward a kingdom that's not of this world.

For the students,

Janay E. Garrick

Communications Program Instructor, MBI

## ATTACHMENTS

1. Notice of Non-renewal of Contract dated April 17, 2017 (NRC)
2. MBI Doctrinal Statement with Gender Addendum (GA)
3. Cover It Up Screenshot Facebook Post YUAN dated April 12, 2013
4. Performance Evaluation Original (*received* March 30, 2017 but *dated* March 2, 2017) with 2.57 rating
5. Performance Evaluation Revised (received April 9, 2017) with 2.96 rating
6. Faculty Handbook Grievance Procedure & Termination Timeline PAGE 41
7. Human Sexuality Signatures Counterproposal GARRICK/LEE dated October 26, 2016
8. GARRICK Resumé 1 (submitted via email to KAMMERZELT on August 4, 2014 as well as with online MBI job application dated August 11, 2014)
9. GARRICK Resume 2.0 Email to KAMMERZELT (approving second resumé without ordination line to be used in MBI hiring process) dated October 14, 2014
10. GARRICK Chicago Campus Interview Schedule 2014
11. Criteria for Undergraduate Faculty Ranking
12. Communications Department Concerns Email to KAMMERZELT dated December 13, 2015
13. Good news finally GARRICK to TIX COMPLAINANT dated May 19, 2016
14. Request for Consideration for Acceleration or Reclassification of Rank and Salary dated November 1, 2016
15. Reclassification Rejection by DAVIDHIZAR dated November 1, 2016
16. Title IX follow-up conversation Email DAVIDHIZAR & WARD dated March 31, 2016
17. Title IX follow-up conversation WARD to GARRICK with MBI General Counsel STIVEN cc'd dated April 1, 2016
18. BA Pastoral *Ministry* vs BA/MA Pastoral *Studies* dated Spring 2016 (for the 2015-16 Academic Year)
19. TIX Complaint Final Determination from MBI TIX OFFICE dated April 13, 2016
20. Letter of Apology and Solution DAVIDHIZAR to TIX COMPLAINANT dated May 13, 2016
21. Note to TIX COMPLAINANT Drafts between DAVIDHIZAR & GARRICK dated May 13, 2016
22. Pastoral Studies Announcement Email DAVIDHIZAR to MBI FACULTY dated June 7, 2016
23. TIX Appeal Committee Final Determination dated May 4, 2016
24. Ordination Emails GARRICK & FETZER & KAMMERZELT dated February 4-5, 2015
25. TIX Informal Resolution Letter dated April 1, 2016
26. ResLife Staff Development Meeting email ANDERSON to GARRICK dated February 1, 2017
27. MFA Contract MBI-GARRICK dated January 25, 2016
28. How to be a Lady SAUER handout dated 2010
29. ONEAL response to ALLISON blog dated April 12, 2013



**MOODY BIBLE INSTITUTE**
**HOUSING ALLOWANCE APPLICATION**
**2016 CALENDAR YEAR**

Name: _____Janay Garrick_____  ID#: _____4170715_____

1.  I am presenting receiving a monthly housing allowance [ x ] Yes  [ ] No

2.  I am [ ] ordained,  [ ] commissioned,  [ x ] licensed for the gospel ministry

3.  Please designate the appropriate election below:

   [ x ]  I wish to **apply for** a monthly housing allowance benefit.
   **NOTE:** Please attach a copy of your ordination certificate, letter of commission, or license for the gospel ministry.

   [ ]  I wish to **continue** my present monthly housing allowance benefit of $_____ for the new calendar year.

   [ ]  I wish to **make a change** in my present housing allowance:

      [ ] Increase the monthly amount from $_____ to $_____

      [ ] Decrease the monthly amount from $_____ to $_____

      [ ] Discontinue my monthly housing allowance benefit, effective _____

I request that a resolution be adopted by the Board of Trustees designating $____1820_____ as my monthly housing allowance. I have examined the relevant laws and regulations and I have consulted with legal and/or tax counsel as appropriate. I further understand that the actual amount of allowance that I may claim on my tax return is the lesser of my actual costs incurred to provide a home or the allowance designated by the Board of Trustees.

Signature _____*Janay Garrick*_____  Date _9. 27. 15_

PLEASE BE AWARE THAT, SHOULD THE IRS AUDIT YOU, YOU WOULD BE RESPONSIBLE FOR PROVIDING ANY NECESSARY DOCUMENTATION OR DEFENSE, AT YOUR SOLE RISK AND EXPENSE, FOR THE AMOUNT OF HOUSING ALLOWANCE YOU WISH TO CLAIM.



EXHIBIT
K

## Application for Housing Allowance and Indemnification

I, _____Janay Garrick_____, hereby request that $_____21,840.00_____ of my compensation as a [faculty member] [administrator] of The Moody Bible Institute for the calendar year 2016 be treated as Housing Allowance under the provisions of §107 of the Internal Revenue Code. I hereby certify that I am an ordained minister, within the meaning of §107 and the regulations thereunder.

I understand that the rules governing housing allowance are complex, and that by granting me the housing allowance, Moody in no way certifies that the services performed by me for Moody qualify as "ministerial services" as defined by Treasury Reg. §§1.107-1(a) and 1.1402(c)-5(b). I have been advised by Moody to obtain independent tax or legal advice on this issue.

I further understand that Moody will continue to treat all of my compensation as subject to FICA (Federal Insurance Contributions Act), notwithstanding the provisions of §1402 of the Internal Revenue Code which, in general, subjects ministers' compensation to SECA (Self-Employment Contributions Act) rather than FICA. I understand that, in the event I am audited by the IRS, IRS may disallow my housing allowance, or may assess SECA tax against my earnings. If IRS assesses SECA tax against me, I understand that Moody is under no obligation to file amended employment tax returns or to attempt to recover FICA tax paid by it or withheld from my wages.

I hereby hold harmless and indemnify Moody on behalf of myself and my heirs and assigns, from and against any and all liability which may result from an IRS determination that I do not, in fact, qualify for housing allowance, including back taxes, SECA taxes, interest, penalties, or any criminal liability assessed against me, my heirs or assigns, or any liability which may be assessed against Moody, its officers or employees, including criminal liability, as a result of any IRS determination that it has erroneously reported my compensation on information forms, such as Form W-2, or on its Employment Tax returns, or that it has failed to properly withhold income taxes or FICA taxes from my compensation.

Date: _9.27.15_

Faculty Member



**MOODY BIBLE INSTITUTE**
**HOUSING ALLOWANCE APPLICATION**
**2017 CALENDAR YEAR**

Name: _____Janay Garrick_____ ID#: _____4170715_____

1.     I am presenting receiving a monthly housing allowance  [ x ] Yes     [ ] No

2.     I am [ ] ordained,     [ ] commissioned,     [ x ] licensed for the gospel ministry

3.     Please designate the appropriate election below:

   [ ]   I wish to **apply for** a monthly housing allowance benefit.
         **NOTE:** Please attach a copy of your ordination certificate, letter of commission, or
         license for the gospel ministry.

   [ x ]  I wish to **continue** my present monthly housing allowance benefit of
          $_____8,640.00_____ for the new calendar year.

   [  ]   I wish to **make a change** in my present housing allowance:

          [ ] Increase the monthly amount from $_____ to $_____

          [ ] Decrease the monthly amount from $_____ to $_____

          [ ] Discontinue my monthly housing allowance benefit, effective _____

I request that a resolution be adopted by the Board of Trustees designating
$_____720.00_____ as my monthly housing allowance. I have examined the relevant laws
and regulations and I have consulted with legal and/or tax counsel as appropriate. I further
understand that the actual amount of allowance that I may claim on my tax return is the lesser of
my actual costs incurred to provide a home or the allowance designated by the Board of Trustees.

Signature _____     Date _9/16/16_____

PLEASE BE AWARE THAT, SHOULD THE IRS AUDIT YOU, YOU WOULD BE
RESPONSIBLE FOR PROVIDING ANY NECESSARY DOCUMENTATION OR DEFENSE,
AT YOUR SOLE RISK AND EXPENSE, FOR THE AMOUNT OF HOUSING ALLOWANCE
YOU WISH TO CLAIM.

## Application for Housing Allowance and Indemnification

I, _____Janay Garrick_____, hereby request that $_____8,640.00_____ of my compensation as a **[faculty member]** [administrator] of The Moody Bible Institute for the calendar year 2016 be treated as Housing Allowance under the provisions of §107 of the Internal Revenue Code. I hereby certify that I am an ordained minister, within the meaning of §107 and the regulations thereunder.

I understand that the rules governing housing allowance are complex, and that by granting me the housing allowance, Moody in no way certifies that the services performed by me for Moody qualify as "ministerial services" as defined by Treasury Reg. §§1.107-1(a) and 1.1402(c)-5(b). I have been advised by Moody to obtain independent tax or legal advice on this issue.

I further understand that Moody will continue to treat all of my compensation as subject to FICA (Federal Insurance Contributions Act), notwithstanding the provisions of §1402 of the Internal Revenue Code which, in general, subjects ministers' compensation to SECA (Self-Employment Contributions Act) rather than FICA. I understand that, in the event I am audited by the IRS, IRS may disallow my housing allowance, or may assess SECA tax against my earnings. If IRS assesses SECA tax against me, I understand that Moody is under no obligation to file amended employment tax returns or to attempt to recover FICA tax paid by it or withheld from my wages.

I hereby hold harmless and indemnify Moody on behalf of myself and my heirs and assigns, from and against any and all liability which may result from an IRS determination that I do not, in fact, qualify for housing allowance, including back taxes, SECA taxes, interest, penalties, or any criminal liability assessed against me, my heirs or assigns, or any liability which may be assessed against Moody, its officers or employees, including criminal liability, as a result of any IRS determination that it has erroneously reported my compensation on information forms, such as Form W-2, or on its Employment Tax returns, or that it has failed to properly withhold income taxes or FICA taxes from my compensation.

_____ Date: _9/16/16_____
Faculty Member

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| JANAY E. GARRICK,<br><br>                              Plaintiff,<br><br>        v.<br><br>MOODY BIBLE INSTITUTE,<br><br>                              Defendant. | Case No. 1:18-cv-00573<br><br>Judge John Lee<br>Magistrate Judge Young Kim |

### DECLARATION OF LARRY DAVIDHIZAR

I, Larry J. Davidhizar, declare as follows:

1.      I am over the age of 18, am competent to make this Declaration, and have personal knowledge of the facts set forth herein.

2.      I have been employed by Moody Bible Institute ("Moody") since June 1984, including as Vice President and Dean of Moody's Undergraduate School from January 2010 to August 2016 and Vice President and Associate Provost for Faculty from August 2016 to present.

3.      As a part of my job duties, I oversee certain personnel- and employment-related documents applicable to Moody faculty members, as well as policies and manuals that apply to faculty members at Moody.

4.      I have reviewed the following documents that are exhibits to Moody's motion to dismiss Ms. Garrick's First Amended Complaint and such exhibits to the motion are true and correct copies of the following documents (with the exhibit letter indicated):

A      Moody's Faculty Manual along and Faculty Manual Ex. G, the "Job Description for Faculty Member" (but not the other Faculty Manual exhibits due to their size and lack of relevance)

EXHIBIT

tabbies®

L

| | |
|---|---|
| C | Moody's Institutional Positions Related to the Moody Bible Institute Doctrinal Statement (1928) |
| E | Garrick's 2014-2015 Faculty Contract |
| F | Garrick's 2015-2016 Faculty Contract |
| G | Garrick's 2015 Signed Acknowledgment of Her Adherence to the Doctrinal Statement |
| H | Garrick's 2016 Signed Acknowledgment of Her Adherence to the Doctrinal Statement |
| I | April 17, 2017 Nonrenewal Letter |
| J | Garrick's May 17, 2017 Grievance (excerpts only) |
| K | Garrick's 2016 and 2017 Minister Housing Allowance Applications and Certifications |

5. The edition of the Faculty Manual attached to the motion to dismiss is the edition that was in effect in April 2017. The page of the Faculty Manual that Ms. Garrick attached to her First Amended Complaint as Exhibit B was in effect sometime prior to April 2017 and is therefore not the relevant document (because Moody's decision not to renew Ms. Garrick's faculty contract for the following year was made and communicated in April 2017).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2019.

Larry J. Davidhizar

12418146.1 (FINAL)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANAY E. GARRICK, | |
| Plaintiff, | Case No. 1:18-cv-00573 |
| v. | Judge John Lee |
| MOODY BIBLE INSTITUTE, | Magistrate Judge Young Kim |
| Defendant. | |

## DECLARATION OF DEBBIE A. ZELINSKI

I, Debbie A. Zelinski, declare as follows:

1.      I am over the age of 18, am competent to make this Declaration, and have personal knowledge of the facts set forth herein.

2.      I have been employed by Moody Bible Institute ("Moody") since August 2014 as the Vice President for Human Resources.

3.      As a part of my job duties, I oversee Moody's personnel files and a variety of other personnel- and employment-related documents. In addition, in my role as head of Human Resources, I am familiar with the policies and manuals that apply to employees at Moody.

4.      I have reviewed the following documents that are exhibits to Moody's motion to dismiss Ms. Garrick's First Amended Complaint and such exhibits to the motion are true and correct copies of the following documents (with the exhibit letter indicated):

B      Moody's Employee Information Guide (the relevant excerpt only; cover page through page 6)

D      Garrick's Employment Application



EXHIBIT
M

5.      The portion of the Employee Information Guide attached to the motion to dismiss is from the Employee Information Guide that was in effect in April 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2019.

Debbie A. Zelinski

12418146.1 (FINAL)