IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANAY E. GARRICK,<br><br>      Plaintiff,<br><br> v.<br><br>MOODY BIBLE INSTITUTE,<br><br>      Defendant. | Case No. 1:18-cv-00573<br><br>Judge John Lee<br>Magistrate Judge Young Kim |

**DEFENDANT MOODY BIBLE INSTITUTE'S
MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

  Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant, The Moody Bible Institute of Chicago, by and through its counsel, Bryan Cave Leighton Paisner LLP, hereby moves this Court for an order dismissing with prejudice the Second Amended Complaint filed by Plaintiff, Janay Garrick. In support of this Motion, Defendant relies on its supporting memorandum, which is being filed simultaneously herewith.

Dated: December 4, 2019

                     Respectfully submitted,

                     s/ Christian Poland
                     One of the Attorneys for Defendant
                     The Moody Bible Institute of Chicago

Christian M. Poland
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601-3315
312-602-5000
Fax: 312-602-5050
christian.poland@bryancave.com

2

## CERTIFICATE OF SERVICE

Christian Poland, one of the attorneys for Defendant, The Moody Bible Institute of Chicago, states that on December 4, 2019, he served a true and correct copy of the foregoing document upon Plaintiff by causing said document to be delivered to her via the Court's ECF system, addressed as follows:

>Janay E. Garrick
>P.O. Box 3851
>Tallahassee, FL 32315
>janay.garrick@gmail.com

>s/ Christian Poland