# MOODY

UNDERGRADUATE SCHOOL FACULTY PROGRESS REVIEW

820 N.LaSalle Blvd., Chicago, IL 60610
www. moodyministries.net

Faculty Member Name : Janay Garrick

Rank/Title : Instructor

Review Date : 3/2/2017

Review Period : 2016/17

Person Completing This Review : Terry W. Strandt

**Our Mission**
Under the authority of God and His Word and in commitment to Christ and His Church . . . The Moody Bible Institute exists to equip and motivate people to advance the cause of Christ through ministries that educate, edify and evangelize.

**The Values of Moody Bible Institute**
The Authority of the Word of God          The Centrality of the Church
The Worth and Dignity of the Individual   The Priority of Servanthood
The Practice of Integrity                 The Responsibility of Stewardship

**Undergraduate School Mission**
. . . to provide a Bible-centered education that enables students to know Christ and serve Him through His Church in vocational ministry.

| | | | |
|---|---|---|---|
| Faculty member demonstrates understanding and support of the mission of Moody Bible Institute. | O Seldom | X Often | O Consistently |
| Faculty member demonstrates understanding and support of the missin of this school. | O Seldom | X Often | O Consistently |
| Faculty member demonstrates understanding and support of the values of Moody Bible Institute. | O Seldom | O Often | x Consistently |
| Faculty member demonstrates a commitment to the students and to their ongoing maturation. | O Seldom | X Often | O Consistently |

**Accomplishments**
Progress toward previously determined goals and objectives.

Met regularly with Pam MacRae as faculty mentor
Preparing Poetry for Publication Class taken
Attended Calvin writing conference
Fundamentals of Creative Writing developed with professors Brown & Worrall
Increased publications



**Teaching Performance**   Weight: __40%__   (Range= 40-60%)   Date of Visit(s) _____  _____  _____

| Duty/Responsibility | (A) Priority Rate 1-3 | (B) Evaluation Rate 1-5 | Score (A x B) |
|---|---|---|---|
| Course Management | 3 | 2 | 6 |
| Teaching Effectiveness (3.5) | 3 | 3 | 9 |
|  |  |  | 0 |
|  |  |  | 0 |
|  |  |  | 0 |
| **Total:** | 6 | 5 | 15 |

\*Weighted Score for all Duties (Column "A x B" total divided by Column A total) =   __2.50__

\*Final Score for Category (above total multiplied by Category Weight) =   __1__

Janay has promise as a college teacher. The Core Tools: Word course I watched her teach had moments of passionate communication and some student interaction but many of the students were "checked Out". I think it is a matter of pacing and more thought-provoking questions-don't try to force the discussion but raise more pertinent questions. Organization & Syllabus consistancy a major issue.

**Faculty Service**   Weight: __15%__   (Range= 15-25%)

| Duty/Responsibility | (A) Priority Rate 1-3 | (B) Evaluation Rate 1-5 | Score (A x B) |
|---|---|---|---|
| Serve on General Faculty Committees | 3 | 3 | 9 |
| Fulfill Department Responsibilities | 3 | 3 | 9 |
|  |  |  | 0 |
|  |  |  | 0 |
|  |  |  | 0 |
| **Total:** | 6 | 6 | 18 |

\*Weighted Score for all Duties (Column "A x B" total divided by Column A total) =   __3.00__
\*Final Score for Category (above total multiplied by Category Weight) =   __0.45__

Janay needs to get more involved in committee work and spend time with students in her department as well as colleagues in more cooperative ways.

**Professional Contribution**  Weight:  __15%__  (Range= 5-25%)

| Duty/Responsibility | (A) Priority Rate 1-3 | (B) Evaluation Rate 1-5 | Score (A x B) |
|---|---|---|---|
| Professional Development, Scholarship of Teaching, Currency in Discipline, Contribution to the Field | 3 | 4 | 12 |
| New Course Development (creative writing & not-for-profit writing) | 3 | 4 | 12 |
| Attended Calvin writing conference; took Poetry for Pub. Class | | | 0 |
| | | | 0 |
| | | | 0 |
| Total: | 6 | 8 | 24 |

*Weighted Score for all Duties (Column "A x B" total divided by Column A total) =  __4.00__

*Final Score for Category (above total multiplied by Category Weight) =  __0.6__

Comments


**Student Contact**  Weight:  __15%__  (Range= 5-15%)

| Duty/Responsibility | (A) Priority Rate 1-3 | (B) Evaluation Rate 1-5 | Score (A x B) |
|---|---|---|---|
| Advising/Office Hours | 3 | 3 | 9 |
| Yearbook meeting with team outside of class/Thin Space Arts books | 3 | 4 | 12 |
| Mentoring three Moody, Indian students in Little India | 2 | 4 | 8 |
| | | | 0 |
| | | | 0 |
| Total: | 8 | 11 | 29 |

*Weighted Score for all Duties (Column "A x B" total divided by Column A total) =  __3.63__

*Final Score for Category (above total multiplied by Category Weight) =  __0.54375__

3

Comments

**Other**          Weight:     15%   (Range= 5-25%)

| Duty/Responsibility | (A) Priority Rate 1-3 | (B) Evaluation Rate 1-5 | Score (A x B) |
|---|---|---|---|
| Required Attendance: 4 days/30 hours a week, President's Chapel, Missions Conference, Founder's Week, Convocation, Commencement, Faculty Meetings, Faculty Institute | 3 | 2 | 6 |
| student evaluation response return 76% | 3 | 3 | 9 |
|  |  |  | 0 |
|  |  |  | 0 |
|  |  |  | 0 |
| Total: | 6 | 5 | 15 |

*Weighted Score for all Duties (Column "A x B" total divided by Column A total) =     2.50

*Final Score for Category (above total multiplied by Category Weight) =     0.375

Comments

| Total weight must = 100% |
|---|
| 100% |

| **FINAL EVALUATION SCORE** | (Sum of Category Scores)= | 2.96875 |
|---|---|---|

| **4.25 to 5.0** | **3.5 to 4.24** | **2.5 to 3.49** | **1.75 to 2.49** | **Below 1.75** |
|---|---|---|---|---|
| Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |

4

**NOTES**
**Category Weights** Each of the four to five categories must be assigned a percentage weight within the range indicated. The total of all category weights must equal 100%.
**Priority Column** Each duty must receive one of the following three priorities
    3= Critical: Highest priority
    2= Very Important: High Priority
    1= Important: Normal Priority
**Final Evaluation Column** The numbers equate to the following descriptive labels:
    5 = Outstanding
    4= Exceeds Expectations
    3= Meets Expectations
    2= Below Expectations
    1 = Unsatisfactory
Any evaluation of 1, 2, or 5 must be supported by an explanatory statement.

**Required Meetings** The Chair shall meet with the Faculty Member three times during the rating period. The first meeting is just before the start of the year. Prior to this meeting, the chair drafts the category weights, duties/responsibilities, and priorities. At the meeting, the Chair discusses the proposal with the Faculty Member, and together they agree on the final form. The second meeting is a **Mid-Year Review** (approximately halfway through the year), when the chair and Fac-ulty Member meet to informally discuss progress in the areas being reviewed, and may jointly agree to modify weights, priorities, and even responsibilities, should circumstances dictate such an adjustment. The final meeting is at the end of the rating period. The Chair will calculate final scores, then will meet with the Faculty Member to go over the scores, assess the year just completed, then start the process of looking ahead to the next rating period. The final meeting of the year thus also serves as the first meeting of the next year.

## Signatures and Approvals:

### Initial Review/Establishment of Duty/Responsibility & Priority

Chair: _____ Faculty: _____ Date: _____

Faculty Comments


### Mid-year Review

Chair: _____ Faculty: _____ Date: _____
Faculty Comments


### Final Review (date/signature required)

Faculty Comments

My signature acknowledges the receipt of this P/E as conducted and verbally delivered by Terry Strandt on March 30, 2017. This revised P/E was sent by Strandt via email on April 9, 2017. However, this revised P/E still contains errors and omissions. Please see attached document for a more accurate reflection of my work to date. Thank you.

Chair Comments

Faculty: *[signature]* Date: 4/9/17

5

Chair: _____ Date: _____

Dean: _____ Date: _____