UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Janay E Garrick

                        Plaintiff,

v.                                                       Case No.: 1:18–cv–00573

                                                                Honorable John Z. Lee

Moody Bible Institute, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 7, 2020:

      MINUTE entry before the Honorable John Z. Lee:Pursuant to the Second Amended General Order 20–0012, In re: Coronovirus COVID–19 Public Emergency (dated Mar. 30, 2020), the status hearing set for 4/29/20 is hereby stricken. The Court will issue an order scheduling a status hearing at a future date. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.