IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANAY E. GARRICK,<br><br>        Plaintiff,<br><br>v.<br><br>MOODY BIBLE INSTITUTE,<br><br>        Defendant. | Case No. 1:18-cv-00573<br><br>Judge John Lee<br>Magistrate Judge Young Kim |

**JOINT STATUS REPORT**

Pursuant to the Court's Third Amended General Order 20-0012, dated April 24, 2020, entered in the above-captioned case at Docket No. 117, the parties jointly provide the following status report on this matter.

Defendant Moody Bible Institute's Motion to Dismiss Plaintiff's Second Amended Complaint is fully briefed (as of March 19, 2020) and is awaiting the Court's decision. (*See* Dkt. 101, 103, 111, 113.) All discovery has been stayed by the Court pending ruling on the motion to dismiss. (*See, e.g.,* Dkt. 64.) Settlement has been explored and is not possible. There are presently no court deadlines in effect, and none is needed at the present time because a decision in favor of Moody Bible Institute on the motion to dismiss would resolve this case in full. Although the parties are open to a telephonic status hearing if desired by the Court, there is no need for the Court hold a status hearing in this matter because no case activity needs to take place prior to the Court's ruling on Moody's motion to dismiss.

Dated: May 12, 2020

| | |
|---|---|
| /s/ Janay E. Garrick<br>Janay E. Garrick<br>627 South Jefferson Upper<br>Moscow, Idaho 83843<br>janay.garrick@gmail.com | /s/ Christian M. Poland<br>Christian M. Poland<br>Bryan Cave Leighton Paisner LLP<br>161 N. Clark Street, Suite 4300<br>Chicago, IL 60601-3315<br>(312) 602-5000<br>(312) 602-5050 (fax)<br>christian.poland@bclplaw.com |

602011400.2

## CERTIFICATE OF SERVICE

Christian Poland, one of the attorneys for Defendant The Moody Bible Institute of Chicago states that on May 12, 2020, he served a true and correct copy of the foregoing *Joint Status Report* upon Plaintiff by causing said document to be delivered to her via email, to which form of service she has consented, addressed as follows:

> Janay E. Garrick
> 627 South Jefferson Upper
> Moscow, Idaho 83843
> janay.garrick@gmail.com

s/ Christian Poland