IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANAY E. GARRICK, | ) |
| *Plaintiff*, | ) |
| | ) Case No. 18-cv-00573 |
| v. | ) |
| | ) Judge John Lee |
| MOODY BIBLE INSTITUTE, | ) Magistrate Judge Young Kim |
| | ) |
| *Defendant*. | ) |

**PLAINTIFF'S
MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITIES
IN SUPPORT OF PLAINTIFF'S SECOND AMENDED COMPLAINT**

Plaintiff, Janay Garrick ("Garrick"), moves this Court for leave to cite additional authorities in support of its pending Second Amended Complaint ("SAC"). A court case, *Demkovich* v. *St. Andrew the Apostle Parish*, No. 19-2142 (7th Cir. 2020) is relevant and has been decided while the Court was considering related issues. Garrick therefore requests leave to bring such authorities to the Court's attention.

It should also be noted that Defendant, Moody Bible Institute of Chicago, has requested leave to cite additional authorities more than once in this case and that the Court has granted all but one of those requests. This is Plaintiff's first time to do so.

Dated: September 25, 2020           Respectfully submitted,

                                    /s/ Janay E. Garrick

1

**CERTFICATE OF SERVICE**

    I, the undersigned, certify that on September 25, 2020, I had the foregoing document served by filing it with the Clerk's Office via email. On that day, I also served a true and correct copy of the foregoing *Plaintiff's Motion for Leave to Cite Additional Authorities in Support of Plaintiff's Second Amended Complaint* upon Defendant by causing said document to be delivered to it via email, to which form of service it has consented, addressed as follows:

  Christian Poland
  Bryan Cave LLP
  161 N. Clark Street, Suite 4300
  Chicago, IL 60601
  christian.poland@bryancave.com

                  /s/ Janay E. Garrick
                  PO Box 8633
                  Moscow, ID 83843
                  (407) 803-3051
                  janay.garrick@gmail.com

Service List:

Christian Poland
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601
christian.poland@bryancave.com