**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Janay E Garrick

             Plaintiff,

v.                      Case No.: 1:18−cv−00573
                        Honorable John Z. Lee

Moody Bible Institute, et al.

             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 28, 2020:

   MINUTE entry before the Honorable John Z. Lee: Plaintiff's motion for leave to cite additional authorities [123] is denied as unnecessary. As noted, the Court stays abreast of developments in the relevant case law, and is aware of the Seventh Circuit's recent decision in Demkovich v. St. Andrew the Apostle Parish, No. 19−2142 (7th Cir. 2020). Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.