IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANAY E. GARRICK,<br><br>      Plaintiff,<br><br>v.<br><br>MOODY BIBLE INSTITUTE,<br><br>      Defendant. | Case No. 1:18-cv-00573<br><br>Judge John Lee<br>Magistrate Judge Young Kim |

To: See Certificate of Service

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE that on Thursday, November 5, 2020, at 9:15 a.m., we shall appear before the Honorable Judge John Z. Lee, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2125 at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present *Defendant Moody Bible Institute's Motion to Reconsider This Court's Denial of Moody's Motion to Dismiss as to the Termination Claims in Plaintiff's Second Amended Complaint,* a copy of which is hereby served upon you.

Dated: October 27, 2020

                   s/ Christian Poland
                   One of the Attorneys for Defendant
                   The Moody Bible Institute of Chicago

Christian M. Poland
Bryan Cave Leighton Paisner LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601-3315
312-602-5000
Fax: 312-602-5050
christian.poland@bclplaw.com

602585824.1

CERTIFICATE OF SERVICE

Christian Poland, one of the attorneys for Defendant, The Moody Bible Institute of Chicago, states that on October 27, 2020, he served a true and correct copy of the foregoing document upon Plaintiff by causing said document to be delivered to her via the Court's ECF system, addressed as follows:

>Janay E. Garrick
>P.O. Box 8633
>Moscow, ID 83843
>407-803-3051
>janay.garrick@gmail.com

>s/ Christian Poland

602585824.1