## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Janay E Garrick

                         Plaintiff,

v.                                             Case No.: 1:18−cv−00573

                                             Honorable John Z. Lee

Moody Bible Institute, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 28, 2020:

      MINUTE entry before the Honorable John Z. Lee:Plaintiff's response to Defendant's motion to reconsider [128] is due by 11/25/20; Defendant's reply by 12/11/20. No appearance is required on the motion. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.