# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Janay E Garrick

                    Plaintiff,

v.                                                  Case No.: 1:18−cv−00573

                                                       Honorable John Z. Lee

Moody Bible Institute, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 5, 2020:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 11/5/20. The briefing scheduled entered on 10/28/20 will stand. The Court will issue its ruling on the motion for reconsideration by mail.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.