# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Janay E Garrick

                      Plaintiff,

v.                                               Case No.: 1:18−cv−00573

                                                        Honorable John Z. Lee

Moody Bible Institute, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 3, 2021:

      MINUTE entry before the Honorable Young B. Kim: A preliminary settlement discussion is scheduled for September 10, 2021, at 11:00 a.m. by phone. The conference call number is (877) 336−1839 and the passcode is 4333213. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.