UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Janay E Garrick

                Plaintiff,

v.                                                     Case No.: 1:18−cv−00573
                                                          Honorable John Z. Lee

Moody Bible Institute, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 10, 2021:

      MINUTE entry before the Honorable Young B. Kim: Preliminary settlement discussion held by phone. A telephonic settlement conference is scheduled for November 16, 2021, at noon by phone. Parties are to use the same call−in information. Parties are ordered to review and follow the court's standing order on "Settlement Conferences" on its webpage. The individuals with the authority to settle this matter must appear and be present by phone for the duration of the conference. Plaintiff to email a written settlement position statement to Defendant, with a copy to the court, by October 1, 2021. Defendant to respond in writing, with a copy to the court, by October 15, 2021. Defendant must also include a draft settlement agreement so that Plaintiff is aware of the terms Defendant requires to resolve this matter. These settlement position statements are not to be filed with the clerk's office. Defendant's unopposed request to stay discovery is granted. The written discovery schedule the court issued on September 1, 2021, (R. 137), stricken. The court will reset this schedule when appropriate. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.