IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANAY E. GARRICK,<br><br>                Plaintiff,<br><br>   v.<br><br>MOODY BIBLE INSTITUTE,<br><br>                Defendant. | Case No. 1:18-cv-00573<br><br>Judge John Z. Lee<br>Magistrate Judge Young Kim |

**NOTICE OF APPEAL BY DEFENDANT,
THE MOODY BIBLE INSTITUTE OF CHICAGO**

Notice is hereby given that Defendant, The Moody Bible Institute of Chicago, hereby appeals to the United States Court of Appeals for the Seventh Circuit from (1) the district court's order entered August 12, 2021 (Dkt. 134), which denied Defendant's motion to reconsider the court's partial denial of Defendant's motion to dismiss Plaintiff's Second Amended Complaint, and (2) the district court's orders entered October 13, 2020 (Dkt. 125 & 126), which denied in part Defendant's motion to dismiss Plaintiff's Second Amended Complaint (and as to which orders Defendant filed its timely motion for reconsideration [Dkt. 128 & 129]).

Dated:  September 13, 2021            Respectfully submitted,

                                                                     s/  Christian Poland
                                                                     One of the Attorneys for Defendant,
                                                                     The Moody Bible Institute of Chicago

Christian M. Poland
Bryan Cave Leighton Paisner LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601-3315
312-602-5000
Fax: 312-602-5050
christian.poland@bclplaw.com