### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JANAY E. GARRICK, | ) |
| *Plaintiff,* | ) |
| | ) Case No. 18-cv-00573 |
| v. | ) |
| | ) Judge Lee |
| MOODY BIBLE INSTITUTE, | ) Magistrate Judge Kim |
| | ) |
| *Defendant.* | ) |

### NOTICE OF MOTION

TO: Christian Poland
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601
christian.poland@bryancave.com

Please take notice that on October 7, 2021 at 9:00 am, the undersigned counsel will appear before Judge Young B. Kim in Room 1019 of the Federal Courthouse at 219 S. Dearborn Street, Chicago, IL 60604, or in such other manner as the Court may require, and present her Motion to Reinstate Discovery Schedule, a copy of which has been served upon you.

Respectfully submitted this 30th day of September, 2021

/s/ Jamie S. Franklin
Jamie S. Franklin

Jamie S. Franklin, ARDC No. 6242916
THE FRANKLIN LAW FIRM LLC
53 W. Jackson Blvd., Ste. 803
Chicago, IL 60604
(312) 662-1008
jsf@thefranklinlawfirm.com

**CERTIFICATE OF SERVICE**

      I, the undersigned, certify that the foregoing document, Plaintiff's Notice of Motion, was served by the Electronic Case Filing system of the United States District Court for the Northern District of Illinois on September 30, 2021 on the parties listed below.

                                                         /s/ Jamie S. Franklin
                                                         Jamie S. Franklin

**Service List:**

Christian Poland
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601
christian.poland@bryancave.com