IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANAY E. GARRICK,<br><br>                          Plaintiff,<br><br>    v.<br><br>MOODY BIBLE INSTITUTE,<br><br>                          Defendant. | Case No. 1:18-cv-00573<br><br>Judge John Lee<br>Magistrate Judge Young Kim |

**JOINT STATUS REPORT**

      Pursuant to the Court's order entered December 8, 2021 (Dkt. 163), the parties jointly provide the following report on the status of Defendant Moody Bible Institute's interlocutory appeal to the U.S. Court of Appeals for the Seventh Circuit from this Court's partial denial of Moody's motion to dismiss Plaintiff Garrick's Second Amended Complaint.  At the Seventh Circuit's request, Moody submitted a Jurisdictional Memorandum to the appellate court on September 27, 2021, and Garrick submitted her required response on November 5, 2021.  On November 11, 2021, Moody filed a motion for leave to supplement its Jurisdictional Memorandum, which motion Ms. Garrick did not oppose.  On December 23, 2021, Moody filed supplemental authorities in support of Moody's Jurisdictional Memorandum.  No further activity has occurred in the Seventh Circuit, and the parties are presently await a ruling from the Seventh Circuit on whether the appeal will proceed.

Dated:  February 18, 2022

 /s/ Jamie S. Franklin                                   /s/ Christian M. Poland

Jamie S. Franklin
Civil Litigation Clinic at
Chicago-Kent College of Law
565 W. Adams St., Suite 600
Chicago, IL 60661
312-906-5048
773-696-1478 (fax)
jfranklin5@kentlaw.iit.edu

*Attorney for Plaintiff,*
*Janay Garrick*

Christian M. Poland
Bryan Cave Leighton Paisner LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601-3315
312-602-5000
312-602-5050 (fax)
christian.poland@bclplaw.com

*Attorney for Defendant,*
*The Moody Bible Institute of Chicago*

2

604818856.1