IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANAY E. GARRICK,<br><br>        Plaintiff,<br><br> v.<br><br>MOODY BIBLE INSTITUTE,<br><br>        Defendant. | Case No. 1:18-cv-00573<br><br>Judge John Lee<br>Magistrate Judge Young Kim |

**JOINT STATUS REPORT**

Pursuant to the Court's order entered June 27, 2022 (Dkt. 170), the parties jointly provide the following report on the status of Defendant Moody Bible Institute's interlocutory appeal to the U.S. Court of Appeals for the Seventh Circuit from this Court's partial denial of Moody's motion to dismiss Plaintiff Garrick's Second Amended Complaint.

Nothing further has occurred in the Seventh Circuit since the parties' status report submitted June 24, 2022 (Dkt. 168). The parties are awaiting a ruling from the Seventh Circuit on whether the appeal will proceed.

Dated: August 26, 2022

| | |
|---|---|
| /s/ Jamie S. Franklin | /s/ Christian M. Poland |
| Jamie S. Franklin<br>Civil Litigation Clinic at<br>Chicago-Kent College of Law<br>565 W. Adams St., Suite 600<br>Chicago, IL 60661<br>312-906-5048<br>773-696-1478 (fax)<br>jfranklin5@kentlaw.iit.edu<br><br>*Attorney for Plaintiff,*<br>*Janay Garrick* | Christian M. Poland<br>Bryan Cave Leighton Paisner LLP<br>161 N. Clark St., Suite 4300<br>Chicago, IL 60601-3315<br>312-602-5000<br>312-602-5050 (fax)<br>christian.poland@bclplaw.com<br><br>*Attorney for Defendant,*<br>*The Moody Bible Institute of Chicago* |

605700239.1