## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Janay E Garrick

                                Plaintiff,

v.                                                           Case No.: 1:18−cv−00573

                                                                                 Honorable John F. Kness

Moody Bible Institute, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 18, 2024:

        MINUTE entry before the Honorable John F. Kness: An in−person motion hearing is set for 12/11/2024 at 10:00 A.M. on The Parties' Joint Motion for Entry of Certain Discovery Deadlines Following Completion of Interlocutory Appeal [181]. The hearing will be held in Courtroom 2125. Lead counsel is directed to be present. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.